# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Case No.: 8:19-MD-02879-PWG <br><br> Individual Case No.: 8:18-CV-03755-PWG <br><br> Honorable Paul W. Grimm |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff Donna Hiteshew.

I certify that I am admitted to practice in this Court pro hac vice.

Dated: February 21, 2019

Respectfully submitted,

*/s/ Eve-Lynn J. Rapp*
Eve-Lynn J. Rapp
erapp@edelson.com
Edelson PC
123 Townsend Street
Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorney for Plaintiff Donna Hiteshew*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2019, I electronically filed the foregoing document with the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                      */s/ Eve-Lynn J. Rapp*
                                      Eve-Lynn J. Rapp