UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) MDL No. 19-md-2879 |
| THIS DOCUMENT RELATES TO: | ) ) ) No. 1:18-cv-03724 |
| CHRIS TAYLOR, et al., Individually and on Behalf of All Others Similarly Situated, | ) ) JUDGE GRIMM ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| MARRIOTT INTERNATIONAL, INC., | ) ) |
| Defendant. | ) ) ) |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Motion: GRANTED
/s/ 2/22/2019
Paul W. Grimm
United States District Judge

1535437_1