IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL Case No.: 8:19-MD-02879-PWG<br><br>Individual Case No.: 8:18-CV-03835-PWG<br><br>Honorable Paul W. Grimm |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff Chris Cervantes.

I certify that I am admitted to practice in this Court Pro Hac Vice.

Dated: 04/01/2019

**LEVI & KORSINSKY LLP**

By: _/s/ Rosemary Rivas_
Rosemary M. Rivas 810472
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 373-1671
Fax: (415) 484-1294
rrivas@zlk.com

*Attorney for Plaintiff Chris Cervantes*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing document with the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
Rosemary M. Rivas