# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL Case No.: 8:19-MD-2879-PWG<br><br>Individual Case No.: 8:19-cv-00830- PWG |

## NOTICE OF APPEARANCE

Please take notice that Gregory M. Egleston of Gainey McKenna & Egleston, 440 Park Avenue South, 5th Floor, New York, New York, 10016 who has been admitted to this Court, hereby enters his appearance as an attorney for Plaintiff John P. Moore in the above-captioned matter (Case No. 19-cv-00830-PWG).

DATED: April 4, 2019

**GAINEY McKENNA & EGLESTON**

By: */s/ Gregory M. Egleston*
Gregory M. Egleston
440 Park Avenue South
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: gegleston@gme-law.com
Email: tjmckenna@gme-law.com

*Attorneys for Plaintiff*