# UNTED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No.: 19-md-2879<br><br>Individual Case No.: 8:19-cv-00059<br><br>JUDGE GRIMM |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance in this case as counsel for Plaintiffs Adam Savett and Edward Schwartz. I certify that I am admitted to practice in this Court pro hac vice.

| | |
|---|---|
| Dated: April 18, 2019 | Respectfully submitted,<br><br>*/s/ Beau D. Hollowell*<br>Beau D. Hollowell (*pro hac vice*)<br>Karon LLC<br>700 West St. Clair Avenue<br>Suite 200<br>Cleveland, OH  44113<br>Phone:  216.999.7576<br>Fax:  216.241.8175<br>Email: bhollowell@karonllc.com<br><br>Attorney for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

*/s/ Beau D. Hollowell*
Beau D. Hollowell