

Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9337**
**toml@hbsslaw.com**

April 26, 2019

<u>VIA ECF</u>

The Honorable Paul Grimm
Judge_Grimm@mdd.uscourts.gov
United States District Court
Disrict of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

**Re: In Re: Marriott International, Inc., Customer Data Security Breach Litigation
Case No. 19-md-02879-PWG**

Dear Judge Grimm:

The over 30 applications for leadership, including the four slates and 15 individual lead applications present the Court with a wealth of talent and experience to choose from. What these applications have in common, in addition to their exposition of ability, is that they all recognize that the leadership structure will be enhanced through the Court's appointment of persons to the Steering Committee who can bring knowledge and experience to the slate that is not otherwise present.

As explained in my application to appointment to the Steering Committee[1] (which mindful of the Court's admonition about confining the letter to non-repetitive information, I will not repeat), I have a unique skillset and unique experience stemming from my years as a cyber-prosecutor for the United States that will not be available to the putative class absent my appointment.

Should the Court appoint me to this important case, I look forward to working with what will certainly be one of the most qualified and experienced slates ever to work on a data breach MDL.

---

[1] *See* ECF No. 200.

April 26, 2019
Page 2

          Sincerely,

          HAGENS BERMAN SOBOL SHAPIRO LLP

          Thomas E. Loeser
          Attorney

010791-11/1120962 V1