ROBINSON CALCAGNIE, INC.

JOSEPH GREENWALD & LAAKE, PA

WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

FBFG Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

April 26, 2019

The Honorable Paul W. Grimm
**United States District Court for the**
**District of Maryland, Southern Division**
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re: In Re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879**

Dear Judge Grimm:

As expected, the Court received applications from many highly qualified attorneys nationwide, including applications from four different slates and twenty-nine individual-attorney applications to serve as Co-Lead Counsel, Liaison Counsel, and/or a Steering Committee member for the consumer group. While each application highlighted the impressive credentials of each of the applicants, the following groups have stated since their original applications that they have a desire and willingness to work cooperatively with the other groups: (1) The Joseph Greenwald & Laake, P.A. ("JGL") Group;[1] (2) The Interim Coordinating Counsel ("ICC") Slate;[2] and (3) The Siegel-Tadler-Murphy Slate.[3] The JGL Group has worked cooperatively and effectively with members of both the ICC and Siegel-Tadler-Murphy Slates in prior data breach cases.

The JGL Group respectfully suggests that an equal combination of attorneys from each of these three slates (supplemented by two or three additional Steering Committee members not associated with these three slates) would result in the most experienced, diverse, and efficient team to move this important litigation forward. As noted in its initial submission, "the [JGL] group's structure is designed in a manner where the Court may appoint

---

[1] The JGL Group seeks the following appointments: (1) Lead Counsel: Daniel S. Robinson; (2) Liaison Counsel: Timothy F. Maloney and Veronica B. Nannis; (3) Plaintiffs' Steering Committee: Gary E. Mason and Jeremiah Frei-Pearson. Doc. 178.

[2] The ICC Slate seeks the following appointments: (1) Lead Counsel: Andrew N. Friedman; Amy E. Keller; and James J. Pizzirusso; and (2) Plaintiffs' Steering Committee: David Berger; Megan Jones; James Ulwick; Lesley Weaver; and Hassan Zavareei. Doc. 217.

[3] The Siegel-Tadler-Murphy Slate seeks the following appointments: (1) Lead Counsel: Norman E. Siegel; Ariana Tadler; and William H. Murphy; and (2) Plaintiffs' Steering Committee: John Yanchunis; Karen Hanson Riebel; Joseph P. Guglielmo; and Melissa S. Weiner. Doc. 202.

additional Co-Lead Counsel and Plaintiffs' Steering Committee ("PSC") members to 'ensure that the lawyers appointed to leadership positions are capable and experienced and that they will responsibly and fairly represent all plaintiffs, keeping in mind the benefits of diversity of experience, skills, and backgrounds.'" Duke Law Center for Judicial Studies Standards and Best Practices for Large and Mass-Tort MDLs, Second Edition. In their supplemental filings, both the ICC and Siegel-Tadler-Murphy Slates propose combining or supplementing their proposed slates.[4]

To that end, the JGL Group has communicated to both the ICC and Siegel-Tadler-Murphy Slates a desire to put together a fair and balanced team, and suggests the following leadership structure:

1. **Co-Lead Counsel**: Three Co-Leads with one selected from each of the JGL Group, ICC Slate, and Siegel-Tadler-Murphy Slate.
2. **Liaison Counsel**: Timothy F. Maloney and Veronica B. Nannis.
3. **Plaintiffs' Steering Committee**: Up to nine members consisting of two selected from each of the three slates discussed above and supplemented by other applicants.[5]

If the Court is not inclined to adopt the approach discussed above, the JGL Group would be willing to work with the attorneys the Court ultimately appoints. Several considerations, however, support the JGL Group's appointment.

First, our proposed Liaison Counsel (Tim Maloney and Veronica Nannis of JGL) are highly-regarded and experienced attorneys in Greenbelt who work directly across the street from the courthouse. No other application can offer the Court the combination of availability and experience JGL offers. In fact, the supplemental filings from both the ICC Slate and the Siegel-Tadler-Murphy Slate (1) recognize JGL's value and proposed the appointment of JGL as Liaison Counsel, and (2) propose combining or supplementing their slates with additional members.

