**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO ALLA CTIONS | MDL No.: 19-md-2879 |

**FARUQI & FARUQI, LLP'S SUBMISSION IN SUPPORT OF THE SIEGEL-TADLER-MURPHY APPLICATION FOR CONSUMER CASE LEAD**

Faruqi & Faruqi, LLP, alongside Scott+Scott Attorneys At Law LLP, represents Plaintiff Nitya Bodhi Durant in this litigation. For the reasons stated in the Application of the Siegel-Tadler-Murphy Slate as Co-Lead Counsel and Appointment of Plaintiffs' Steering Committee (Dkt. No. 202), Faruqi & Faruqi, LLP strongly supports the Siegel-Tadler-Murphy slate be appointed a leadership position in this proceeding. The proposed Siegel-Tadler-Murphy slate offers strong experience in data breach and complex class action litigation and has the necessary skill and background for this appointment.

Dated:  April 29, 2019                                          Respectfully submitted,

                                                                **FARUQI & FARUQI, LLP**

                                                                By: */s/ Timothy J. Peter*
                                                                Timothy J. Peter
                                                                1617 JFK Boulevard, Suite 1550
                                                                Philadelphia, PA 19103
                                                                Tel: (215) 277-5770
                                                                Fax: (215) 277-5771
                                                                Email: tpeter@faruqilaw.com