IN THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>
*Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * * * |
| THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No.: 19-md-2879 <br> JUDGE GRIMM |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER NO. 3

On April 29, 2019, this Court entered Case Management Order No. 2, governing this multidistrict litigation (MDL). For good cause shown and for the reasons stated on the record during the case management conference held on May 30, 2019, the Court further orders:

### I. BRIEFING FOR CONSUMER TRACK

For the Consumer Track, Defendants shall file one motion to dismiss not to exceed 35 pages in length. Plaintiffs shall file an opposition not to exceed 35 pages in length. Defendants shall file a reply not to exceed 20 pages in length.

The motion to dismiss filed in the Consumer Track shall be limited to a total of 10 claims, with 5 claims selected by Plaintiffs and 5 claims selected by Defendants. Any subsequent motions for class certification shall be limited to these 10 claims. The briefing schedule for the motion to dismiss is set forth below.

### II. BRIEFING FOR ALL OTHER TRACKS

For the Financial Institution Track and the Government Track, Defendants shall file one motion to dismiss not to exceed 25 pages in length. Plaintiffs shall file an opposition not to exceed 25 pages in length. Defendants shall file a reply not to exceed 12 pages in length.

For the Securities Track, Defendants shall file a motion to dismiss not to exceed 35 pages in length. Plaintiffs shall file an opposition not to exceed 35 pages in length. Defendants shall file a reply not to exceed 20 pages in length.

For the Derivative Track, Defendants shall file a motion to dismiss not to exceed 35 pages in length. Plaintiffs shall file an opposition not to exceed 35 pages in length. Defendants shall file a reply not to exceed 20 pages in length.

The briefing schedule for the motions to dismiss is set forth below and the relevant dates for all Tracks are consolidated in an attachment.

### III. BRIEFING SCHEDULES

#### A. Consumer Track

| Event | Deadline |
|---|---|
| Plaintiffs File Amended Consolidated Complaint | July 22, 2019 |
| Plaintiffs and Defendants Each Select 5 Bellwether Claims | July 31, 2019 |
| Defendants File Letter Identifying Issues for Motion to Dismiss | August 19, 2019 |
| Court Conference Regarding Defendants' Letter | As necessary |
| Plaintiffs File Second Amended Consolidated Complaint | August 26, 2019 |
| Defendants File Motion to Dismiss | September 23, 2019 |
| Plaintiffs File Opposition to Motion to Dismiss | October 21, 2019 |
| Defendants File Reply in Support of Motion to Dismiss | November 11, 2019 |

#### B. Financial Institution Track

| Event | Deadline |
|---|---|
| Plaintiff Files Amended Complaint | June 28, 2019 |
| Defendants File Motion to Dismiss | July 31, 2019 |

| | |
|---|---|
| Plaintiff Files Opposition to Motion to Dismiss | August 30, 2019 |
| Defendants File Reply in Support of Motion to Dismiss | September 20, 2019 |

### C. Government Track

| Event | Deadline |
|---|---|
| Plaintiff Files Amended Complaint | June 20, 2019 |
| Defendants File Motion to Dismiss | July 15, 2019 |
| Plaintiff Files Opposition to Motion to Dismiss | August 14, 2019 |
| Defendants File Reply in Support of Motion to Dismiss | September 4, 2019 |

### D. Securities Track:

| Event | Deadline |
|---|---|
| Plaintiffs File Amended Consolidated Complaint | August 5, 2019 |
| Plaintiffs File Motion to Unseal Information Redacted from Any Complaint | On or before July 29, 2019 (within 7 days from Consumer Track First Amended Consolidated Complaint) |
| Defendants File Opposition to Motion to Unseal Information Redacted from Any Complaint | On or before August 5, 2019 (within 7 days from Motion to Unseal) |
| Plaintiffs File Reply in Support of Motion to Unseal Information Redacted from Any Complaint | On or before August 9, 2019 (within 4 days from Opposition to Motion to Unseal) |
| Defendants File Letter Identifying Issues for Motion to Dismiss | August 26, 2019 |
| Court Hearing Regarding Defendants' Letter | As necessary |
| Plaintiffs File Second Amended Consolidated Complaint | September 16, 2019 |
| Defendants File Motion to Dismiss | November 1, 2019 |

3

| | |
|---|---|
| Plaintiffs File Opposition to Motion to Dismiss | December 19, 2019 |
| Defendants File Reply in Support of Motion to Dismiss | January 24, 2020 |

### E.  Derivative Track:

| Event | Deadline |
|---|---|
| Plaintiffs File Motion to Unseal Information Redacted from Any Complaint | On or before July 29, 2019 (within 7 days from Consumer Track First Amended Consolidated Complaint) |
| Defendants File Opposition to Motion to Unseal Information Redacted from Any Complaint | On or before August 5, 2019 (within 7 days from Motion to Unseal) |
| Plaintiffs File Reply in Support of Motion to Unseal Information Redacted from Any Complaint | On or before August 9, 2019 (within 4 days from Opposition to Motion to Unseal) |
| Plaintiffs File First Amended Consolidated Complaint | August 19, 2019 |
| Defendants File Letter Identifying Issues for Motion to Dismiss | September 9, 2019 |
| Court Hearing Regarding Defendants' Letter | As necessary |
| Plaintiffs File Second Amended Consolidated Complaint | September 30, 2019 |
| Defendants File Motion to Dismiss | November 15, 2019 |
| Plaintiffs File Opposition to Motion to Dismiss | January 10, 2020 |
| Defendants File Reply in Support of Motion to Dismiss | February 10, 2020 |

### IV.     DISCOVERY SCHEDULE FOR ALL TRACKS

All discovery is stayed in the Securities Track and the Derivative Track pending resolution of Defendants' anticipated motions to dismiss in each of those Tracks, respectively. During the discovery stay, Plaintiffs in the Securities Track and the Derivative Track shall not have access to discovery produced in the other Tracks, but they may rely on information that is publicly available, including publicly available information derived from or based on discovery produced in the other Tracks or in any regulatory or related action. In addition, both the Securities Track and the Derivative Track will coordinate discovery where appropriate and will participate in the drafting and filing of the preservation order, protective order, and ESI protocol. Plaintiffs in the Securities Track and Derivative Track reserve their rights to seek discovery not contemplated by the parties in the other tracks.

For all other Tracks, the Court sets the following discovery deadlines:

| Event | Deadline |
| --- | --- |
| Defendants produce materials provided to governmental regulators investigating the Breach and Payment Card Industry Forensic Investigative Report (PFI) | June 14, 2019 |
| Parties File Joint Proposed ESI Protocol | June 20, 2019 |

**IT IS SO ORDERED.**

Date: June 10, 2019

The Honorable Paul W. Grimm
United States District Court Judge

4