| Dates by Track | Consumer Track | Financial Track | Gov't Track | Securities Track | Derivative Track |
|---|---|---|---|---|---|
| Defendants produce materials already produced to regulators | 6/14/19 | 6/14/19 | 6/14/19 | | |
| Parties to file joint ESI protocol | 6/20/19 | 6/20/19 | 6/20/19 | | |
| Plaintiffs file motion to unseal redacted information | n/a | n/a | n/a | 7/29/19, on or before (7 days from consumer amended complaint) | 7/29/19, on or before (7 days from consumer amended complaint) |
| Defendants file opp'n to motion to unseal redacted information | n/a | n/a | n/a | 8/5/19, on or before (7 days from motion to unseal redacted info) | 8/5/19, on or before (7 days from motion to unseal redacted info) |
| Plaintiffs file reply in support of motion to unseal information | n/a | n/a | n/a | 8/9/19, on or before (4 days from opp'n to motion to unseal) | 8/9/19, on or before (4 days from opp'n to motion to unseal) |
| Plaintiffs file amended consolidated complaint | 7/22/19 | n/a | n/a | 8/5/19 | 8/19/19 |
| Plaintiffs and Defendants each select five bellwether claims | 7/31/19 | n/a | n/a | n/a | n/a |
| Defendants file letter identifying MTD issues | 8/19/19 | Already filed | Already filed | 8/26/19 | 9/9/19 |
| Conference Call (if necessary) | | Already held | Already held | | |
| Plaintiffs file amended complaint | 8/26/19 | 6/28/19 | 6/20/19 | 9/16/19 | 9/30/19 |
| Defendants file MTD | 9/23/19 | 7/31/19 | 7/15/19 | 11/1/19 | 11/15/19 |
| Plaintiffs file opp'n to MTD | 10/21/19 | 8/30/19 | 8/14/19 | 12/19/19 | 1/10/20 |
| Defendants file MTD reply | 11/11/19 | 9/20/19 | 9/4/19 | 1/24/20 | 2/10/20 |