**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** | **MDL No.: 19-md-2879**<br><br>**JUDGE GRIMM** |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

The undersigned, Ariana J. Tadler, one of the attorneys representing Plaintiffs in the above-captioned matter and Court-appointed member of the Consumer Plaintiffs' Steering Committee (*see* ECF No. 238 (CMO 2 Appointing Lead Counsel, Liaison Counsel, and Steering Committee)), and A. J. de Bartolomeo have changed law firms. Their new contact information is as follows:

> Ariana J. Tadler
> A.J. de Bartolomeo
> **TADLER LAW LLP**
> One Pennsylvania Plaza
> New York, NY 10119
> Email: atadler@tadlerlaw.com
> Email: ajdebartolomeo@tadlerlaw.com
> T: 929-207-3639
> F: 212-273-4375

| | |
|---|---|
| Date: June 18, 2019 | Respectfully submitted,<br><br>*/s/ Ariana J. Tadler*<br>Ariana J. Tadler<br>atadler@tadlerlaw.com<br>**TADLER LAW LLP**<br>One Pennsylvania Plaza<br>New York, NY 10119<br>T: 929-207-3639<br>F: 212-273-4375<br><br>*Member of the Consumer Plaintiffs'*<br>*Steering Committee and Counsel for*<br>*Plaintiff Bari Vapnek,*<br>*Case No. 8:18-cv-3889-PX (D. Md.)* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June __, the foregoing Notice of Change in Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

*/s/ Ariana J. Tadler*
Ariana J. Tadler
