## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * <br> * <br> *    **MDL No.: 19-md-2879** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | *    **JUDGE GRIMM** <br> * |

\*   \*   \*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STATUS REPORT

The parties in the Consumer, Financial Institution, Government, Securities, and Shareholder Derivative Tracks worked cooperatively to negotiate and present to the Court a Stipulated Protocol and Order for Discovery of Electronically Stored Information on July 2, 2019 (ECF No. 315). Since that submission, the parties have met and conferred and will continue to meet and confer going forward regarding the preservation of documents, custodians, the use of search terms in reviewing electronically stored information, the informal exchange of information, privilege log parameters and management, and discovery scheduling.  During that period, Defendants provided Plaintiffs in the Consumer, Financial Institution, and Government Tracks with the desired early discovery, including all documents provided to regulators to date. Additionally, Defendants provided Co-Lead Counsel in the Consumer Track with multiple productions of information related to 130 prospective class representatives.

On July 31, 2019, the parties anticipate filing a Proposed Case Management Order No. 4, which will address the selection of a Special Master and a proposed Discovery Schedule, pursuant to the Court's June 10, 2019 Order (ECF No. 280).

2

Consistent with CMO No. 3 (ECF No. 279), Plaintiffs in the Consumer, Financial Institution, and Government Tracks filed their operative complaints (ECF Nos. 298, 328, 346). In their amended consolidated complaint, Plaintiffs in the Consumer Track added two additional defendants, Accenture PLC and Accenture LLP (ECF No. 346).

Defendants in the Government Track filed a motion to dismiss on July 15, 2019 (ECF No. 331), and Defendants in the Financial Institution Track will file a motion to dismiss on July 31, 2019, pursuant to CMO No. 3 (ECF No. 279).

Plaintiffs in the Securities and Derivative tracks filed a letter motion to unseal the complaints that have been filed in the Consumer, Financial Institution, and Government Tracks and Defendants' motion to dismiss in the Government Track, along with exhibits thereto (ECF No. 349).  Defendants will oppose that motion on or before August 8, 2019, pursuant to the Court's July 25, 2019 Order (ECF No. 354).

Finally, Plaintiffs and Defendants in the Consumer Track will exchange their choice of bellwether claims on July 31, 2019, pursuant to CMO No. 3 (ECF No. 279). Co-lead Counsel for Plaintiffs and Defendants in the Consumer Track have met and conferred regarding this process and will simultaneously exchange their selections via e-mail at 5:00 p.m. EDT.

Should the Court require additional information, the parties would be happy to attend a status conference at a date and time convenient for the Court.

///

2

Dated: July 30, 2019

Respectfully submitted by:

/s/ Amy E. Keller
Amy E. Keller
D. Md. Bar No. 20816
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street,
Eleventh Floor
Chicago, IL 60602
T 312.214.7900
akeller@dlcfirm.com

/s/ James J. Pizzirusso
James J. Pizzirusso
D. Md. Bar No. 20817
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC  20006
T 202.540.7200
jpizzirusso@hausfeld.com

/s/ Andrew N. Friedman
Andrew N. Friedman
D. Md. Bar No. 14421
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC  20005
T 202-408-4600
afriedman@cohenmilstein.com

*Plaintiffs' Co-lead Counsel for the
Consumer Track*

*-and-*

/s/ Arthur Murray
Arthur Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
T 504.525.8100
amurray@murray-lawfirm.com

3

2552837 v1

*/s/ Steven D. Silverman*

Steven D. Silverman
D. Md. Bar No. 22887
**SILVERMAN THOMPSON SLUTKIN & WHITE LLC**
201 N. Charles Street, 26th Floor
Baltimore, MD  21201
T 410.385.2225

***Plaintiff's Co-Lead Counsel for the Financial Institution Track***

*-and-*

*/s/ Stephen J. Kane*

Stephen J. Kane
Acting Deputy Corporation Counsel
**CITY OF CHICAGO DEPARTMENT OF LAW**
Affirmative Litigation Division
121 North LaSalle Street, Room 600
Chicago, IL 60602
T 312.744.6934
stephen.kane@cityofchicago.org

*/s/ Benjamin H. Richman*

Jay Edelson
Benjamin H. Richman
Christopher L. Dore
David I. Mindell
Sydney M. Janzen
**EDELSON PC**
350 North LaSalle, 14th Floor
Chicago, IL 60654
T 312.589.6370
jedelson@edelson.com
brichman@edelson.com
cdore@edelson.com
dmindell@edelson.com
sjanzen@edelson.com

***Counsel for the City of Chicago, Government Track***

*-and-*

4

*/s/ Timothy Brown*
Timothy Brown, Esq.
*Stuart J. Guber*
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
T 516.922.5427
tbrown@thebrownlawfirm.net

*/s/ Gregory Egleston*
Gregory Egleston
**GAINEY MCKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
T 212.983.1300
gegleston@gme-law.com

***Plaintiffs' Co-Lead Counsel for Shareholder Derivative Track***

*/s/ Carol C. Villegas*
Carol C. Villegas, Esquire
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
T 212.907.0624
cvillegas@labaton.com

***Plaintiffs' Co-Lead Counsel for Securities Track***

*-and-*

5

/s/ Daniel R. Warren
Daniel R. Warren (*pro hac vice*)
Lisa M. Ghannoum (*pro hac vice*)
**Baker & Hostetler LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114
Tel: 216.621.0200
Fax: 216.696.0740
Email: dwarren@bakerlaw.com
Email: lghannoum@bakerlaw.com

Gilbert S. Keteltas (Bar No. 12679)
**Baker & Hostetler LLP**
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202.861.1530
Fax: 202.861.1783
Email: gketeltas@bakerlaw.com

*Defendants' Co-Lead Counsel for the Consumer, Financial Institution, and Government Tracks*

/s/ Jason J. Mendro
Jason J. Mendro
Laura K. O'Boyle
Adam H. Offenhartz
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*Defendants' Co-Lead Counsel for the Securities and Derivative Action Tracks*

6

2552837 v1