## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * * * |
| | MDL No.: 19-md-2879 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * JUDGE GRIMM * |

\* \* \* \* \* \* \* \*        \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER NO. 4

On June 10, 2019, this Court entered Case Management Order No. 3, governing this multidistrict litigation (MDL). For good cause shown, the Court further orders:

### I.    SPECIAL MASTER

The parties have agreed on a Special Master candidate and are awaiting confirmation that he is willing to accept the position. They will provide the Court with their recommendation for the Court's consideration when confirmation is received. The Special Master's fees shall be split as follows: 1/2 to Defendants (to be shared equally among any Defendants to whom the issue applies); 1/2 to Plaintiffs (to be shared equally among any Plaintiff Tracks to whom the issue applies). If there is any dispute as to which Defendant or which Plaintiff Tracks the Special Master's work applies, the parties shall raise the issue with the Court.

### II.    DISCOVERY SCHEDULE

The Court enters the discovery schedule below. Until the Court rules on defendants' motions to dismiss the operative complaints in the Securities and Shareholder Derivative Tracks, discovery in those tracks remains stayed. During the discovery stay, Plaintiffs in the Securities Track and the Derivative Track shall not have access to discovery produced in the other Tracks.

As set forth in CMO No. 3, Defendants were required to produce to plaintiffs in the Consumer, Financial Institution, and Government Tracks materials provided to governmental regulators investigating the Breach and the Payment Card Industry Forensic Investigative Report by June 14, 2019. Defendants began producing documents to plaintiffs in the Consumer, Financial Institution, and Government Tracks in early June. Except as noted above with respect to the Securities and Shareholder Derivative Tracks, Defendants will continue to produce to plaintiffs documents produced to government regulators on a rolling basis.

| Event | Deadline |
|---|---|
| Discovery Open in Consumer, Financial Institution, and Government Tracks.<br><br>*With regard to discovery directed to Consumer Plaintiffs, Defendants may serve discovery requests upon those Consumer Plaintiffs with bellwether claims.* | August 1, 2019 |
| Proposed Preservation Order | August 15, 2019 |
| Lead Counsel in the Consumer, Financial Institution, and Government Tracks Shall Meet and Confer Regarding Search Protocols for Locating and Reviewing ESI | Prior to August 16, 2019 |
| Rule 26(f) Conference | Second week of September (if needed) |
| Defendants and Plaintiffs in Consumer, Financial Institution, and Government Tracks Shall Serve Rule 26 Initial Disclosures (only those Consumer Plaintiffs identified with bellwether claims need provide disclosures) | September 13, 2019 |
| Last Day to Amend Pleadings to Add or Amend Parties without Court Approval | December 15, 2019 |
| Substantial Completion of Production of Documents in Response to Document Requests Served Prior to April 3, 2020 | May 15, 2020 |
| Fact Discovery Cutoff | October 2, 2020 |
| Disclosure of Plaintiffs' Experts and Experts' Reports Pursuant to Rule 26(a)(2) | October 9, 2020 |

| Disclosure of Defendants' Experts and Experts' Reports Pursuant to Rule 26(a)(2) | November 6, 2020 |
|---|---|
| Disclosure of Plaintiffs' Experts' Rebuttal Reports | December 2, 2020 |
| Expert Discovery Cutoff | January 15, 2021 |

Because the Securities and Shareholder Derivative Tracks will not be participating in the above schedule pending resolution of Defendants' anticipated motions to dismiss in each of those Tracks, respectively, the Court recognizes that these Tracks reserve their rights to request additional discovery not contemplated by or produced to the Consumer, Financial Institution, and Government Tracks, and that the Securities and Shareholder Derivative Tracks shall not be prejudiced by decisions made by Consumer, Financial Institution, and Government Tracks during the discovery process.

**IT IS SO ORDERED.**

Date: _____

_____
The Honorable Paul W. Grimm
United States District Court Judge

3