**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| **IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No.: 19-md-2879** |
| | **JUDGE GRIMM** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

The undersigned, AJ de Bartolomeo, one of the attorneys representing Plaintiffs in the above-captioned matter and Court-appointed member of the Consumer Plaintiffs' Steering Committee (*see* ECF No. 238 (CMO 2 Appointing Lead Counsel, Liaison Counsel, and Steering Committee)), has changed addresses. Her new contact information is as follows:

**TADLER LAW LLP**

/s/ *A.J. de Bartolomeo*
A.J. de Bartolomeo
P.O. Box 475847
San Francisco, California 94123
Phone: (929) 207-3639
Fax: (212) 273-4375
ajd@tadlerlaw.com

Date: September 2, 2019                                              Respectfully submitted,

*/s/ AJ de Bartolomeo*
AJ de Bartolomeo
P.O. Box 475847
San Francisco, California 94123
Phone: (929) 207-3639
Fax: (212) 273-4375

*Member of the Consumer Plaintiffs'*
*Steering Committee and Counsel for*
*Plaintiff Bari Vapnek,*
*Case No. 8:18-cv-3889-PX (D. Md.)*