# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

September 5, 2019

Gilbert S. Keteltas
direct dial: 202.861.1530
gketeltas@bakerlaw.com

**VIA ECF**

Hon. Paul W. Grimm
U.S. District Court
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

Re:   In re: Marriott International Customer Data Security Breach Litig., MDL No. 8:19-md-2879

Dear Judge Grimm:

On June 5, 2019, the Court entered the Stipulated Protective Order and FRE 502(d) and (e) Clawback Order (ECF No. 271).  The parties agreed that amendments to the Order were appropriate to clarify certain provisions.

Filed herewith as Exhibit A is a proposed Amended Stipulated Protective Order and FRE 502(d) and (e) Clawback Order.  Also filed herewith as Exhibit B is a redline comparison of the original and amended documents.

Sincerely,

/s/ Gilbert S. Keteltas

Gilbert S. Keteltas

cc: Plaintiffs' Counsel (via ECF)