# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CONSUMER ACTIONS** | MDL No. 19-md-2879<br><br>Judge Paul W. Grimm |

## DEFENDANTS' MOTION TO DISMISS THE BELLWETHER PLAINTIFFS' SECOND AMENDED CONSOLIDATED CONSUMER CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC respectfully request that the Court enter an order dismissing the bellwether plaintiffs' Second Amended Consolidated Consumer Class Action Complaint. A brief in support of this motion is submitted herewith.

Dated: September 23, 2019                 */s/ Daniel R. Warren*
                                                     Daniel R. Warren
                                                     Lisa M. Ghannoum
                                                     Baker & Hostetler LLP
                                                     127 Public Square, Suite 2000
                                                     Cleveland, OH 44114
                                                     Tel: (216) 621-0200
                                                     Email: dwarren@bakerlaw.com
                                                     Email: lghannoum@bakerlaw.com

                                                     Gilbert S. Keteltas
                                                     Baker & Hostetler LLP
                                                     1050 Connecticut Ave. NW, Suite 1100
                                                     Washington, D.C. 20036
                                                     Tel: (202) 861-1530
                                                     Email: gketeltas@bakerlaw.com

                                                     *Attorneys for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, the foregoing, with exhibits thereto, was filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

*/s/ Daniel R. Warren*
*Attorney for defendants*
