**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE: MARRIOTT INTERNATIONAL, INC., CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 8:19-md-02879-PWG** <br><br> **HONORABLE PAUL W. GRIMM** |
| **THIS DOCUMENT RELATES TO:** <br> Case No. 8:19-cv-00812-PWG | |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

In light of Stuart J. Guber, Esq.'s impending departure from his association with The Brown Law Firm, P.C., undersigned counsel hereby respectfully move this Court for an order withdrawing Mr. Guber's appearance as counsel on behalf of Plaintiff Edmond Alves in the above-captioned MDL. Pursuant to Local Rule 101(2)(a), leave to withdraw may be granted since other attorneys from The Brown Law Firm, P.C., namely undersigned Timothy W. Brown, Esq., have appeared as counsel on behalf of, and will continue to represent, Mr. Alves in this case.

Dated:  October 2, 2019                                      Respectfully submitted,

| | |
|---|---|
| */s/   Andrew K. O'Connell* <br> Andrew K. O'Connell (Bar No. 28168) <br> aoconnell@tandllaw.com <br> THOMAS & LIBOWITZ, P.A. <br> 100 Light Street, Suite 1100 <br> Baltimore, Maryland 21202-1053 <br> Telephone: (410) 752-2468 <br> Facsimile: (410) 752-0979 <br><br> *Attorneys for* EDMUND ALVES, derivatively on behalf of MARRIOTT INTERNATIONAL, INC | /s/   *Timothy W. Brown* <br> Timothy W. Brown <br> tbrown@thebrownlawfirm.net <br> Stuart J. Guber <br> sguber@thebrownlawfirm.net <br> THE BROWN LAW FIRM, P.C. <br> 240 Townsend Square <br> Oyster Bay, New York 11771 <br> Telephone: (516) 922-5427 <br> Facsimile: (516) 344-6204 <br><br> *Attorneys for* EDMUND ALVES, derivatively on behalf of MARRIOTT INTERNATIONAL, INC. |

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 2nd day of October 2019. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/   Andrew K. O'Connell*
Andrew K. O'Connell (Bar No. 28168)
aoconnell@tandllaw.com