IN THE UNITED STATES DISTRICT
COURT **FOR THE DISTRICT OF**
**MARYLAND**
*Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * * * |
| THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No.: 8:19-md-02879-PWG<br>*<br>JUDGE GRIMM<br>* |

\* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \*

**STIPULATION REGARDING
SECOND AMENDED STIPULATED PROTECTIVE ORDER**

WHEREAS, Plaintiffs and Defendants Marriott International, Inc., Starwood Hotels and Resorts Worldwide, LLC, and Marriott Hotel Services, Inc. previously submitted an Amended Stipulated Protective Order and Clawback Order (ECF No. 531), which was subsequently approved by the Court (ECF No. 552);

WHEREAS, Defendant Accenture LLP was not a signatory to that stipulation, but wishes to abide by and benefit from its terms.

THEREFORE, Plaintiffs and Defendant Accenture LLP hereby agree and stipulate that the terms of the Amended Stipulated Protective Order and Clawback Order approved by the Court (ECF No. 552), shall apply in full to Defendant Accenture LLP for purposes of this litigation.

**STIPULATED TO THIS 26th DAY OF MARCH, 2020 BY THE SIGNATORIES ON THE FOLLOWING PAGE.**

**SO ORDERED THIS \_\_\_\_ DAY OF MARCH, 2020.**

                                                      _____
Honorable Paul W. Grimm, U.S. District Judge

<div style="display: flex;">
<div>

*/s/ Amy E. Keller*
Amy E. Keller
D. Md. Bar No. 20816
**DiCello Levitt Gutzler LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
akeller@dlcfirm.com
T. 312.214.7900

Andrew N. Friedman
D. Md. Bar No. 14421
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
afriedman@cohenmilstein.com
T. 202.408.4600

James J. Pizzirusso
D. Md. Bar No. 20817
**Hausfeld LLP**
1700 K Street NW Suite 650
Washington, D.C. 20006
jpizzirusso@hausfeld.com
T. 202.540.7200

*Plaintiffs' Co-lead Counsel for the Consumer Track*

*/s/ Benjamin H. Richman*
Benjamin H. Richman
**Edelson PC**
350 North LaSalle St., 14th Floor
Chicago, IL 60654
brichman@edelson.com
Telephone: (312) 589-6377

*Counsel for Plaintiff City of Chicago*

*/s/ Arthur Murray*
Arthur Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
amurray@murray-lawfirm.com
T. 504.525.8100

</div>
<div>

*/s/ Devin S. Anderson*
Craig S. Primis, P.C.
K. Winn Allen
Devin S. Anderson (D. Md. Bar No. 805892)
Emily Merki Long
Katherine E. Canning
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel. 202-389-5000

*Attorneys for Defendant Accenture LLP*

</div>
</div>

Steven D. Silverman
D. Md. Bar No. 22887
**SILVERMAN THOMPSON SLUTKIN & WHITE LLC**
201 N. Charles Street, 26th Floor Baltimore, MD 21201
ssilverman@mdattorney.com
T. 410.385.2225

*Plaintiff's Co-Lead Counsel for the Financial Institution Track*

<u>/s/ Timothy Brown</u>
Timothy Brown
THE BROWN LAW FIRM, P.C.
240 Townsend Square
Oyster Bay, NY 11771
tbrown@thebrownlawfirm.net
T. 516.922.5427

Gregory Egleston
GAINEY MCKENNA & EGLESTON
440 Park Avenue South, 5th Floor New York, NY 10016
gegleston@gme-law.com
T. 212.983.1300

*Plaintiffs' Co-Lead Counsel for Shareholder Derivative Track*

<u>/s/ Carol C. Villegas</u>
Carol C. Villegas
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
cvillegas@labaton.com
T. 212.907.0624

*Plaintiffs' Co-Lead Counsel for Securities Track*