IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND
(Southern Division)

| | |
|---|---|
| IN RE: MARRIOT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 19-MD-2879-PWG |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 8:19-cv-00059-PWG |
| ADAM SAVETT and EDWARD SCHWARTZ<br><br>                Plaintiffs,<br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br>10400 Fernwood Road<br>Bethesda, Maryland 20817,<br><br>                Defendant. | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

   Pursuant to Local Rule 101(2)(a), Daniel R. Karon, Esquire and Beau D. Hollowell, Esquire and Karon LLC request leave to withdraw their appearance as counsel for Plaintiffs Adam Savett and Edward Schwartz in the above matter. In addition, Vincent J. Esades, Esquire and Heins Mills & Olson, P.L.C. request leave to withdraw their appearance as counsel for Plaintiffs Adam Savett and Edward Schwartz in the above matter.

Respectfully submitted,

/s/ *Daniel R. Karon*
Daniel R. Karon (Ohio Bar No. 0069304)
KARON LLC
200 West St. Clair Ave., Suite 200
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 871-4175
dkaron@karonllc.com


Vincent J. Esades (*pro hac*)
**HEINS MILLS & OLSON, P.L.C.**
310 Clifton Avenue
Minneapolis, MN 55403
T: (612) 338-4605
F: (612) 338-4692
vesades@heinsmills.com


*Co-Counsel for Plaintiffs*
*Adam Savett and Edward Schwartz*

\

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2020, a copy of the foregoing Motion for Leave to Withdraw Appearance was served on all counsel of record via the Court's CM/ECF system.

/s/ *Daniel R. Karon*
Daniel R. Karon

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| **IN RE: MARRIOT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>ADAM SAVETT and EDWARD SCHWARTZ<br><br>              Plaintiffs,<br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br>10400 Fernwood Road<br>Bethesda, Maryland 20817,<br><br>              Defendant. | MDL No. 19-MD-2879-PWG<br><br>Civil Action No.: 8:19-cv-00059-PWG |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE

It is this _____ day of _____, 2020;

ORDERED, that the Motion for Leave to Withdraw Appearance of Daniel R. Karon, Esquire and Beau D. Hollowell, Esquire and Karon LLC; and Vincent Esades and Heins Mills & Olson, P.L.C. as counsel for Plaintiffs Adam Savett and Edward Schwartz, Individually and

on Behalf of a Class of All Others Similarly Situated ("Plaintiff") in the case styled *Adam Savett and Edward Schwartz, Individually and on Behalf of All Others Similarly Situated v. Marriott International, Inc.,* Case No.: 8:19-cv-00059 PWG is hereby granted.

                                                                               _____

                                                                               Paul W. Grimm
                                                                               United States District Judge