IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * |
| | MDL No.: 19-md-2879 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * |
| | JUDGE GRIMM |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Pursuant to the Court's July 2, 2019 Order (ECF No. 313), the parties in the Consumer, Financial Institution ("FI"), Government, Securities, and Shareholder Derivative Tracks submit the following Joint Status Report.

### Status of the Pleadings

In the Consumer Track, the Consumer Plaintiffs requested leave to file an amended complaint on May 8, 2020. (ECF No. 577.) On July 16, 2020, the Court denied the Consumer Plaintiff's request for leave to amend without prejudice. (ECF No. 605.) Marriott timely filed its answer on July 13, 2020. (ECF No. 604.)

Accenture LLP's motion to dismiss is fully briefed and has been awaiting ruling since November 26, 2019. (ECF Nos. 464, 481, 504.) On January 8, 2020, the Court approved the stipulation of dismissal without prejudice of Accenture plc. (ECF Nos. 521, 523.)

In the FI Track, Marriott's motion to dismiss was granted in part and denied in part on February 7, 2020. (ECF No. 532.) Although Marriott's answer was due on June 15, 2020, pursuant to Judge Bredar's April 10, 2020 Standing Order 2020-07, the parties agreed that Marriott will postpone answering the FI Track Plaintiff's First Amended Complaint given that

the FI Track Plaintiff has decided to withdraw its claim for reimbursement of fraudulent charges and has moved for leave to file a second amended complaint.

On March 31, 2020, the Court approved the Securities and Shareholder Derivative Track parties' proposed schedule for the amended complaints and their responses. (ECF Nos. 555, 559.) The parties in the Securities and Shareholder Derivative Tracks have been working with parties from the other tracks and certain third parties to re-file documents previously filed under seal in light of the Court's orders regarding the Securities and Shareholder Derivative plaintiffs' motion to unseal. (ECF Nos. 550, 592.) The relevant parties have re-filed the unsealed materials on the public docket. (ECF Nos. 593-600, 603, 607-608.) The Securities and Shareholder Derivative Track plaintiffs and Defendants agreed that July 10, 2020, would serve as the Unsealing Date.

Accordingly, the Securities Track Lead Plaintiff filed its Third Amended Consolidated Complaint on July 24, 2020. (ECF No. 609.) Defendants' answer or motion to dismiss is due by September 8, 2020. (ECF Nos. 555, 559.) The Shareholder Derivative Plaintiffs have stipulated with Defendants for an extension to file their Second Amended Consolidated Complaint by August 21, 2020. Pursuant to the parties' agreement, Defendants' answer or motion to dismiss would be due by October 5, 2020. (ECF Nos. 611, 559.)

## Discovery

Since their May 29, 2020 Joint Status Report (ECF No. 583), the parties in the Consumer, FI, and Government Tracks have continued to meet and confer regarding written discovery responses, document productions, privilege issues, and third-party subpoenas. The parties in those tracks will continue to do so.

Participation by Plaintiffs in the Securities and Derivative Tracks has been limited due to the discovery stay, and they continue to reserve their rights to seek additional discovery not contemplated by parties to the Consumer, FI, and Government tracks, including, but not limited to, identification of additional search terms, key custodians, key data sources, exclusions, and third parties, when and if the stay is lifted.

In the Consumer, FI, and Government Tracks, Marriott has continued to make rolling productions of documents. To date, Marriott has produced nearly 2.5 million pages of documents to Plaintiffs.

In the Consumer Track, the parties have served various discovery requests, served responses and objections thereto, and have met and conferred regarding certain of the requests, responses, and objections, including Marriott's assertion of privilege over certain documents related to CrowdStrike's role in assisting Marriott's counsel with the post-incident investigation. On July 17, 2020, the Consumer Plaintiffs submitted a letter to Special Master Facciola seeking to compel Marriott to produce certain documents related to CrowdStrike, pursuant to the Stipulated Order Regarding Discovery-Dispute Protocol.[1] (ECF No. 580.) Marriott's opposition letter brief is currently due August 14, 2020. The parties continue to meet and confer regarding other issues including the Consumer Plaintiffs' responses to Marriott's first set of discovery and certain of Marriott's other responses to discovery (including its clawback of certain documents) and, if appropriate, will seek the Special Master's assistance pursuant to the Stipulated Order Regarding Discovery Dispute Protocol.

