IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | * * * |
| | MDL No.: 19-md-2879 |
| THIS DOCUMENT RELATES TO CASE NO. 8:19-CV-0654 | * HON. PAUL W. GRIMM * |

\* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \*

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE CITY'S OBJECTIONS TO SPECIAL MASTER'S OCTOBER 14, 2020 REPORT AND RECOMMENDATION**

Defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC (collectively, "Marriott") respectfully request that the Court grant a 14-day extension of time for Marriott to respond to the city of Chicago's objections to the Special Master's October 14, 2020 Report and Recommendation. In support of its Motion, Marriott states the following:

1. On October 14, 2020, the Special Master issued a Report and Recommendation addressing discovery disputes between the city and Marriott. (ECF No. 663.)

2. Pursuant to the Stipulated Order Regarding Discovery-Dispute Protocol ("Stipulated Order") (ECF No. 580), the city's objections were due 14 days after the filing of the Special Master's report—October 28, 2020.

3. On October 27, 2020, the Court granted the city's unopposed motion for a 7-day extension of time to file its objections. (ECF Nos. 670, 673.)

4. The city filed its objections on November 4, 2020. (ECF No. 680.) Pursuant to the Stipulated Order, Marriott's response is due November 18, 2020.

5.	Marriott requests a 14-day extension of the deadline to respond to no later than **December 2, 2020**.  *See* Fed. R. Civ. P. 6(b).  Pursuant to L.R. 105.9, Marriott conferred with and obtained the city's consent to the requested extension.

6.	Good cause exists for this request.  Marriott's counsel is currently attending to ongoing discovery obligations in this and other tracks, including preparing for depositions. This extension will allow Marriott's counsel adequate time to prepare its response and will not prejudice the city.

| | |
|---|---|
| Date: November 6, 2020 | */s/ Daniel R. Warren*<br>Daniel R. Warren (*pro hac vice*)<br>Lisa M. Ghannoum (*pro hac vice*)<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, OH  44114<br>Tel: 216.621.0200<br>Fax: 216.696.0740<br>Email: dwarren@bakerlaw.com<br>Email: lghannoum@bakerlaw.com<br><br>Gilbert S. Keteltas (Bar No. 12679)<br>Baker & Hostetler LLP<br>1050 Connecticut Ave. NW, Suite 1100<br>Washington, D.C. 20036<br>Tel: 202.861.1530<br>Fax: 202.861.1783<br>Email: gketeltas@bakerlaw.com<br><br>*Government Track  Defendants' Co-Lead Counsel* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, the foregoing was served on the city of Chicago's counsel, Edelson PC, via electronic mail.

*/s/ Daniel R. Warren*
*One of the Government Defendants' Co-Lead Counsel*
