UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

IN RE MARRIOTT INTERNATIONAL INC.
CUSTOMER DATA SECURITY
BREACH LITIGATION

MDL NO. 19-MD-2879
(JUDGE GRIMM)

THIS DOCUMENT RELATES TO THE CONSUMER TRACT

     Plaintiff claims that documents created by Crowdstrike, denominated as the Crowdstrike Compromise Assessment, are not privileged. I have reviewed the documents *in camera*. They are listed as numbers 9494-9497, 1689, and 1702 in the chart, attached to my Report and Recommendation, ECF No. 797.

     In my Report and Recommendation, ECF No. 634, I concluded that discovery of the Crowdstrike documents then in issue should not be permitted unless and until Marriott designated Crowdstrike as an expert case. Judge Grimm agreed but disagreed that Marriott do so immediately. He instead ordered that the discovery then sought be postponed until Marriott designated its expert witnesses on the deadline he had set for such a designation. ECF No. 662.

     That order must be obeyed. See Graves v. Lioi, 930 F.3d 307, 318 (4th Cir. 2019) ("The law-of-the-case doctrine recognizes that "when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case." *Arizona v. California*, 460 U.S. 605, 618(1983)).

I, therefore, recommend that the resolution of this controversy be postponed until Marriott determines whether it will designate Crowdstrike as an expert witness, which I understand will occur on June 18, 2021.

*John M. Facciola*

June 11, 2021