IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION | * * * * |
| | MDL No.: 19-md-2879 |
| THIS DOCUMENT RELATES TO THE GOVERNMENT TRACK | * * * |
| | JUDGE GRIMM |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT SUBMISSION OF PROPOSED BRIEFING SCHEDULE REGARDING MARRIOTT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's July 6, 2021 Order (Dkt. 846), plaintiff City of Chicago and Defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC (collectively, Marriott) submit the following briefing schedule with respect to Marriott's motion for summary judgment limited to the issues of home rule, exterritoriality, and standing, and the corresponding expert discovery on standing:

| Event | Date |
|---|---|
| City of Chicago serves expert report on standing. | August 27, 2021 |
| Marriott serves rebuttal expert report on standing, if necessary. | October 11, 2021 |
| City of Chicago serves reply expert report on standing, if Marriott serves rebuttal report.[1] | November 1, 2021 |
| Deadline to complete standing expert discovery in Government Track. | November 15, 2021 |
| Marriott files summary judgment in Government Track on issues of home rule, extraterritoriality, and standing. Marriott's deadline to challenge City of Chicago's standing expert. | December 6, 2021 |
| City of Chicago opposes summary judgment and responds to Marriott's challenge to its expert. City of Chicago's deadline to challenge Marriott's rebuttal expert, if necessary. | January 5, 2021 |
| Marriott files reply in support of summary judgment. Marriott responds to City of Chicago's challenge to its expert, if necessary. | January 26, 2021 |

---

[1] Marriott does not think a reply expert report is necessary but does not object to the City of Chicago providing such a report.

1

The parties further propose that (i) consistent with the Local Rule 105.3, Marriott be permitted 35 pages for its opening brief in support of summary judgment, the City of Chicago be permitted 35 pages for its brief in opposition to summary judgment, and Marriott be permitted 20 pages for its reply in support of summary judgment, and that (ii) Marriott and the City of Chicago be permitted 15 pages for any challenges to the opposing party's standing expert and 15 pages to respond to any challenges to their standing expert.

Dated: July 13, 2021

Respectfully submitted by:

*/s/* Eve-Lynn J. Rapp

Stephen J. Kane (*pro hac vice*)
Deputy Corporation Counsel
stephen.kane@cityofchicago.org
CITY OF CHICAGO DEPARTMENT OF LAW
Affirmative Litigation Division
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: 312.744.6934
Fax: 312.744.5185

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Eve-Lynn J. Rapp (*pro hac vice*)
erapp@edelson.com
Benjamin Thomassen (*pro hac vice*)
bthomassen@edelson.com
**EDELSON PC**
350 North LaSalle, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for the City of Chicago, Government Track*

*- and –*

*/s/* Jeremy S. Dunnaback
Daniel R. Warren (*pro hac vice*)
Lisa M. Ghannoum (*pro hac vice*)
Jeremy S. Dunnaback (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: 216.621.0200
Fax: 216.696.0740
Email: dwarren@bakerlaw.com
Email: lghannoum@bakerlaw.com
Email: jdunnaback@bakerlaw.com

Gilbert S. Keteltas (Bar No. 12679)
Thomas E. Hogan (*pro hac vice*)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202.861.1530
Fax: 202.861.1783
Email: gketeltas@bakerlaw.com
Email: thogan@bakerlaw.com

*Counsel for Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC, Government Track*

## **CERTIFICATE OF SERVICE**

I, Eve-Lynn J. Rapp, hereby certify that on July 13, 2021, I served the above and foregoing Joint Submission of Proposed Briefing Schedule Regarding Marriott's Motion for Summary Judgment on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

*/s/* Eve-Lynn J. Rapp