# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

IN RE MARRIOTT INTERNATIONAL INC.
CUSTOMER DATA SECURITY
BREACH LITIGATION

MDL NO. 19-MD-2879
(JUDGE GRIMM)

**THIS DOCUMENT RELATES TO THE CONSUMER TRACT**

**REPORT AND RECOMMENDATION**

In our weekly conference, counsel for the parties have expressed the desire to seek reconsideration or clarification of my most recent Report and Recommendation, ECF No. 867. Counsel have convinced me that it would be in the interest of the expeditious resolution of the controversy resolved in my Report and Recommendation for their obligation to take an appeal from my Report and Recommendation be stayed pending the resolution of any motions for reconsideration or clarification. I, therefore, recommend that the deadlines for taking any appeal from ECF No. 867 be stayed pending resolution by the Special Master of any motions for reconsideration or clarification the parties will file.

July 22, 2021

SO ORDERED, on July 22, 2021.

/S/
Paul W. Grimm
United States District Judge