**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| IN RE: MARRIOTT INTERNATIONAL CUSTOMER DATA SECURITY BREACH LITIGATION * * * | |
| | MDL No.: 19-md-2879 |
| THIS DOCUMENT RELATES TO THE CONSUMER ACTIONS * | HONORABLE PAUL W. GRIMM |

\* * * * * * * * * * *   * * * * * * * *

**DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | FILED AS |
|---|---|---|
| 1 | Poindexter Expert Report | Redacted |
| 2 | Tucker Expert Report | Redacted |
| 3 | Toubia Expert Report | Public |
| 4 | Snyder Expert Report | Redacted |
| 5 | Chad Stout, VISA Director, Declaration | Under Seal (ECF 885) |
| 6 | *Stollenwerk v. Tri-West Healthcare Alliance*, 203-cv-185, ECF No. 139 | Public |
| 7 | Website Terms of Use, MI_MDL_01753115 | Public |
| 8 | Bischoff, *How much are you worth on the dark web?*, available at https://www.comparitech.com/blog/vpn-privacy/dark-web-prices/ | Public |
| 9 | Charles Jones and Christopher Tonetti, *Nonrivalry and the Economics of Data*, American Economic Review 2020, Vol. 110, No. 9 (2020) | Public |
| 10 | Peter Jones and Meng-Mei Chen, *Factors determining hotel selection: Online behaviour by leisure travellers*, Tourism and Hospitality Research, Vol. 11, No. 1, 2011 | Public |
| 11 | Amended and Restated Master Services Agreement Between Starwood Hotels & Resorts Worldwide, Inc. and Accenture LLP, June 1, 2015, MI_MDL_00018323 | Under Seal (ECF 885) |
| 12 | Marriott 5.17.2019 Letter to Regulators, Van der Walt Dep. Ex. 392, MI_MDL_00013806 | Under Seal (ECF 885) |
| 13 | Marriott 1.23.2019 Letter to Regulators, Van der Walt Dep. Ex. 391, MI_MDL_00000244 | Under Seal (ECF 885) |
| 14 | Expense Report, VIGGIANOPL1000179 | Redacted |

| | | |
|---|---|---|
| 15 | Wallace's Sixth Supplemental Responses to Defendant Marriott's First Set of Interrogatories to Consumer Plaintiffs, MCON 327 | Redacted |
| 16 | Maisto's Fourth Supplemental Responses to Defendant Marriott's Second Set of Interrogatories to Consumer Plaintiffs, MCON 458 | Redacted |
| 17 | Hevener's Fourth Supplemental Responses to Defendant Marriott's Second Set of Interrogatories to Consumer Plaintiffs, MCON 182 | Redacted |
| 18 | O'Brien Fifth Supplemental Responses to Defendant Marriott's First Set of Interrogatories to Consumer Plaintiffs, MCON 168 | Redacted |
| 19 | Viggiano's Fourth Supplemental Responses to Defendant Marriott's Second Set of Interrogatories to Consumer Plaintiffs, MCON 378 | Redacted |
| 20 | Upadhyay, Ajay 5.4.21 Deposition Transcript Excerpt | Redacted |
| 21 | Lawing, Erick 5.26.21 Deposition Transcript Excerpt | Under Seal (ECF 885) |
| 22 | Prince, Jeffrey 8.13.21 Deposition Transcript | Public |
| 23 | Butler, Sarah 8.19.21 Deposition Transcript | Public |
| 24 | Frantz, Mary 8.18.21 Deposition Transcript | Under Seal (ECF 885) |
| 25 | Fishon, Eric 6.1.21 Deposition Transcript | Redacted |
| 26 | Hevener, Kathleen 6.15.21 Deposition Transcript | Redacted |
| 27 | Amarena, Anne Marie 6.9.21 Deposition Transcript | Redacted |
| 28 | Guzikowski, Robert 6.24.21 Deposition Transcript | Redacted |
| 29 | Lawrence, Irma 5.28.21 Deposition Transcript | Redacted |
| 30 | O'Brien, Paula 6.11.21 Deposition Transcript | Redacted |
| 31 | Viggiano, David 6.30.21 Deposition Transcript | Redacted |
| 32 | Bittner, Michaela 06.17.21 Deposition Transcript | Redacted |
| 33 | Marks, Denitrice 6.17.21 Deposition Transcript | Redacted |
| 34 | Maldini, Peter 5.20.21 Deposition Transcript | Redacted |
| 35 | Cullen, Roger 5.24.21 Deposition Transcript | Redacted |
| 36 | Maisto, Maria 4.2.21 Deposition Transcript | Redacted |
| 37 | Gononian, Laura 4.8.21 Deposition Transcript | Redacted |
| 38 | Long, Brent 6.8.21 Deposition Transcript | Redacted |

| 39 | Wallace, Bryan 6.22.21 Deposition Transcript | Redacted |
|---|---|---|
| 40 | Guzikowski Stay Spreadsheet, MCON 350 | Under Seal (ECF 885) |
| 41 | Long Stay Spreadsheet | Under Seal (ECF 885) |
| 42 | Bittner Stay Spreadsheet, MCON 200 | Under Seal (ECF 885) |
| 43 | Amarena Stay Spreadsheet, MCON 148 | Under Seal (ECF 885) |
| 44 | Fishon Stay Spreadsheet, MCON 99 | Under Seal (ECF 885) |
| 45 | Gononian Stay Spreadsheet, Exhibit MCON 407 | Under Seal (ECF 885) |
| 46 | Viggiano Stay Spreadsheet, MCON 379 | Under Seal (ECF 885) |
| 47 | Wallace Stay Spreadsheet, MCON 325 | Under Seal (ECF 885) |
| 48 | Cullen Stay Spreadsheet, MCON 73 | Under Seal (ECF 885) |
| 49 | Hevener Stay Spreadsheet | Under Seal (ECF 885) |
| 50 | Lawrence Stay Spreadsheet, MCON 93 | Under Seal (ECF 885) |
| 51 | Maisto Stay Spreadsheet, MCON 476 | Under Seal (ECF 885) |
| 52 | Maldini Stay Spreadsheet, MCON 51 | Under Seal (ECF 885) |
| 53 | Marks Stay Spreadsheet, MCON 315 | Under Seal (ECF 885) |
| 54 | O'Brien Stay Spreadsheet, MCON 173 | Under Seal (ECF 885) |