# EXHIBIT 30

*Exhibit to Defendants' Opposition to Plaintiffs' Motion for Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*



# Transcript of Paula O'Brien

**Date:** June 11, 2021
**Case:** Marriott International Customer Data Security Breach Litigation, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

4

[redacted]

42

[redacted]
Q. And you responded to your interrogatories and indicated that there were multiple unauthorized charges in Florida as a result of the January 19th --
**A. Yes.**
Q. One of those charges was at a Ross store, correct?
**A. Yes.**
Q. And do you see where, under "Point of Sale," it says "Card Present"?
**A. Yes.**
Q. That means that the card was used at this store, correct?
MS. DE BARTOLOMEO: Objection. Foundation.

43

**A. Yes.**
**QUESTIONS BY MS. GHANNOUM:**
Q. If you scroll down, there's a "WM Supercenter" in Cape Coral, Florida.
And that's also a card-present transaction, correct?
**A. Yeah.**
Q. And there's a Murphy 6852AT Walmart in Cape Coral, Florida, correct?
MS. DE BARTOLOMEO: Objection. Foundation.
**A. Yes.**
**QUESTIONS BY MS. GHANNOUM:**
Q. And that says that's an automatic gas dispenser where there's a card-present transaction, correct?
**A. Yes, ma'am.**
Q. And the next line is "Walmart 0819 Cape Coral, Florida" in the grocery store, and it's a card-present transaction, correct?
**A. Yes, ma'am.**
Q. And then there's another charge at Ross

44

Stores 613 in Cape Coral, Florida, and it's also a card-present transaction, correct?
**A. Yes, ma'am.**
Q. Do you dispute that your [redacted] credit card ending in [redacted] that you lost while in Florida was used to make these purchases with the physical credit card?
MS. DE BARTOLOMEO: Objection. Misstates her testimony. Foundation. Form.
**A. I'm sorry. Could you repeat the question?**
**QUESTIONS BY MS. GHANNOUM:**
Q. Do you dispute that your [redacted] credit card ending in [redacted] that you lost while in Florida was used to make these purchases using the physical credit card?
MS. DE BARTOLOMEO: Same objections, please.
**A. I don't dispute that. That's what the document says.**
[redacted].

225

[lines 1–16 redacted]
17  Q.  Were you a member of Starwood Preferred
18  Guest at that point?
19  A.  I believe so.
[lines 20–22 redacted]

226

[lines 1–22 redacted]

227

[lines 1–22 redacted]

228

[lines 1–22 redacted]

233

[redacted]

234

[redacted]

235

[redacted]

Q. And who paid for those rooms?

**A. I can't -- scroll down to where the credit card part is, please.**

236

MS. DE BARTOLOMEO: Which line are we looking at, please?

MS. GHANNOUM: The one with the blue cursor and the one below it.

**A. Yeah, so there's -- it's the same credit card number. So I would assume I did. I don't know. I don't remember.**

[redacted]

249

[redacted]

250

[redacted]:

Q. Have you ever tried to sell any of your personal information?
A. No.
Q. Would you ever sell any of your personal information?
MS. DE BARTOLOMEO: Objection. Form.
A. No.
[redacted]

25

[redacted]
Q. Did you read Starwood's privacy policy before the first time you stayed at a Starwood Hotel?
A. No.
Q. Did you read the Starwood privacy policy at any point prior to staying at a Starwood Hotel?
A. No.
[redacted]

252

[redacted]



317

318

319

Q. Are you claiming that you had an express contract with Starwood with regard to its Starwood Preferred Guest loyalty program?

MS. DE BARTOLOMEO: Objection. Form.

**A. Yes.**

320

[redacted]

[redacted]

[redacted]

Q. And what portion of your room rate was built into the price for data security?

MS. DE BARTOLOMEO: Objection. Form.

**A. That's for the experts. I don't know how Marriott builds their pricing. I don't know how they quantify that. There's a number of elements. I don't know.**

[redacted]

[redacted]