# EXHIBIT 35

*Exhibit to Defendants' Opposition to Plaintiffs' Motion for Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*



**HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER**

# Transcript of Roger Cullen

**Date:** May 24, 2021
**Case:** Marriott International Customer Data Security Breach Litigation, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

HIGHLY CONFIDENTIAL
Transcript of Roger Cullen
Conducted on May 24, 2021

12 (45 to 48)



45
[redacted]

46
[redacted]

47
7 Q. Who books your hotel reservations for your work for
8    [redacted]?
9 A. If they are primarily -- okay. So domestic hotel
10   stays, I have control over those, but not 100 percent
11   all the time. The overseas stays, I have no control
12   over. Those are booked [redacted]
13   [redacted] all.

48
[redacted]

Transcript of Roger Cullen
Conducted on May 24, 2021

14 (53 to 56)



56

1 Q. Is the Starwood Preferred Guest program the first
2    rewards program that you joined?
3 A. I can't answer conclusively on that. I'm not sure.
4    I don't know.
5 Q. Do you know if you joined the Starwood Preferred Guest
6    program or the Marriott Rewards program first?
7 A. For the Marriott brand, I joined, I believe, over --
8    certainly, over ten years ago. So at that time it
9    would have been -- okay. I see what you're saying.
10        Honestly, I don't know. Between the two
11   memberships, I don't know which one I would have
12   joined first. I'm not sure.
13 Q. Were you a member of any other hotel rewards programs
14   when you enrolled in the Marriott program?
15 A. Not certain. I have -- I have held other memberships
16   throughout the years, but I don't know at that time.
17   I can't -- I can't recall.
18 Q. Were you a member of any other hotel rewards program
19   when you enrolled in the Starwood Preferred Guest
20   program?
21 A. Can't recall thinking back that far. I'm not sure.

**273**

[Lines 1-22 redacted]

**274**

[Lines 1-19 redacted]

20  Q.  Mr. Cullen, do you recognize this document?
21  A.  It looks to be the stay for my brother.
22  Q.  But you don't recognize this document.  Correct?

**275**

1  A.  I don't recall seeing it.
2  Q.  And this shows that he was the one that stayed at the
3      Moxy hotel on October 22nd through October 24th, as we
4      just discussed.  Correct?
5  A.  Correct.
6          MR. ROBINSON:  Object to form.
7          Counsel, just for the record, you cut out
8      the Bates number.  Do you mind showing it or telling
9      me what it is?
10 BY MS. GHANNOUM:
11 Q.  So, Mr. Cullen, the information associated with this
12     stay is actually under your brother's name.  Correct?
13 A.  This -- that address is my address.  The name
14     added -- I added his name to the reservation, so I
15     assume that that name, added with my address, was
16     just based on his name added to the reservation.
17 Q.  Because he's the one that stayed in the room.
18     Correct?
19 A.  He was, yes.
20 Q.  Okay.  And as you told me earlier in your testimony
21     today, when you check in, you have to show
22     identification so they know who's staying in the

**276**

1      hotel.  Correct?
2  A.  Correct.
3  Q.  Okay.  So ▉ information -- ▉
4      information is associated with this hotel stay.
5      Correct?
6          MR. ROBINSON:  Object to form.  Misstates
7      evidence.
8  A.  My name was on the reservation and I added his name
9      when I made the reservation.  Whether at the time of
10     the reservation or I called up later, I added his
11     name.  He would have been required to show an ID, as
12     if it was me.  But it's not him taking my place.
13     It's just he's an additional name on the reservation.
14 BY MS. GHANNOUM:
15 Q.  But you never showed up and checked into the hotel on
16     October 22nd or at any time during that week.
17     Correct?
18 A.  I did not physically check into the hotel and I
19     didn't sleep there, no.
20         MS. GHANNOUM:  Austin, can you please put
21     up exhibit -- or, excuse me, Tab 73?
22         And for purposes of the record, what I was

277

1  just showing you was marked as Exhibit 78.
2         PLANET DEPOS TECH: Stand by.
3         MARKED FOR IDENTIFICATION:
4         EXHIBIT 79
5         6:49 p.m.
6  BY MS. GHANNOUM:
7  Q. Do you recognize this document that has been marked as
8  Exhibit 79?
9  A. Yes.
10 Q. Have you seen this before?
11 A. I recognize the document. I don't recall if I've
12    seen it before. I imagine it was emailed to me,
13    though.
14 Q. And who was the guest at the Sheraton Charlotte
15    Airport Hotel on August 16th through the 17th, 2018?
16 A. Once again, I made the booking. I made the
17    reservation. I added my wife's name to it.
18 Q. And you used your Starwood Preferred Guest number.
19    Correct?
20 A. Correct. To clarify, I believe her name is also
21    listed on the membership, but I'm not 100 percent
22    certain. But I believe it is.

