# EXHIBIT 39

*Exhibit to Defendants' Opposition to Plaintiffs' Motion for Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*



# HIGHLY CONFIDENTIAL
# SUBJECT TO PROTECTIVE ORDER

# Transcript of Bryan Wallace

**Date:** June 22, 2021
**Case:** Marriott International Customer Data Security Breach Litigation, In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

Transcript of Bryan Wallace
Conducted on June 22, 2021

37

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]

38

1 [redacted]
2    Q   Okay. You previously testified that you
3 were shown a version of this document that had
4 stays that did not belong to you, or stays that
5 you had not made.
6        Is that correct?
7    A   That's correct.
8    Q   Okay. And you went through and you
9 proposed removing those stays from the
10 spreadsheet.
11       Is that correct?
12       MR. LYNCH:  Objection, to the extent it
13 calls for attorney-client communication.  Also
14 asked and answered.
15       THE WITNESS:  Do you want me to answer?
16       MR. LYNCH:  Yes.
17   A   Yes.
18   Q   Okay. Do you recall how many stays you
19 removed?
20   A   I don't recall how many stays I
21 originally removed.
22   Q   And these were stays associated with a

39

1 Bryan Wallace that was not you.
2        Is that right?
3    A   That would be correct.
4    Q   Okay. Do you recall how long it took for
5 you to go through the spreadsheet, identify, and
6 propose editing the stays that did not belong to
7 you?
8    A   If I recall correctly, it was right
9 around two-and-a-half, three hours.
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]

40

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5 [redacted]
6 [redacted]
7 [redacted]
8 [redacted]
9 [redacted]
10 [redacted]
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]

```
                                          4
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
```

```
                                         43
 1           MR. LYNCH: I'm going to object to the
 2  extent it calls for attorney-client communication
 3  and caution the witness not to reveal any
 4  communications.
 5           But if you can answer without revealing
 6  those, go ahead, Bryan.
 7       A   Can you restate the question, please.
 8       Q   Sure.  Do you know why the stays at the
 9  [redacted] in Rows 9 through 29 did not
10  appear on the previous version of the stay
11  spreadsheet that I just showed you?
12       A   They did not appear on the previous
13  spreadsheet because the process that I used to
14  eliminate those stays were -- was based upon the
15  fact that my personal belief was that the Column D
16  that's listed was the city or the state or the
17  island that that [redacted] was listed in.
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted].
```

```
                                         42
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4       Q   Mr. Wallace, I'm showing you what's been
 5  marked as MCON Exhibit 326.  I'll represent to you
 6  that this was the stay spreadsheet produced to us
 7  over last weekend, during the last weekend.
 8           Have you seen this version of the
 9  spreadsheet before?
10       A   Yes.
11       Q   Okay.  You'll see that it does not list
12  the stays at the [redacted] in Rows 9
13  through 29 that appeared on the first spreadsheet
14  we looked at.
15           Is that correct?
16       A   That's correct.
17       Q   Okay.
18           MR. CUTTS: Austin, can we go back to
19  Exhibit 325, first spreadsheet.
20       Q   Do you know why these [redacted]
21  [redacted] stays in Rows 9 through 29 did not appear
22  on that previous version of the spreadsheet?
```

```
                                         44
 1  [redacted]
 2  [redacted]
 3  [redacted]
 4  [redacted]
 5  [redacted]
 6  [redacted]
 7  [redacted]
 8  [redacted]
 9  [redacted]
10  [redacted]
11  [redacted]
12  [redacted]
13       Q   Okay.  And then at some point in time you
14  determined that they needed to be reincluded in
15  the spreadsheet.
16           Is that correct?
17       A   That's correct.
18       Q   Okay.  When did you make that
19  determination?
20       A   That determination was made yesterday.
21       Q   Okay.  How did you make that
22  determination?
```



45
1   A   I made that determination after speaking
2   with my attorneys.
3           MR. LYNCH:  Again, Bryan, I'm going to
4   caution you not to reveal any attorney-client
5   communications.
6   Q   Did you review any documents that aided
7   you in making that determination?
8   A   No.



85

8  Q   Okay.  You list two SPG numbers.
9      Do you see that?
10 A   I do see that.



13  A    To the best of my knowledge as I sit
14 here, the numbers that I used for SPG or Marriott
15 Rewards were provided.  The other numbers I have
16 no documentation to be conclusive that I used
17 those numbers.

HIGHLY CONFIDENTIAL

Transcript of Bryan Wallace
Conducted on June 22, 2021

40 (157 to 160)

57

4  Q   Okay. So this -- this was the -- the
5  card ending in [redacted] was the card used to make that
6  first fraudulent charge at Agoda.com.
7      Is that correct?
8  A   It appears, yes.

58

11 Q   So it's your card ending in [redacted] that
12 received the transaction charge, fraudulent charge
13 of 75.94.
14     Is that right?
15 A   It appears to be correct, yes.

59

60





Page 6 / 161:

14  Q  Okay. And under that it says,
15 Transaction amount, $128.89?
16  A  Yes.
17  Q  That's the third Agoda fraud charge.
18     Do you see that?
19  A  I do.
20  Q  Okay. And the merchant is listed as
21 Agoda.com.
22     Do you see that?

Page 62:

1  A  I do.
2  Q  And the card used to commit this
3 transaction ends in ▮.
4     Do you see that?
5  A  I do.

Transcript of Bryan Wallace
Conducted on June 22, 2021

42 (165 to 168)



14    Q    Okay. Does this refresh your
15 recollection whether you had a payment card ending
16 in ▓ ?
17    A    This does reflect -- yes, refresh my
18 recollection.
19    Q    Okay. That card was closed on or around
20 September 17, 2018. Right?
21    A    Correct.



```
                                  81
12   Q   Okay. And the ▇▇ card was issued in
13 May 2018.
14       Do I have that correct?
15   A   I believe so.
```

97

[lines 1–22 redacted]

98

[lines 1–15 redacted]
16   Is that true even if information provided
17 for the Fairfield stay wasn't impacted in the
18 breach?  Would that change your mind?
19        MR. LYNCH:  Objection.  Calls for
20 speculation.
21   A   I -- if I had known in 2015 that Marriott
22 had not kept my data secure, I would have not

99

1 patronized that, that business.
[lines 2–22 redacted]

200

[lines 1–22 redacted]

301

1  
2  
3  
4  
5  
6  
7  
8  Q   Am I correct that you had experienced an
9  unauthorized charge on your card at StockX on or
10 about September 29, 2018?
11 A   No, 2018.
12 Q   Oh, excuse me, 2018, that's correct.
13     That's less than two weeks after the
14 unauthorized activity you experienced at Agoda?
15     Is that correct?
16 A   That's correct.
17 Q   Okay.  What payment card was involved in
18 the StockX transaction?
19 A   This is a ▇▇▇▇ -- well, it's an
20 ▇▇ -- it's a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21 ▇
22 Q   Okay.  Had you previously identified to

303

(redacted)

302

1  
2  
3  
4  
5  
6  
7  
8  
9  
10 
11 
12 
13 
14 Q   Okay.  Have you -- to your knowledge,
15 have you ever provided the card ending in ▇▇ to
16 Marriott or Starwood?
17 A   To the best of my knowledge, this credit
18 card was not provided to Marriott or Starwood.
19 
20 
21 
22 

304

(redacted)




Page 307:
1  Q  Okay. Did you start to review your
2  statements more carefully after this fraudulent
3  activity was discovered?
4  A  Right along with the Agoda stuff, this
5  was all part of it, yes.