# BakerHostetler

Baker&Hostetler LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

August 4, 2022

**Filed by ECF**

Hon. Paul W. Grimm
U.S. District Court
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

Re:   In re: Marriott Int'l, Inc. Customer Data Security Breach Litigation, 8:19-md-02879
      Parties' Joint Response to the Court's Letter Order (ECF No. 1052)

Dear Judge Grimm:

Pursuant to the parties' June 20, 2022, correspondence (ECF 1040), and the Court's order adopting the same (ECF 1041), the parties have continued to meet and confer regarding procedural next steps in the Consumer Track. The parties have discussed the following.

1.   The parties agree that the CCPA-related issues should continue while defendants' appeals are pending and have agreed to the following schedule. (*See* ECF 1052 at 2 ("The parties shall abide by the timeline they set forth in ECF No. 1040 for exchanging competing discovery schedules and presenting joint or proposed schedules to the Court.")):

| **Deadline** | |
|---|---|
| August 12, 2022 | The parties will exchange competing schedules for that discovery. |
| August 19, 2022 | The parties will present either joint or proposed schedule proposals regarding that discovery to the Court. |

2.   Plaintiffs also believe that limited discovery of Marriott related to questions of the calculation of damages pursuant to the Court's modified class definition in its certification order should proceed. (*See, e.g.*, ECF 1014 at 11 ("All classes proceeding under the overpayment theory shall only include persons who bore the economic burden for hotel room(s).").)

Marriott disagrees and believes this discovery should be stayed because the Fourth Circuit's decision may impact whether such discovery is necessary.

The parties have therefore agreed to the following briefing schedule for Marriott's letter motion to stay this discovery. All letters should be three-pages or less, single-spaced.

| **Deadline** | |
|---|---|
| Two weeks after the Court order adopting this proposed schedule. | Marriott's letter motion to stay limited damages discovery |
| Two weeks after the filing of Marriott's letter motion. | Plaintiffs' opposition to letter motion to stay |
| One week after the filing of plaintiffs' opposition. | Marriott's reply in support of letter motion to stay |

3. Except as stated in paragraphs 1 and 2, the parties agree that any steps in the Consumer Track that they have been discussing should continue to be stayed pending the Fourth Circuit's resolution of the defendants' appeals. To date, the parties have discussed the following specific steps that may be necessary following the Fourth Circuit's decision: plaintiffs' request for discovery from Marriott relating to potential injunctive relief, the Court's modified class definition, and any related motions; plaintiffs' potential renewed class certification motions following additional discovery; defendants' request for discovery relating to 4discovery; defendants' request for discovery relating to the bellwether plaintiffs; defendants' request for third-party discovery; potential motion practice regarding whether certain bellwether plaintiffs meet the class definitions; all class-notice related tasks; Marriott's extraction and production of relevant NDS data pursuant to the Court's class definition; additional expert discovery (including the Court-ordered discovery from Drs. Prince and Tucker and additional merits-related expert discovery); and summary judgment.

Respectfully submitted on behalf of the parties,

/s/ Lisa M. Ghannoum
Daniel R. Warren (*pro hac vice*)
Lisa M. Ghannoum (*pro hac vice*)
Kyle T. Cutts (*pro hac vice*)
Dante A. Marinucci (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: 216.621.0200
Fax: 216.696.0740
Email: dwarren@bakerlaw.com
Email: lghannoum@bakerlaw.com

Gilbert S. Keteltas (Bar No. 12679)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202.861.1530
Fax: 202.861.1783
Email: gketeltas@bakerlaw.com

*Counsel for the Marriott Defendants*

/s/ Devin S. Anderson
Craig S. Primis, P.C. (Bar No. 811151)
K. Winn Allen (Bar No. 8111189)
Devin S. Anderson (Bar No. 805892)
Emily M. Long (Bar No. 811317)
Katherine E. Canning (Bar No. 811149)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389-5000
Fax: 202.389-5200

*Counsel for Defendant Accenture LLP*

August 4, 2022
Page 4

*/s/ Amy E. Keller*
Amy E. Keller
D. Md. Bar No. 20816
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
T 312.214.7900
akeller@dicellolevitt.com.com

*/s/ James J. Pizzirusso*
James J. Pizzirusso
D. Md. Bar No. 20817
**HAUSFELD LLP**
1700 K Street NW Suite 650
Washington, DC 20006
T 202.540.7200
jpizzirusso@hausfeld.com

*/s/ Andrew N. Friedman*
Andrew N. Friedman
D. Md. Bar No. 14421
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
T 202-408-4600
afriedman@cohenmilstein.com

***Plaintiffs' Co-lead Counsel for the Consumer Track***