# BakerHostetler

Baker&Hostetler LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214

T  216.621.0200
F  216.696.0740
www.bakerlaw.com

August 19, 2022

**Filed by ECF**

Hon. Paul W. Grimm
U.S. District Court
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

Re:   In re: Marriott Int'l, Inc. Customer Data Security Breach Litigation, 8:19-md-02879
      Parties' Joint Response to the Court's Letter Orders (ECF Nos. 1041 and 1054)

Dear Judge Grimm:

Pursuant to ECF Nos. 1041 and 1054, the Marriott Defendants and Consumer Plaintiffs have met and conferred regarding a schedule for CCPA-related discovery and agree to the following:

| Event | Deadline |
| --- | --- |
| Marriott's responses and objections to Plaintiffs' requests for production, interrogatories, and notice of 30(b)(6) deposition | 9/13 |
| Marriott's production of documents responsive to Plaintiffs' requests for production | 9/23 |
| Parties meet and confer regarding disputes, if any | 9/30 |
| Parties present any remaining disputes to Special Master Facciola via simultaneous five-page letter briefing | 10/10 |
| Conference with Special Master Facciola to discuss briefing, if necessary | 10/20 (or a time when Special Master Facciola and parties are available) |
| Deadline for 30(b)(6) deposition, if necessary | Within 21 days of Special Master Facciola's resolution of any disputes; or, if a party objects to Special Master Facciola's decision, within 21 days of the Court's resolution of dispute. |

August 19, 2022
Page 2

|  | If no disputes are raised with Special Master Facciola or the Court, within 21 days of the parties' agreement that there are no remaining disputes. |
|---|---|

The parties ask the Court to enter an order reflecting these dates.

Respectfully submitted on behalf of the parties,

/s/ Dante A. Marinucci
Daniel R. Warren (*pro hac vice*)
Lisa M. Ghannoum (*pro hac vice*)
Kyle T. Cutts (*pro hac vice*)
Dante A. Marinucci (*pro hac vice*)
**BAKER & HOSTETLER LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Tel: 216.621.0200
Fax: 216.696.0740
Email: dwarren@bakerlaw.com
Email: lghannoum@bakerlaw.com

Gilbert S. Keteltas (Bar No. 12679)
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
Tel: 202.861.1530
Fax: 202.861.1783
Email: gketeltas@bakerlaw.com

/s/ Amy E. Keller (w/consent)
Amy E. Keller
D. Md. Bar No. 20816
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
T 312.214.7900
akeller@dicellolevitt.com.com

/s/ James J. Pizzirusso (w/consent)
James J. Pizzirusso
D. Md. Bar No. 20817
**HAUSFELD LLP**

    1700 K Street NW Suite 650
    Washington, DC 20006
    T 202.540.7200
    jpizzirusso@hausfeld.com

    <u>*/s/ Andrew N. Friedman (w/consent)*</u>
    Andrew N. Friedman
    D. Md. Bar No. 14421
    **COHEN MILSTEIN SELLERS & TOLL PLLC**
    1100 New York Avenue, NW, Suite 500
    Washington, DC 20005
    T 202-408-4600
    afriedman@cohenmilstein.com

    ***Plaintiffs' Co-lead Counsel for the Consumer Track***