Second, the JGL Group's collective data breach and privacy experience is nearly unmatched. Our attorneys have served as co-lead counsel in some of the most significant data breach cases, including *Experian* (secured one of the highest per person non-PHI settlements), *St. Joseph Health System* (secured then-highest per person PHI settlement of $242 per person), *Yahoo* JCCP (secured largest data breach settlement ever), and *Department of VA* (secured $20 million settlement fund for military veterans and active duty personnel). The JGL Group has also been at the forefront of this complex and

[4] See Doc. 224, page 3 (ICC Slate); Doc. 226, page 3 (Siegler-Tadler-Murphy Slate).
[5] In the interest of efficiency, the JGL Group has already pared its structure significantly, with Jeffrey S. Goldenberg of Goldenberg Schneider, L.P.A. and Charles Schaffer of Levin Sedran & Berman LLP, two attorneys who have been actively involved in the JGL Group's efforts to date, choosing not to seek formal leadership roles.

evolving area of law, having effectively advocated to establish that the future risk of harm is a cognizable injury for Article III purposes in *Zappos* (obtained key Ninth Circuit standing decision holding substantial risk of identity theft is sufficient injury for Article III standing purposes) and *21st Century Oncology* (obtained first district court order in the Eleventh Circuit holding that future risk of identity theft is a cognizable harm for Article III standing purposes).

Our proposed Co-Lead Counsel (Daniel S. Robinson of Robinson Calcagnie, Inc.) is also in a unique position because it appears he is the only attorney to have litigated a major data breach case involving both Defendants' Counsel and Kroll, Inc. (the same security consultant hired by Marriott for this data breach). In *21st Century Oncology*, Mr. Robinson deposed key Kroll personnel, and uncovered key facts used to survive the defendant's motion to dismiss, resulting in the above-mentioned standing decision. Mr. Robinson also obtained class certification in not one, but two data breach and privacy cases, including *Pitre v. Wal-Mart Stores, Inc.* and *St. Joseph Health System.* In *St. Joseph Health System,* Mr. Robinson obtained the first-ever decision granting a contested motion to certify a class in a data breach case and successfully opposed summary judgment. Given these experiences, our group is ready and able to fully litigate this case through motions to dismiss, class certification, summary judgment, and at trial.

Finally, the JGL Group is ready to hit the ground running, given that it represents over 1,000 Marriott victims from 50 states and the District of Columbia. This will allow the JGL Group to quickly and easily vet potential plaintiffs to obtain a diverse group of individuals to represent the putative Class in the consolidated master complaint. As a result of filing six Marriott data breach complaints on behalf of 412 plaintiffs from 40 states and the District of Columbia, the JGL Group has already undertaken a significant amount of the research necessary to sufficiently plead claims under the laws of all 50 states and the District of Columbia. Likewise, the JGL Group has retained some of the leading data breach experts in the industry, which will allow it to quickly identify the vulnerabilities that resulted in the data breach and ensure adequate remedial measures are undertaken to prevent a similar data breach in the future.

The JGL Group has also engaged in substantive conversations with Marriott regarding its preservation of evidence and has provided Marriott with draft Rule 26 requests for production of documents, which the JGL Group will formally serve if appointed by the Court. Through this work and by successfully bringing the first Section 1407 motion to transfer and centralize all Marriott data breach cases to this District (*Perkins v. Marriott International, Inc.*), and successfully arguing for transfer to the Greenbelt Division at the JPML hearing, the JGL Group has shown that it has the necessary time and resources to successfully lead this litigation.

We look forward to discussing the JGL Group's application and answering any questions the Court may have at the April 29, 2019 hearing.

Respectfully submitted,

*/s/ Timothy F. Maloney*
Timothy F. Maloney, #03381
Veronica Byam Nannis, #15679
JOSEPH, GREENWALD & LAAKE, P.A.
tmaloney@jgllaw.com
vnannis@jgllaw.com

*/s/ Daniel S. Robinson*
Daniel S. Robinson
ROBINSON CALCAGNIE, INC.
drobinson@robinsonfirm.com

*/s/ Gary E. Mason*
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
gmason@wbmllp.com

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP
jfrei-pearson@fbfglaw.com

cc: All counsel of record via ECF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019, I caused to be filed the foregoing document. This document is being filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

Dated: April 26, 2019

*/s/ Veronica Byam Nannis*
Veronica Byam Nannis