---

[1] Plaintiffs in the Financial Institution and Government Tracks support the relief sought in the Consumer Plaintiffs' letter.

The Consumer Plaintiffs have also served discovery requests on Accenture LLP, and the parties are meeting and conferring concerning Accenture's responses. The parties reached agreement on search terms and custodians on July 22, 2020. Accenture will begin making rolling productions of documents in the coming weeks. Accenture also served discovery upon the Consumer Plaintiffs. The Consumer Plaintiffs served their written responses to Accenture's discovery on July 23, 2020, and Accenture is currently reviewing those responses.

In the Government Track, the parties continue to meet and confer regarding the City of Chicago's responses to Marriott's First and Second Set of Interrogatories and Marriott's First Set of Requests for Production. On January 30, 2020, Marriott served its First Set of Document Requests and Interrogatories to the City of Chicago. The City of Chicago responded and objected to those requests and interrogatories on April 1, 2020. Marriott served its Second Set of Interrogatories on the City of Chicago on May 29, 2020. The City of Chicago responded and objected to those interrogatories on June 29, 2020. The parties had their most recent meet and confer on July 20, 2020. Pending final written correspondence between the parties to attempt to narrow the issues in dispute, the parties anticipate bringing certain unresolved issues related to these requests to Special Master Facciola's attention.

In the FI Track, on February 21, 2020, Marriott served its Second Set of Interrogatories and Requests for Production. The FI Track Plaintiff served its responses and objections to those requests on March 23, 2020. On April 10, 2020, Marriott served its Second Set of Requests for Admission to the FI Track Plaintiff. The FI Track Plaintiff served its responses and objections to those requests on May 11, 2020. The parties have met and conferred regarding Marriott's discovery requests to narrow issues in dispute.

On May 26, 2020, the parties participated in a telephonic conference with Special Master Facciola on Marriott's claim that the FI Track Plaintiff failed to comply with protocols governing electronically stored information.  At the conclusion of that conference, Special Master Facciola recommended that no action be taken at this time without prejudice for Marriott to re-raise the issue after it takes the depositions of FI Track Plaintiff employees.  Marriott will take these depositions on July 28-30, 2020.

During the May 26, 2020 conference, the FI Track Plaintiff also informed Special Master Facciola that it had advised Marriott on May 21, 2020, that it was no longer pursuing the claim that it reimbursed customers for fraudulent charges on payment cards.  On May 27, 2020, the parties met and conferred regarding the manner in which the FI Track Plaintiff would memorialize this change with the Court as well as the FI Track Plaintiff's amendments to its discovery responses.  On July 9, 2020, the FI Track Plaintiff filed a letter motion for leave to file a second amended complaint.  (ECF No. 590.)  Marriott filed a conditional opposition on July 20, 2020.  (ECF No. 606.)  The FI Track Plaintiff's reply is due July 30, 2020.

The parties in the Consumer, FI, and Government Tracks have also issued Rule 45 subpoenas to various third parties.  Some third parties have begun producing documents in response thereto, and efforts to meet and confer are underway for certain third parties.  The parties have also continued to meet and confer regarding issues relating to third-party discovery.

Plaintiffs in the Consumer, FI, and Government Tracks drafted a Deposition Protocol, which Defendants will review and comment on before the parties meet and confer regarding the same.

**Proposed Adjustment To Case Schedule In Light Of Global Pandemic**

As the parties have discussed with the Court, the global pandemic has made conducting discovery more difficult in this case. At present, fact discovery in the Consumer, FI, and Government Tracks is scheduled to conclude on October 2, 2020 (ECF No. 361), and only one deposition has taken place (in the Financial Institution Track). Discovery in the Securities and Shareholder Derivative Tracks remains stayed pending the resolution of Defendants' anticipated motions to dismiss in those tracks. Although Plaintiffs in the Consumer, FI, and Government Tracks have notified Marriott of their availability to take various depositions of Marriott employees in order to meet the October 2, 2020 fact discovery deadline, the parties are discussing proposed amendments to the case schedule and intend to jointly move the Court for an extension of the discovery deadline.

*   *   *

Should the Court require additional information, the parties would be pleased to attend a status conference at a date and time convenient for the Court.

///

Dated: July 28, 2020 Respectfully submitted by:

*/s/ Timothy Brown*
Timothy Brown (*pro hac vice*)
**THE BROWN LAW FIRM, P.C.**
240 Townsend Square
Oyster Bay, NY 11771
T 516.922.5427
tbrown@thebrownlawfirm.net

*/s/ Gregory Egleston*
Gregory Egleston
**GAINEY MCKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
T 212.983.1300
gegleston@gme-law.com

*Plaintiffs' Co-Lead Counsel for Shareholder Derivative Track*

*- and -*

*/s/ Carol C. Villegas*
Carol C. Villegas
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
T 212.907.0624
cvillegas@labaton.com

*Lead Plaintiff's Counsel for Securities Track*

*- and -*

*/s/ Amy E. Keller*
Amy E. Keller
D. Md. Bar No. 20816
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
T 312.214.7900
akeller@dicellolevitt.com.com

*/s/ James J. Pizzirusso*
James J. Pizzirusso

7

D. Md. Bar No. 20817
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC 20006
T 202.540.7200
jpizzirusso@hausfeld.com

*/s/ Andrew N. Friedman*
Andrew N. Friedman
D. Md. Bar No. 14421
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
T 202-408-4600
afriedman@cohenmilstein.com

*Plaintiffs' Co-lead Counsel for the Consumer Track*

*- and -*

*/s/ Arthur Murray*
Arthur Murray
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150 New Orleans, LA 70130
T 504.525.8100
amurray@murray-lawfirm.com

*/s/ Steven Silverman*
Steven D. Silverman
D. Md. Bar No. 22887
**SILVERMAN THOMPSON SLUTKIN & WHITE LLC**
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
T 410.385.2225

*Plaintiff's Co-Lead Counsel for the Financial Institution Track*

*- and -*

*/s/ Benjamin Richman*
Benjamin H. Richman
brichman@edelson.com

Iman N. Boundaoui
iboundaui@edelson.com
**EDELSON PC**
350 North LaSalle, 14th Floor
Chicago, IL 60654
T 312.589.6370

*Counsel for the City of Chicago, Government Track*

*- and -*

*/s/ Lisa M. Ghannoum*
Daniel R. Warren (*pro hac vice*)
Lisa M. Ghannoum (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: 216.621.0200
Fax: 216.696.0740
Email: dwarren@bakerlaw.com
Email: lghannoum@bakerlaw.com

Gilbert S. Keteltas (Bar No. 12679)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202.861.1530
Fax: 202.861.1783
Email: gketeltas@bakerlaw.com

*Defendants' Co-Lead Counsel for the Consumer, Financial Institution, and Government Tracks*

*/s/ Jason Mendro*
Jason J. Mendro (Bar No. 17609)
Jeffrey S. Rosenberg (Bar No. 16736)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Tel.: (202) 955-8297
Fax: (202) 530-9500
jmendro@gibosndunn.com
jsrosenberg@gibsondunn.com

Adam H. Offenhartz (*pro hac vice*)
Laura K. O'Boyle (*pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.: (212) 351-4000
Fax.: (212) 351-4036
aoffenhartz@gibsondunn.com
loboyle@gibsondunn.com

*Counsel for Defendants in the Securities and Derivative Action Tracks*

*- and -*

*/s/ Craig Primis*
Craig S. Primis, P.C. (Bar No. 811151)
K. Winn Allen (Bar No. 8111189)
Devin S. Anderson (Bar No. 805892)
Emily M. Long (Bar No. 811317)
Katherine E. Canning (Bar No. 811149)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389-5000
Fax: 202.389-5200

*Counsel for Defendants Accenture plc and Accenture LLP*

## **CERTIFICATE OF SERVICE**

I, Lisa M. Ghannoum, hereby certify that on July 28, 2020, I served the above and foregoing Joint Status Report on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/ Lisa M. Ghannoum*
Lisa M. Ghannoum
