# EXHIBIT

# A

*Exhibit to Marriott's Brief Addressing the Effect of Class Action Waiver on Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*

https://www.starwoodhotels.com/preferredguest/legal/spg_terms.html?EM=VTY_SPG_t&c_promotion#top

spg.com/terms

# Terms & Conditions of the SPG Program

Effective September 23, 2016 Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, Inc. merged to create one lodging company. Following the merger, the SPG Program and the Marriott Rewards program and the Ritz-Carlton Rewards program (collectively, the "Rewards Program"), will continue to operate as separate programs until a newly combined loyalty program is launched, which is expected to take place no earlier than 2018. Until then, the SPG Program and the Rewards Program will each have separate terms and conditions, including those governing how members will manage their accounts, book reservations, achieve elite status, earn and redeem points, the expiration of points as well as the ability to use points with third-party partners such as airline frequent flyer programs. Stays at hotels that participate in the SPG Program and the Rewards Program will continue to count toward earning points and achieving elite status in the program with which the applicable hotel is affiliated.

However, in order to extend immediate benefits of the merger to members of the SPG Program and the Rewards Program, members of both loyalty programs will have the opportunity to link their membership accounts, transfer points across accounts and even have their elite status matched across programs. For more details see **members.marriott.com** and helpful **Frequently Asked Questions**.

The terms and conditions below will continue to govern the operation of the SPG Program.

These terms and conditions (these "**SPG Program Terms**") govern the Starwood Preferred Guest® program (the "**SPG Program**") operated by Preferred Guest, Inc., Starwood Hotels & Resorts Worldwide, LLC (a subsidiary of Marriott International, Inc.) and their affiliates (collectively, "**Starwood**") on behalf of Starwood, the SPG Participating Hotels and their partners.  By becoming a member of the SPG Program (an "**SPG Member**") and receiving and redeeming benefits of the SPG Program including, without limitation, Starpoints®, each SPG Member agrees that he/she has:

- • read, understood and accepted these SPG Program Terms;
- • read, understood and accepted the **Website Terms of Use** which are incorporated by reference herein; and
- • provided consent for Starwood, the SPG Participating Hotels, the SPG Partner Hotels and their authorized third-party agents to process data that is personal to him/her, and to disclose such data to third parties, in accordance with **Starwood's Privacy Statement**.

These SPG Program Terms supersede all previous terms and conditions of the SPG Program. Starwood may at any time amend, modify or supplement these SPG Program Terms, and continued participation in the SPG Program will constitute an SPG Member's acceptance of any such amendment, modification, or supplementation. SPG Members are responsible for remaining knowledgeable of the SPG Program Terms and any changes, modifications, or additions to the SPG Program.

- **1. JOINING THE SPG PROGRAM**
- **2. EARNING STARPOINTS**
- **3. REDEEMING STARPOINTS**
- **4. OTHER STARPOINTS INFORMATION**
- **5. SPG PROMOTION REWARDS**
- **6. EARNING ELIGIBLE NIGHT CREDITS**
- **7. OTHER BENEFITS OF SPG MEMBERSHIP**
- **8. EARNING ELITE MEMBERSHIP STATUS**
- **9. BENEFITS OF ELITE STATUS**
- **10. RESTRICTED OPPORTUNITIES FOR PROFESSIONAL MEETING PLANNERS ("SPG PRO")**
- **11. VISTANA SIGNATURE EXPERIENCES**

- **12. CANCELLATION OF MEMBERSHIP**
- **13. OTHER PRINCIPLES**

**1. JOINING THE SPG PROGRAM**

1.1 *Eligibility.* Membership in the SPG Program is free and is available to any individual over the age of majority that: (a) possesses the legal authority to agree to the SPG Program Terms; (b) resides in a jurisdiction that legally permits participation in the SPG Program; (c) is not a resident of Cuba, Iran, North Korea, Sudan, Syria, or the Crimea region of Ukraine; (d) provides valid and accurate personal information when enrolling in the SPG Program; (e) is not already a member of the SPG Program (i.e., does not already have an SPG Member account); and (f) has not previously been terminated from the SPG Program by Starwood.

1.2 *Hotels.* For purposes of the SPG Program Terms:

- 1.2.a. **"SPG Participating Hotels"** are hotels, resorts, and other transient stay properties operated under the Aloft, Element, Four Points, Le Méridien, Sheraton, St. Regis, The Luxury Collection, Tribute Portfolio, W Hotels, and Westin brands that are owned, managed or franchised by Starwood and the following non-branded hotels: Hotel Mandji, Hotel Talisa, Vail, Vistana Beach Club, and The Tremont Chicago Hotel at Magnificent Mile.
- 1.2.b. **"SPG Partner Hotels"** are hotels, resorts, and other transient stay properties that are listed **here** for so long as such hotels, resorts and other transient stay properties are bookable through the Starwood Partner Channels.
-
  - i. **"Starwood Partner Channels"** are collectively the Starwood Websites, the SPG Apps, and the Starwood Customer Contact Centers.
  - ii. A **"Starwood Website"** is a website operated by or on behalf of Starwood or an SPG Participating Hotel which are currently starwoodhotels.com, spg.com, stregis.com, theluxurycollection.com, whotels.com, lemeriedien.com, fourpoints.com, aloft.com, element.com, sheraton.com, tributeportfolio.com and westin.com.
  - iii. An **"SPG App"** is a downloadable application operated by or on behalf of Starwood in connection with the SPG Program including, without limitation, the iPhone and Android versions thereof.

1.3 *Enrollment.* An individual may apply to enroll in the SPG Program by fully and accurately completing an application on the SPG Program website (**www.spg.com**), at an SPG Participating Hotel, or through another enrollment channel.

Starwood may deny membership in the SPG Program to any applicant in its sole discretion and without written notice.

1.4 *Individual Memberships.* All SPG Member accounts are individual accounts and no joint accounts are permitted. SPG Program benefits are nontransferable unless expressly stated otherwise.

1.5 *Membership Levels.*

- 1.5.a. *Preferred Guest.* The base membership level in the SPG Program is Preferred Guest.
- 1.5.b. *Elite Preferred Guest Membership.* Upon reaching certain milestones, an SPG Member will earn elite membership status and become a Gold Preferred Guest or a Platinum Preferred Guest (collectively, "**Elite Preferred Guest Membership Status**"). The requirements for earning these statuses are listed in Section **8.2** (Gold Preferred Guest) and Section **8.3** (Platinum Preferred Guest).
- 1.5.c. *SPG Lifetime Membership.* Upon reaching certain milestones, an SPG Member may earn SPG Lifetime Gold Status or SPG Lifetime Platinum Status. The requirements for earning these statuses are listed in Section **8.4** (SPG Lifetime Gold) and Section **8.5** (SPG Lifetime Platinum).
- 1.5.d. *Associate Membership.* Employees of Starwood and SPG Participating Hotels may only participate in the SPG Program through specially designated associate programs. Information on associate programs is available on Starwood's intranet and through other Starwood channels.
- 1.5.e. *Corporate Membership.* Only individuals are eligible to participate in the SPG Program. There are no corporate memberships in the SPG Program.

1.6 *Personal Profile.* Information provided by an SPG Member will be maintained in a personal preference profile. All information provided by an SPG Member in his/her personal profile must be valid and accurate and must be kept current.  Any credit card information included in an SPG Member's profile will be used by SPG Participating Hotels and SPG Partner Hotels to guarantee the SPG Member's stay and to apply stay charges, unless a different credit card is provided at the time of reservation, at check-in or at check-out.  An SPG Member may change his/her credit card authorization for future transactions by changing his/her information on the SPG Program website (**www.spg.com**) or by contacting the **Customer Contact Center**. An SPG Member must notify Starwood if the authorized credit card is lost, stolen, invalidated or has expired.

1.7 *SPG Pro.* Any SPG Member who qualifies as an SPG Pro Professional Meeting Planner (as outlined in Section **10.1.a**.) may also be eligible to participate in SPG Pro as described on the SPG Program website (**www.spg.com**) under "**www.spg.com/meetingplanner**"

**top**

## 2. EARNING STARPOINTS

2.1 *Earning Opportunities at SPG Participating Hotels.*

- 2.1.a. *Eligible Charges.* An SPG Member will earn:

  - i. two base Starpoints for Eligible Charges at SPG Participating Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is not a Gold Preferred Guest or a Platinum Preferred Guest as of the date that Starpoints are posted to the SPG Member's account;
  - ii. two base Starpoints and one bonus Starpoint for Eligible Charges at SPG Participating Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is a Gold Preferred Guest or Platinum Preferred Guest (and has not earned a minimum of 75 Eligible Nights in a Qualifying Period) as of the date that Starpoints are posted to the SPG Member's account; or
  - iii. two base Starpoints and two bonus Starpoints for Eligible Charges at SPG Participating Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is a Platinum Preferred Guest (and has earned a minimum of 75 Eligible Nights in a Qualifying Period) as of the date Starpoints are posted to the SPG Member's account.
  - An SPG Member may only earn Starpoints for Eligible Charges pursuant to one of Section **2.1.a.i**, Section **2.1.a.ii** or Section **2.1.a.iii**.

  - A. "**Eligible Charges**" are:

    - (1) charges incurred during a stay in a guest room at an SPG Participating Hotel by an SPG Member on his/her folio for up to three guest rooms, including, without limitation:

      - (a) Eligible Rates for Stays;
      - (b) food and beverage (excluding alcoholic beverage where prohibited by law) and excluding charges incurred at restaurants that are not located within or adjacent to SPG Participating Hotels;
      - (c) direct-dialed in-room telephone and direct-dialed in-room fax;
      - (d) laundry/valet; and
      - (e) in-room movies and video games;
      - provided that the SPG Member provides his/her SPG Member number at the time of reservation or at check-in and stays in one of the reserved guest rooms and pays for the charges. Eligible Charges do not include any complimentary services, SPG Awards, SPG Promotion Rewards or any other fees or charges including, without limitation: (A) charges for banquets, meetings or other functions, with the exception of Starpoints earned in connection

with an Eligible Event; (B) other fees paid including, without limitation, parking, business center, high-speed internet access, retail stores, spa products and services and greens fees; and (C) taxes, gratuities, service charges, mandatory or automatic charges (e.g., resort charges) and other applicable charges; or

- (2) charges incurred by the SPG Member, when an SPG Member is not staying in a guest room at an SPG Participating Hotel, for food and beverage (excluding alcoholic beverage where prohibited by law) at restaurants located within or adjacent to SPG Participating Hotels if:
  - (a) the restaurant permits guests to charge food and beverage on their folios;
  - (b) the charges are greater than $10 USD (excluding taxes and gratuities);
  - (c) the food and beverage is not in connection with a banquet, meeting or other function that is excluded from Eligible Charges as provided in Section **2.1.a.iii.(A)(1)**; and
  - (d) the SPG Member provides his/her SPG Member number at the time of payment.

  o  B. A "**Stay**" is a stay of one or more consecutive nights at the same SPG Participating Hotel by an SPG Member who: (A) provides his/her SPG Member number at the time of reservation or at check-in; (B) pays an Eligible Rate or redeems an SPG Award or an SPG Promotion Reward for the stay; and (C) stays in one of the reserved guest rooms. If an SPG Member checks out of a guest room and then checks back in to a guest room at the same SPG Participating Hotel on the same day, it will count as a single stay for purposes of calculating Stays. An SPG Member may only earn Starpoints, Eligible Nights and Eligible Stays for up to three guest rooms during any Stay if he/she stays in one of the reserved guest rooms and pays an Eligible Rate or redeems an SPG Award or an SPG Promotion Reward for all of the guest rooms.

  o  C. An "**Eligible Stay**" is a credit awarded pursuant to these SPG Program Terms that counts towards earning the respective "Eligible Stay" thresholds for Elite Preferred Guest Membership Status (as described in Section **8.2** and Section **8.3**), SPG Lifetime Gold Status (as described in Section **8.4.a.**) or SPG Lifetime Platinum Status (as described in Section **8.5.a.**).

  o  D. An "**Eligible Rate**" is the rate an SPG Member pays for a stay in a guest room at an SPG Participating Hotel unless:

  o
    - (1) the guest room was booked through a tour operator, online travel channel or other third-party channel including, without limitation, expedia.com, hotwire.com, priceline.com, orbitz.com, booking.com, travelocity.com, ctrip.com, and elong.com;
    - (2) the guest room was booked at a group rate as part of an event, meeting, conference or organized tour, and the SPG Member does not directly pay the SPG Participating Hotel for such room;
    - (3) the guest room was booked at a tour operator, wholesaler, or crew room rate including, without limitation, STARNet and STARPRO;
    - (4) the guest room was booked at an employee or friends and family rate or a Starwood business rate;
    - (5) the guest room was provided complimentary; or
    - (6) a voucher or third-party award (*e.g.*, Aeroplan room award, Air Miles room award) was redeemed for the guest room.

- 2.1.b. *Eligible Events*.
- 
  o  i. *Ability to Earn Starpoints for Eligible Events*. If any SPG Member enters into an agreement with an SPG Participating Hotel to hold an Eligible Event at an SPG Participating Hotel ("**Eligible Event Agreement**"), the SPG Member will earn:

  o
    - A. one base Starpoint for every $3 US dollar or the currency equivalent that is incurred and paid for Eligible Event Charges, up to a maximum of 20,000 Starpoints per Eligible Event Agreement if he/she is not a Gold Preferred Guest or a Platinum Preferred Guest as of the date that Starpoints are posted to the SPG Member's account;
    - B. one base Starpoint for every $2 US dollar (one base Starpoint and one-half bonus Starpoint for every $3 US dollar) or the currency equivalent that is incurred and paid for Eligible Event Charges, up to a maximum of 30,000 Starpoints per Eligible Event Agreement, if he/she is a Gold Preferred

Confidential                                          MI_MDL_01753010

Guest or is a Platinum Preferred Guest and has not earned a minimum of 75 Eligible Nights in a Qualifying Period as of the date that Starpoints are posted to the SPG Member's account; or

- C. one base Starpoint and one bonus Starpoint for every $3 US dollar or the currency equivalent that is incurred and paid for Eligible Event Charges, up to a maximum of 40,000 Starpoints per Eligible Event Agreement, if he/she is a Platinum Preferred Guest and has earned a minimum of 75 Eligible Nights in a Qualifying Period as of the date that Starpoints are posted to the SPG Member's account.

- An SPG Member may only earn Starpoints for Eligible Events pursuant to one of Section **2.1.b.i.(A)**, Section **2.1.b.i.(B)** or Section **2.1.b.i.(C)**.
  - 
    - (1) An "**Eligible Event**" is an event or meeting that is booked by an SPG Member who provides his/her SPG Member number in the applicable Eligible Event Agreement and is held at an SPG Participating Hotel. An Eligible Event will not include: (a) any booking of guest rooms, regardless of the number of guest rooms, that is booked in any manner other than under an Eligible Event Agreement, (b) any booking of guest rooms on behalf of an employer, client or principal that has elected (whether through an agreement with an SPG Participating Hotel or otherwise) to have Starpoints awarded to another individual or entity, (c) any booking of guest rooms that are complimentary or barter rooms or meetings. or (d) any event or meeting, or booking of guest rooms by:
      i. a government employee, official, or someone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;
      ii. an employee of, or someone acting on behalf of, a state-owned or state-controlled entity ("SOE") booking an event on behalf of his/her employing entity;
      iii. an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or
      iv. at hotels in Asia Pacific, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

    - For example, any event or meeting booked by government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE does not qualify as an Eligible Event. In addition, for hotels in Asia Pacific, events booked by an intermediary on behalf of any government entity (U.S. or non-U.S.) or SOE does not quality as an Eligible Event.

    - (2) "**Eligible Event Charges**" are any amounts incurred and paid for an Eligible Event under the applicable Eligible Event Agreement including, without limitation, all group room revenue, meeting room rental revenue, and catering revenue that is included in the Eligible Event Agreement, and excluding charges for guest room incidentals and for food and beverage that is not included in the Eligible Event Agreement (*e.g.* charges at a restaurant within the SPG Participating Hotel), taxes, gratuities, and related charges.

  - ii. *Additional Conditions with respect to Earning Starpoints for Eligible Events.*
    - 
      - A. If the Eligible Event is booked by an SPG Member on behalf of his/her employer, principal or client, the SPG Member is responsible for notifying his/her employer, principal or client of any Starpoints received in connection with such Eligible Event and for complying with any applicable laws, gift policies and incentive policies.
      - B. The SPG Member agrees to indemnify and hold harmless Starwood from any liability, costs and damages relating to claims of any third party arising from a failure to disclose the receipt of Starpoints or any other incentives.
      - Any SPG Member who qualifies as an SPG Pro Professional Meeting Planner may also be eligible to participate in SPG Pro as described in Section 10.1.a and as described on the SPG Program website **www.spg.com** under **www.spg.com/meetingplanner**

## 2.2 *Earning Opportunities at SPG Partner Hotels.*

- 2.2.a. *Partner Eligible Charges*. An SPG Member will earn:
  - 
    - i. two base Starpoints for Partner Eligible Charges at SPG Partner Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is not a Gold

Preferred Guest or a Platinum Preferred Guest as of the date that Starpoints are posted to the SPG Member's account;

o ii. two base Starpoints and one bonus Starpoint for Partner Eligible Charges at SPG Partner Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is a Gold Preferred Guest or Platinum Preferred Guest (and has not earned a minimum of 75 Eligible Nights in a Qualifying Period) as of the date that Starpoints are posted to the SPG Member's account; or

o iii. two base Starpoints and two bonus Starpoints for Partner Eligible Charges at SPG Partner Hotels for each US dollar or the currency equivalent that is incurred and paid for by the SPG Member if he/she is a Platinum Preferred Guest (and has earned a minimum of 75 Eligible Nights in a Qualifying Period) as of the date Starpoints are posted to the SPG Member's account.

o An SPG Member may only earn Starpoints for Partner Eligible Charges pursuant to one of Section **2.2.a.i**, Section **2.2.a.ii** or Section **2.2.a.iii**.

•

o A. "**Partner Eligible Charges**" are:

o

▪ (1) charges incurred during a Partner Stay in a guest room at an SPG Partner Hotel by an SPG Member on his/her folio for up to three guest rooms, including, without limitation:

▪

▪ (a) Partner Eligible Rates for Partner Stays;

▪ (b) food and beverage (excluding alcoholic beverage where prohibited by law) and excluding charges incurred at restaurants that are not located within or adjacent to SPG Partner Hotels;

▪ (c) direct-dialed in-room telephone and direct-dialed in-room fax;

▪ (d) laundry/valet; and

▪ (e) in-room movies and video games;

▪ provided that the SPG Member provides his/her SPG Member number at the time of reservation and stays in one of the reserved guest rooms and pays for the charges. Partner Eligible Charges do not include any complimentary services, SPG Awards, SPG Promotion Rewards or any other fees or charges including, without limitation: (A) charges for banquets, meetings or other functions; (B) other fees paid including, without limitation, parking, business center, high-speed internet access, retail stores, spa products and services and greens fees; and (C) taxes, gratuities, service charges, mandatory or automatic charges (e.g., resort charges) and other applicable charges.

o B. A "**Partner Stay**" is a stay of one or more consecutive nights at the same SPG Partner Hotel by an SPG Member who: (A) provides his/her SPG Member number at the time of reservation ; (B) pays a Partner Eligible Rate; and (C) stays in one of the reserved guest rooms. If an SPG Member checks out of a guest room and then checks back in to a guest room at the same SPG Partner Hotel on the same day, it will count as a single stay for purposes of calculating Stays. An SPG Member may only earn Starpoints, Eligible Nights and Eligible Stays for up to three guest rooms during any Partner Stay if he/she stays in one of the reserved guest rooms and pays an Eligible Rate for all of the guest rooms.

o C. A "**Partner Eligible Rate**" is the rate an SPG Member pays for a stay in a guest room at an SPG Partner Hotel booked through a Starwood Partner Channel. For the avoidance of doubt, a Partner Eligible Rate will never include a stay booked:

o

▪ (1) through a tour operator, online travel channel or other third-party channel including, without limitation, expedia.com, hotwire.com, priceline.com, orbitz.com, booking.com, travelocity.com, ctrip.com, and elong.com;

▪ (2) at a group rate as part of an event, meeting, conference or organized tour, and the SPG Member does not directly pay the SPG Partner Hotel for such room;

▪ (3) the guest room was booked at a tour operator, wholesaler, or crew room rate;

▪ (4) the guest room was provided complimentary; or

▪ (5) a voucher or third-party award was redeemed for the guest room.

**2.3 *Foreign Exchange.*** The amount of Starpoints earned at SPG Participating Hotels and SPG Partner Hotels where a non-USD currency is used will be calculated based on Eligible Charges converted to US dollars at the exchange rate selected by Starwood. This may be the foreign exchange rate used by an

Confidential                                                                    MI_MDL_01753012

SPG Participating Hotel or an SPG Partner Hotel at check-in, at check-out or another rate selected by Starwood and may not be the same rate used for currency conversions on the SPG Member's folio.

**2.4 *Other Starpoint Earning Opportunities.***

- 2.4.a. *Merchandise and Services.* An SPG Member may earn Starpoints by purchasing merchandise or services from companies that are affiliated with the SPG Program including, without limitation, the credit card companies, car rental companies, airlines and other ground transportation companies listed on the SPG Program website (**www.spg.com**) under "**Partners**." Starpoints earned in connection with the purchase of merchandise or services are subject to these SPG Program Terms along with any applicable terms and conditions of the partner.
- 2.4.b. *Transferring Rewards Program Currency into Starpoints.* An SPG Member may transfer Rewards Program, American Express Membership Rewards Program and Diner's Club Rewards Program currency into Starpoints pursuant to the terms and conditions of the applicable program. Starwood may limit the redemption options available for Starpoints earned through transfer.
- 2.4.c. *Buying Starpoints.* An SPG Member may buy Starpoints to supplement the Starpoint balance in his/her SPG Program account.  Starpoint purchases can be made by members whose accounts have been active for a minimum of 14 days. Accounts that are less than the required 14 days in age will have the purchase attempt cancelled. Additional information about buying Starpoints is available on the SPG Program website (**www.spg.com**) under "**Buy Starpoints**."


top

**3. REDEEMING STARPOINTS**


3.1 ***SPG Awards.*** An SPG Member may redeem Starpoints to obtain designated awards and benefits ("**SPG Awards**") including, without limitation, rooms at SPG Participating Hotels, rooms at SPG Partner Hotels, flights, SPG Moments experiences and other services and merchandise.  A full listing of current Starpoint redemption options and their respective terms and conditions is available on the SPG Program website (**www.spg.com**) under "**Redemption Options**."

- 3.1.a. Starpoints and SPG Awards may not be exchanged or redeemed by an SPG Member for cash, prizes or credit.
- 3.1.b. Starpoints posted as the result of a transfer or earned from the use of credit cards may not be redeemable for certain SPG Awards.
- 3.1.c. SPG Awards are typically non-transferable, but certain SPG Awards may be given to a third party where an SPG Member makes the request at the time the SPG Award is issued. In the event that an SPG Award is given to a third party in accordance with the prior sentence, neither the SPG Member nor the third party will earn any Starpoints, Eligible Nights, or Eligible Stays in connection with such SPG Award. The guest using the SPG Award may be required at check-in to show proper identification and provide a credit card to the SPG Participating Hotel or SPG Partner Hotel for incidental charges.
- 3.1.d. SPG Awards believed to have been bartered, sold, exchanged, or issued fraudulently, or issued to someone other than the eligible SPG Member, will be void and will not be honored.

3.2 ***Rooms at Hotels.*** An SPG Member may redeem Starpoints for single or double occupancy rooms at SPG Participating Hotels and SPG Partner Hotels including, without limitation, for Free Night Awards. A full list of these room redemption SPG Award options and their respective terms and conditions is available on the SPG Program website (**www.spg.com**) under "**Redemption Options**."

- 3.2.a. Redeeming Starpoints for rooms at SPG Participating Hotels and SPG Partner Hotels is subject to availability at the time of reservation and advanced reservations are required.
- 3.2.b. The standard guarantee and cancellation policies of an SPG Participating Hotel or an SPG Partner Hotel will apply to SPG Award reservations including, without limitation, all minimum length of stay requirements, credit card guarantee requirements and charges for late cancellation, no-shows, and early check-out.

Confidential                                                          MI_MDL_01753013

- 3.2.c. Charges for hotel services and other incidentals are not included when Starpoints are redeemed for rooms at SPG Participating Hotels and SPG Partner Hotels and will be the responsibility of the SPG Member.
- 3.2.d. The amount of Starpoints needed to obtain rooms at SPG Participating Hotels and SPG Partner Hotels varies by the category of the SPG Participating Hotel or SPG Partner Hotel and the category of rooms available at the SPG Participating Hotel or SPG Partner Hotel and may also vary by time of year.  A list of SPG Participating Hotel and SPG Partner Hotel categories is available on the SPG Program website(**www.spg.com**) under "**Hotel Categories**". Starwood may change the category in which a specific SPG Participating Hotel or SPG Partner Hotel is classified at any time.
- 3.2.e. SPG Awards may only be used for up to a total of nine guest rooms on the same date at the same SPG Participating Hotel or SPG Partner Hotel.
- 3.2.f. Any SPG Awards redeemed by an SPG Member for up to three guest rooms on the same date at the same SPG Participating Hotel or SPG Partner Hotel will count towards such SPG Member reaching the Eligible Night and Eligible Stay milestones needed to earn Elite Preferred Guest Membership Status, SPG Lifetime Gold Status or SPG Lifetime Platinum Status if the SPG Member stays in one of the rooms; however, such nights and stays will not count towards achieving any milestones required to obtain an SPG Promotion Reward.
- 3.2.g. If an SPG Member fails to cancel a guaranteed SPG Award reservation within the permitted cancellation time, the SPG Participating Hotel or SPG Partner Hotel will charge the applicable cancellation fee to the credit card provided by the SPG Member at the time the reservation was made and the Starpoints that had been redeemed will be re-deposited into the SPG Member's account. For Free Night Awards only, an SPG Member may request a refund of the applicable cancellation fees charged by forfeiting the portion of the Starpoints that he/she had redeemed for the SPG Award necessary to cover the applicable cancellation fees by emailing his/her request to chargechange@starwoodhotels.com no later than 60 days after the reservation arrival date, provided that the SPG Member has adequate Starpoints in his/her account.
- 3.2.h. If an SPG Participating Hotel or SPG Partner Hotel exits the SPG Program for any reason after an SPG Member makes an SPG Award reservation but before the SPG Member's stay, Starwood will use reasonable efforts to have such former SPG Participating Hotel or SPG Partner Hotel honor the reservation or assist in arranging equivalent accommodations nearby; however, Starwood cannot guarantee that any SPG Awards, upgrades or any other benefits that an SPG Member may earn under the SPG Program will be honored.
- 3.2.i. At properties in India, an SPG Member who accepts a room upgrade, if offered, will be charged taxes based on the published retail (RACK) room rate applicable to the type of room given.

### 3.3 *Other Starpoints Redemption Options.*

- 3.3.a. *Instant Awards.* An SPG Member may redeem his/her Starpoints instantly for a variety of hotel products and services during his/her stay at certain SPG Participating Hotels or in connection with an Eligible Event (collectively, "**Instant Awards**"). The products and services available for Instant Awards (including, without limitation, in connection with an Eligible Event), and the corresponding Starpoints required for redemption, vary by SPG Participating Hotel. Instant Awards will be fulfilled through a credit reflected on the SPG Member's folio or on the invoice for the Eligible Event.  Only Starpoints posted to an SPG Member's account by time of check-in for the applicable stay or Eligible Event may be used for Instant Award redemptions.  Instant Awards may not be used to pay for the rate of any guest room.
- 3.3.b. *Merchandise Awards.* An SPG Member may redeem his/her Starpoints for merchandise (a "**Merchandise Award**") from companies that are affiliated with the SPG Program including, without limitation, the companies listed on the SPG Program website (**www.spg.com**) under "**Redeem Starpoints**." Starpoints redeemed in connection with Merchandise Awards are subject to these SPG Program Terms along with any applicable terms and conditions of the partner.
- 3.3.c. *SPG Flights.* An SPG Member may redeem his/her Starpoints for airline tickets from select SPG Flights program partners.  More information about the SPG Flights program may be obtained on the SPG Flights website (**www.spgflights.com**).
- 3.3.d. *SPG Moments.* SPG Members may use Starpoints to bid on experiences and events through the SPG Moments online auction website.  More information about experiences and events may be obtained on the SPG Moments website (**www.spg.com/moments**).

Confidential                                                     MI_MDL_01753014

- 3.3.e. *Transferring Starpoints to other Loyalty Programs*. An SPG Member may transfer Starpoints to the Rewards Program, SPG Program participating airline frequent flyer programs or other SPG Program affiliate loyalty accounts.  Transfers of Starpoints may not be rescinded or reversed.  Transfers of Starpoints may be delayed if they are suspected to be fraudulent.  Transfers found to be fraudulent will be voided.  More information about transferring Starpoints to the Rewards Program may be obtained on **members.marriott.com** and other transferinformation may be obtained on the SPG Program website (**www.spg.com**) under "**Redeem Starpoints**."

top

**4. OTHER STARPOINTS INFORMATION**

4.1 ***Transferring Starpoints to SPG Member Accounts.***

- 4.1.a. *SPG Members Who Reside at Same Address*. In Starwood's sole discretion, an SPG Member may be permitted to transfer Starpoints from one SPG Member account to another SPG Member account under specific conditions.  Generally, Starpoints may transfer if both SPG Members are active, consent to the transfer, and share the same residential mailing address that is not a P.O. Box, APO or SPO address for a minimum of 30 days prior to requesting the transfer.  SPG Members may be required to provide proof of residency prior to Starwood transferring the Starpoints between the two accounts.  Elite Preferred Guest Membership Status and the related benefits will not transfer to the recipient of the Starpoints.
- 4.1.b. *Death*. In the event of death, Starwood may, in its sole discretion, allow unredeemed Starpoints to be transferred to a family member or a friend who is an active SPG Member upon Starwood's receipt and review of all requested documentation and communications.  Elite Preferred Guest Membership Status, SPG Lifetime Gold Status, SPG Lifetime Platinum Status and the related benefits, including, without limitation, Eligible Nights and Eligible Stays, will not transfer to the recipient of the Starpoints.
- 4.1.c. *Divorce*. In the event of an adjudicated divorce settlement, Starwood may, in its sole discretion, allow unredeemed Starpoints to be transferred from one SPG Member's account to another SPG Member's account upon Starwood's receipt and review of all requested documentation and communications including, without limitation, legal documents directing such a transfer of Starpoints.  Elite Preferred Guest Membership Status, SPG Lifetime Gold Status, SPG Lifetime Platinum Status and the related benefits, including, without limitation, Eligible Nights and Eligible Stays, will not transfer to the recipient of the Starpoints.

4.2 ***Forfeiting Starpoints***. Starpoints earned or otherwise obtained by an SPG Member will forfeit without notice if the SPG Member becomes Inactive. An SPG Member is considered ***"Inactive"*** if during a 12-month period: (a) the SPG Member has not had a Stay at an SPG Participating Hotel; (b) the SPG Member has not earned or redeemed any Starpoints; or (c) the SPG Member's account has been cancelled. The forfeiture of Starpoints does not apply to SPG Members who have achieved SPG Lifetime Gold or SPG Lifetime Platinum Status, as well as Vistana Owners to whom the obligations in Section 11 apply.

4.3 ***Fraudulent Activity***. If an SPG Member suspects or learns of any fraudulent activity related to their SPG Member account, including, without limitation, unauthorized redemption or transfer of Starpoints, the SPG Member must report the fraudulent activity within 60 days of it occurring to a **Customer Contact Center**. Credit or debit of any Starpoints in question to the SPG Member will be at Starwood's sole discretion.

top

**5. SPG PROMOTION REWARDS**

Page **9** of **104**

5.1 *Promotions and Special Offers*. An SPG Member may, from time to time, earn designated rewards and benefits ("**SPG Promotion Rewards**") including, without limitation, bonus Starpoints, Eligible Nights, free nights at SPG Participating Hotels and gift cards, by participating in a promotion or a special offer in accordance with its terms and conditions (i.e., achieving milestones within a limited time period, registering for the promotion).

5.2 *Additional Terms*.

- 5.2.a. For any SPG Promotion Rewards that awards multiplied Starpoints (e.g., double Starpoints) in addition to any Starpoints that an SPG Member would otherwise earn pursuant to these SPG Program Terms, the multiplier applies only to the standard base Starpoints that an SPG Member would be eligible to earn pursuant to these SPG Program Terms without taking into account his/her Elite Preferred Guest Membership Status, if any, and the multiplier never applies to bonus Starpoints offered as a result of such SPG Member's Elite Preferred Guest Membership Status or otherwise. For example, if an SPG Member is a Gold Preferred Guest and he/she is eligible to earn multiplied Starpoints pursuant to an SPG Promotion Reward, he/she will only be awarded multiplied Starpoints pursuant to such SPG Promotion Reward based on the amount of Starpoints that he/she would have earned pursuant to these SPG Program Terms if he/she was not a Gold Preferred Member (regardless of the fact that he/she actually was a Gold Preferred Member).

- 5.2.b. SPG Promotion Rewards that include a free night (e.g., Free Weekend Night Awards, Free Resort Night Awards) may be used for up to a total of nine guest rooms on the same date at the same hotel that is participating in the promotion, provided that the SPG Member that earned such SPG Promotion Reward must be staying in one of the guest rooms during such stay

- 5.2.c. If an SPG Member redeems an SPG Promotion Rewards that include free nights (e.g., Free Weekend Night Awards, Free Resort Night Awards) for up to three guest rooms on the same date at the same hotel that is participating in the promotion, he/she will earn Eligible Nights and Eligible Stays for such rooms for purposes of earning Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum Status if the SPG Member stays in one of the rooms; however, such nights and stays will not count towards achieving any milestones required to obtain another SPG Promotion Reward.

- 5.2.d. If any SPG Promotion Rewards include bonus Eligible Nights or Eligible Stays, such Eligible Nights or Eligible Stays will only count towards such SPG Member earning Elite Preferred Guest Membership Status, but will not count towards such SPG Member earning SPG Lifetime Gold Status or SPG Lifetime Platinum Status or towards achieving any milestones required to obtain any other SPG Promotion Rewards.

- 5.2.e. Starwood may correct SPG Promotion Rewards shown as credited to an SPG Member at any time.

- 5.2.f. SPG Promotion Rewards may not be exchanged or redeemed for cash, prizes or credit and are typically non-transferable.

top

**6. EARNING ELIGIBLE NIGHTS.**

6.1 *Eligible Night*. An **"Eligible Night"** is a credit awarded pursuant to these SPG Program Terms that counts towards earning the respective "Eligible Night" thresholds for Elite Preferred Guest Membership Status (as described in Section **8.2** and Section **8.3**), SPG Lifetime Gold Status (as described in Section **8.4.a.**) or SPG Lifetime Platinum Status (as described in Section **8.5.a.**).

6.2 *Individual Earning for Eligible Nights* An SPG Member will earn one Eligible Night towards earning Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum Status (i) for every night during a Stay at an SPG Participating Hotel for which the SPG Member pays an Eligible Rate or redeems an SPG Award or an SPG Promotion Reward, and (ii) for every night during a Stay at an SPG Partner Hotel for which the SPG Member pays a Partner Eligible Rate.

6.3 *Earning Eligible Nights for Eligible Events* An SPG Member will earn one Eligible Night towards earning Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum

Status for every 20 guest room nights that are paid for during an Eligible Event at an SPG Participating Hotel under an Eligible Event Agreement, up to a maximum of 20 Eligible Nights for any Eligible Event. For example, if there are 15 guest rooms that are paid for on each night of a 3 night Eligible Event, there will be a total of 45 guest room nights that are paid for, and the eligible SPG Member will earn 2.25 Eligible Nights. Partial Eligible Nights will be maintained by Starwood and will only be credited to an SPG Member's account once a full Eligible Night has been earned by the SPG Member. Partial Eligible Nights will not be rounded up to the next full Eligible Night under any circumstances.

top

### 7. OTHER BENEFITS OF SPG MEMBERSHIP

7.1 *Member Service Number*. An SPG Member will have access to SPG Member Service Telephone Numbers for reservations, customer service and SPG Award requests at the **Starwood Preferred Guest Customer Care Website**.

7.2 *35% Discount*. An SPG Member is eligible to receive a discount of 35% off the published retail (RACK) room rate applicable to the type of room given at SPG Participating Hotels, based on availability of the 35% Off Rate Plan (SPG35) at the time of reservation.  Advance reservations are required.

7.3 *Complimentary Internet Access.*  An SPG Member who books a Stay at an SPG Participating Hotel through a Starwood Website or an SPG App will receive: (i) complimentary standard in-room Internet access during the Stay if he/she is not a Gold Preferred Guest or a Platinum Preferred Guest at least 24 hours prior to the Stay; or (ii) complimentary premium in-room Internet access during the Stay if he/she is a Gold Preferred Guest or a Platinum Preferred Guest at least 24 hours prior to the Stay ("**Internet Access Benefit**").

- 7.3.a An SPG Member will only receive the Internet Access Benefit if the reservation for the Stay includes his/her SPG Member account number at least 24 hours prior to check-in for the Stay.
- 7.3.b The Internet Access Benefit is limited to one room per eligible SPG Member per Stay regardless of how many rooms have been reserved, and the SPG Member must stay in the guest room and pays for the charge.
- 7.3.c No incremental benefit will be provided at SPG Participating Hotels that offer complimentary in-room Internet access to all guests.
- 7.3.d SPG Participating Hotels that have mandatory resort charges that include Internet access will provide a replacement benefit, to be determined at each SPG Participating Hotel's discretion.
- 7.3.e Employees of Starwood and SPG Participating Hotels are not eligible for the Internet Access Benefit.

7.4 *SPG Partner Hotel Benefits*. An SPG Member that books a Partner Stay at an SPG Partner Hotel through a Starwood Partner Channel will receive: (a) complimentary standard in-room Internet access during the Partner Stay; and (b) a complimentary bottle of water per guest per day in the guest room. All services, amenities and benefits are subject to availability and subject to the terms and conditions of each SPG Partner Hotel. Not all services, amenities and benefits are offered at all SPG Partner Hotels.

top

### 8. EARNING ELITE MEMBERSHIP STATUS

8.1 *Qualifying Period*. The qualifying period for an SPG Member to earn Elite Preferred Guest Membership Status and become a Gold Preferred Guest or a Platinum Preferred Guest is from January 1st through December 31st of each year (the "**Qualifying Period**").  Once an SPG Member reaches Elite Preferred Guest Membership Status, the applicable benefits will commence during that Qualifying Period and continue through February of the second calendar year following such Qualifying Period.  For example, if an SPG Member meets the Gold Minimum Requirement during the 2014 Qualifying Period,

Page **11** of **104**

the SPG Member will become a Gold Preferred Guest for the remainder of 2014, all of 2015 and January and February of 2016.

8.2 *Earning Gold Preferred Guest Status*. In order to become a "**Gold Preferred Guest**", an SPG Member must have at least 10 Eligible Stays or 25 Eligible Nights in a Qualifying Period at SPG Participating Hotels or SPG Partner Hotels (the "**Gold Minimum Requirement**"). The Gold Minimum Requirement must be achieved in the subsequent Qualifying Period to remain a Gold Preferred Guest during the calendar year following such subsequent Qualifying Period or the SPG Member will be downgraded to the Preferred Guest level on March 1st of the calendar year following such subsequent Qualifying Period. If an SPG Member earns more than 10 Eligible Stays or 25 Eligible Nights in a Qualifying Period, he/she will not earn more than one Eligible Status Year.

8.3 *Earning Platinum Preferred Guest Status*. In order to become a "**Platinum Preferred Guest**", an SPG Member must have at least 25 Eligible Stays or 50 Eligible Nights in a Qualifying Period at SPG Participating Hotels or SPG Partner Hotels (the "**Platinum Minimum Requirement**"). The Platinum Minimum Requirement must be achieved in the subsequent Qualifying Period to remain a Platinum Preferred Guest during such subsequent Qualifying Period or the SPG Member will be downgraded to a Gold Preferred Guest on March 1st of the calendar year following such subsequent Qualifying Period. If an SPG Member earns more than 25 Eligible Stays or 50 Eligible Nights in a Qualifying Period, he/she will not earn more than one Eligible Platinum Year.

8.4 *Earning SPG Lifetime Gold Status*.

- 8.4.a. In order to obtain "**SPG Lifetime Gold Status**", an SPG Member must have: (i) a minimum of 5 Eligible Status Years; and (ii) 250 Eligible Nights, during the SPG Member's participation in the SPG Program. An "**Eligible Status Year**" is a calendar year during which an SPG Member obtained Elite Preferred Guest Membership Status (Gold Preferred Guest or Platinum Preferred Guest) by: (A) achieving the Gold Minimum Requirement or the Platinum Minimum Requirement during such calendar year's Qualifying Period; or  (B) buy a Vistana Owner as described in Section **11.1**. Only a calendar year in which an SPG Member obtains Elite Preferred Guest Membership Status as described in the prior sentence will count as an Eligible Status Year, regardless of the length of time that such SPG Member will retain the benefits of Elite Preferred Guest Membership Status. For example, if an SPG Member meets the Gold Minimum Requirement during the 2014 Qualifying Period by earning 45 Eligible Nights and becomes a Gold Preferred Guest for the remainder of 2014 and for all of 2015, 2014 will count as a single Eligible Status Year, but 2015 will not count as an Eligible Status Year unless the SPG Member meets the Gold Minimum Requirement during the 2015 Qualifying Period.

- 8.4.b. Starwood will determine, in its sole discretion, whether or not an SPG Member has met the requirements to achieve SPG Lifetime Gold Status. Once an SPG Member achieves SPG Lifetime Gold Status, the SPG Member is not subject to meeting the Gold Minimum Requirement in any subsequent Qualifying Period in order to remain a Gold Preferred Guest unless the Gold Preferred Guest's account was cancelled.

- 8.4.c. SPG Lifetime Gold Status only provides the SPG Member with Gold Preferred Guest status and protection against the forfeiture of Starpoints even if the SPG Lifetime Gold Member is Inactive as described in Section **4.2** it does not prevent Starwood from suspending SPG Lifetime Gold Status, cancelling an SPG Member's account or taking other actions as described in Section **12.2.b**. SPG Lifetime Gold members will receive the benefits of Gold Preferred Guests which are subject to change from time to time as described in Section **9.2**.

8.5 *Earning SPG Lifetime Platinum Status*.

- 8.5.a. In order to achieve "**SPG Lifetime Platinum Status**", an SPG Member must have: (i) a minimum of 10 Eligible Platinum Years; and (ii) 500 Eligible Nights, during the SPG Member's participation in the SPG Program. An "**Eligible Platinum Year**" is a calendar year during which an SPG Member earned Platinum Preferred Guest status by achieving the Platinum Minimum Requirement during such calendar year's Qualifying Period. Only a calendar year in which an SPG Member obtains Platinum Preferred Guest status by achieving the Platinum Minimum Requirement will count as an Eligible Platinum Year, regardless of the length of time that such SPG Member will retain the benefits of Platinum Preferred Guest status. For example, if an SPG Member meets the Platinum Minimum Requirement during the 2014 Qualifying Period by earning 102 Eligible Nights and becomes a Platinum Preferred Guest for the remainder of 2014 and for all of 2015, 2014 will count as a single Eligible

Platinum Year, but 2015 will not count as an Eligible Platinum Year unless the SPG Member meets the Platinum Minimum Requirement during the 2015 Qualifying Period.

- 8.5.b. Starwood will determine, in its sole discretion, whether or not an SPG Member has met the requirements to achieve SPG Lifetime Platinum Status. Once an SPG Member achieves SPG Lifetime Platinum Status, the SPG Member is not subject to meeting the Platinum Minimum Requirement in any subsequent Qualifying Period in order to remain a Platinum Preferred Guest unless the Platinum Preferred Guest's account is cancelled.
- 8.5.c. SPG Members who have earned SPG Lifetime Platinum Status will receive all the Platinum Preferred Guest benefits described in Section **9.3**, but will only receive the additional benefits described in Section **9.4** if he/she meets the Eligible Night requirements listed in Section **9.4** during the applicable Qualifying Period.
- 8.5.d. SPG Lifetime Platinum Status only provides the SPG Member with Platinum Preferred Guest status and protection against the forfeiture of Starpoints even if the SPG Lifetime Platinum Member is Inactive as described in Section **4.2** it does not prevent Starwood from suspending SPG Lifetime Platinum Status, cancelling an SPG Member's account or taking other actions as described in Section **12.2.b.** SPG Lifetime Platinum members will receive the benefits of Platinum Preferred Guests which are subject to change from time to time as described in Section **9.3.**

[top](top)

## 9. BENEFITS OF ELITE STATUS

9.1 ***General***. An SPG Member will only receive the benefits of Elite Preferred Guest Membership Status during a Stay at an SPG Participating Hotel(except for any applicable benefits earned in connection with Section **2.1.b**. and Section **10**). All services, amenities, and benefits of Elite Preferred Guest Membership Status are subject to change or substitution at any time without notice. In addition, all services, amenities and benefits are subject to availability and subject to the terms and conditions of each SPG Participating Hotel. Not all services, amenities and benefits are offered at all SPG Participating Hotels. Starwood may correct benefits shown as available or credited to an SPG Member at any time.

9.2 ***Gold Preferred Guest Benefits***. Gold Preferred Guests will be eligible to receive the benefits listed on the SPG Program website (**www.spg.com**) under "**Membership Benefits**" under "**Gold Preferred**."

9.3 ***Platinum Preferred Guest Benefits***. In addition to all of the benefits that Gold Preferred Guests receive, Platinum Preferred Guests will be eligible to receive the benefits listed on the SPG Program website (**www.spg.com**) under "**Membership Benefits**" under "**Platinum Preferred**."

9.4 ***Additional Potential Platinum Preferred Guest Benefits***.

- 9.4.a. *Choice of Additional Benefit (50 Eligible Nights)*. A Platinum Preferred Guest who has 50 Eligible Nights in a Qualifying Period is eligible to receive one additional benefit from the list of available benefits listed at **www.spg.com/50nightsbenefit** (a "**Platinum 50 Eligible Nights Benefit**"). The list of available Platinum 50 Eligible Nights Benefits on www.spg.com/50nightsbenefit is subject to change at any time. Once a Platinum Preferred Guest becomes eligible to receive a Platinum 50 Eligible Nights Benefit, he/she must choose his/her Platinum 50 Eligible Nights Benefit by visiting **www.spg.com/50nightsbenefit** and selecting a Platinum 50 Eligible Nights Benefit. A selection must be made through www.spg.com/50nightsbenefit and may not be made through a Customer Contact Center. All Platinum 50 Eligible Nights Benefit selections are final and may not be changed after they are made. In the event that an eligible Platinum Preferred Guest fails to select a Platinum 50 Eligible Nights Benefit by January 14th of the year following the applicable Qualifying Period, such Platinum Preferred Guest will receive 10 Suite Night Awards as his/her Platinum 50 Eligible Nights Benefit. "**Suite Night Awards**" may be redeemed for advance confirmable upgrades for select, premium rooms or standard suites on a per room, per night basis, subject to availability and the applicable terms and conditions set forth on **www.spg.com/50nightsbenefit**.
- 9.4.b. *Starpoints (75 Eligible Nights)*. A Platinum Preferred Guest who has 75 Eligible Nights in a Qualifying Period will earn:

- o   i. two base Starpoints and two bonus Starpoints for Eligible Charges at SPG Participating Hotels and for Partner Eligible Charges at SPG Partner Hotels for each US dollar or the currency equivalent that is incurred and paid for by the Platinum Preferred Guest, for the remainder of that Qualifying Period and through the next calendar year;
- o   ii. one base Starpoint and one bonus Starpoint for every $3 US dollar or the currency equivalent that is incurred and paid for Eligible Event Charges at SPG Participating Hotels, up to a maximum of 40,000 Starpoints per Eligible Event Agreement.
- 9.4.c. _Your24 (75 Eligible Nights)_. A Platinum Preferred Guest who has 75 Eligible Nights in a Qualifying Period is eligible to participate in Your24 during that Qualifying Period and continue through the subsequent calendar year. "**Your24**" is a benefit that permits an eligible SPG Member to request a specific check-in time for any upcoming Stay at any SPG Participating Hotel. If the requested check-in time is confirmed, the check-out time will be set for the same time on the day of departure.
  - o   i. Your24 benefits may be requested when an eligible Platinum Preferred Guest selects a specific check-in time and check-out time for a Stay when booking such Stay on the SPG Program website (**www.spg.com**).  Your24 benefits may also be requested by an eligible Platinum Preferred Member for an upcoming Stay at any time prior to 3:00 p.m. (local hotel time) two days prior to arrival for such Stay by modifying the requested check-in time and check-out time for such Stay on the SPG Program website (**www.spg.com**) or  by contacting a **Customer Contact Center**.  If a request for Your24 benefits is approved, an email will be sent confirming the check-in and check-out times.
  - o   ii. Your24 benefits are subject to availability and may only be requested in connection with a Stay.
  - o   iii. Your24 benefits are limited to one room per eligible SPG Member per stay regardless of how many rooms have been reserved.
  - o   iv. If the check-in time approved for a Platinum Preferred Guest is between 9:00 a.m. and 4:00 p.m. (local hotel time) he/she may request the Platinum Preferred Guest benefit of late check-out.   More information about this benefit is available on the SPG Program website (**www.spg.com**) under "**Membership Benefits**" under "**Platinum Preferred**."
  - o   v. If the specific room type reserved by an eligible SPG Member is not available upon check-in, the SPG Participating Hotel will honor the confirmed Your24 request by temporarily providing another room and then moving the applicable guests to the reserved room type once available.
  - o   vi. Vistana SPG Participating Hotels do not provide Your24 benefits.
- 9.4.d. _Ambassador_. A Platinum Preferred Guest who has 100 Eligible Nights in a Qualifying Period is eligible to participate in the SPG ambassador service during that Qualifying Period and continue through the subsequent calendar year. The SPG ambassador service is a benefit of the SPG Program that permits an eligible SPG Member to receive certain additional benefits as further described at the **ambassador program website**.

9.5 **Eligibility For Receiving Gold and Platinum Preferred Guest Benefits**. A Gold Preferred Guest or Platinum Preferred Guest must pay an Eligible Rate or redeem an SPG Award or SPG Promotion Reward for each night during his/her entire stay at an SPG Participating Hotel to receive Elite Preferred Guest Membership Status benefits during his/her stay.  Elite Preferred Guest Membership Status benefits are only available in connection with the one guest room in which the Gold Preferred Guest or Platinum Preferred Guest is staying.

**top**

## 10. RESTRICTED OPPORTUNITIES FOR PROFESSIONAL MEETING PLANNERS ("SPG PRO")

10.1 **SPG Pro Professional Meeting Planners.**

- 10.1.a. _Qualification as an SPG Pro Professional Meeting Planner._ An " **SPG Pro Professional Meeting Planner**" is an SPG Member who meets certain qualifications established and maintained by Starwood in its sole discretion including, without limitation, that the SPG Member (1) is a Qualified SPG Member of the SPG Program in good standing pursuant to Section 10.1.b, (2) is a professional meeting planner with a job title related to planning events and meetings, (3) dedicates all of his/her professional time to resourcing, planning and executing events and meetings, (4) may hold a professional

Confidential                                                                                    MI_MDL_01753020

accreditation from a meeting professional organization, and (5) acknowledges that he/she is eligible to earn Starpoints for any Eligible Events under applicable laws, gift policies and incentive policies. SPG Members are responsible for complying with their own company or organization policies regarding hotel loyalty programs; however, to the extent such policies are inconsistent with these SPG Program Terms, these SPG Program Terms will govern. SPG Members are solely responsible for notifying their employer, principal and/or client of any Points or Miles awarded with SPG Pro.

- 10.1.b. A Qualified SPG Member includes any member of the SPG Program unless he/she is:
  - i. a government employee, official, or someone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;
  - ii. an employee of, or someone acting on behalf of, a state-owned or state-controlled entity ("SOE") booking an event on behalf of his/her employing entity;
  - iii. an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or
  - iv. at hotels in Asia Pacific, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

For example, government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE are not considered Qualified Rewards Members and are not eligible to participate in SPG Pro.

In addition, for hotels in Asia Pacific, intermediaries booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE are not considered Qualified Rewards Members and are not eligible to participate in SPG Pro.

10.2 SPG Pro Professional Meeting Planners may earn Starpoints for Eligible Events pursuant to Section 2.1b of these SPG Program Terms.

10.3 **Forfeiture of Starpoints and Eligible Nights.**At any time and in Starwood's sole discretion (including, without limitation, where an SPG Member was not qualified to be an SPG Pro Professional Meeting Planner and therefore was not eligible to earn a specific benefit), Starwood may correct (i) the amount of Starpoints, or the number of Eligible Nights shown as credited to an SPG Member, and (ii) any other benefit that has been credited to an SPG Member, including, without limitation, any Elite Preferred Guest Membership Status, SPG Lifetime Gold Status or SPG Lifetime Platinum Status.

top

## 11. VISTANA SIGNATURE EXPERIENCES

11.1 *Vistana Signature Experiences Additional Information.*

- 11.1.a. Vistana Signature Experiences owners (**"Vistana Owners"**) who are members of the Vistana Signature Network or the Vistana Plus program (collectively, the **"Vacation Network"**) are automatically enrolled as Gold Preferred Guests and are not subject to the Gold Minimum Requirement to maintain Gold Preferred Guest status every year.
- 11.1.b. Only one Vistana Owner will receive Gold Preferred Guest status for each vacation ownership interest purchased, no matter how many individuals are on the deed.
- A Vistana Owner will remain a Gold Preferred Guest, provided that such Vistana Owner: (i) maintains his/her membership in the Vacation Network; (ii) is current in all association maintenance fees, Vacation Network fees, taxes, and other payment balances; and (iii) is current in any other payments owed to Vistana Signature Experiences, Inc. and any of its affiliates(collectively, "Vistana").
- 11.1.d. Gold Preferred Guest status and any accumulated Starpoints in a Vistana Owner's SPG Member account do not transfer upon sale of the vacation ownership interest to a third party.
- 11.1.e. Starpoints acquired by a Vistana Owner who converts his/her vacation ownership interest to Starpoints pursuant to Vistana's SPG Conversion program terms and conditions may not be redeemed at a Vistana property unless otherwise permitted.

- 11.1.f. Starpoints issued or earned through Vistana, including, without limitation, tour incentives, purchase incentives, SPG Conversion, sweepstakes and other giveaway prizes, will expire six years following the date they are deposited into an SPG Member's account, regardless of SPG Member activity. All such Starpoints or any portion thereof, which have not been redeemed by their six-year expiration time, will be forfeited without notice.
- 11.1.g. A Vistana Owner may transfer Starpoints to another Vistana Owner's SPG Member account, regardless of whether they reside at the same address as long as the two Vistana Owners are listed on the same deed.
- 11.1.h. A Vistana Owner may participate in the SPG Conversion program in non-consecutive years, provided that he/she is in good standing (including, without limitation, meeting all the requirements set forth in Section 11.1.c) and has met all of the terms and conditions of the SPG Conversion program.

11.2 Vistana SPG Participating Hotels. Due to the nature of Vistana properties, special conditions apply to their participation in the SPG Program as follows:

- 11.2.a. SPG Members may earn Eligible Nights and Eligible Stays when staying on Eligible Rates at Vistana SPG Participating Hotels.
- 11.2.b. SPG Members will earn Starpoints for all Eligible Charges at Vistana SPG Participating Hotels.
- 11.2.c. SPG Members do not receive the in-hotel benefits of upgrades and late check-out at Vistana SPG Participating Hotels.
- 11.2.d. SPG Awards for stays at Vistana SPG Participating Hotels may only be booked within 365 days of arrival and inventory may be limited.
- 11.2.e. Instant Awards are not available at every Vistana SPG Participating Hotel.

top

## 12. CANCELLATION OF MEMBERSHIP

12.1 **Monitoring SPG Member Accounts.** Starwood reserves the right to monitor the accounts of all SPG Members, at any time and without notice, for compliance with SPG Program Terms. Starwood may review all SPG Members' Starpoints, Eligible Stays and Eligible Nights balance and transaction history including, without limitation, requests for SPG Awards, SPG Promotion Rewards and other benefits.

12.2 **Cancelling SPG Member Accounts.**

- 12.2.a. Cancelling by SPG Member. An SPG Member may cancel his/her membership in the SPG Program at any time by sending written notice of cancellation to the **Customer Contact Center**. All unredeemed Starpoints, SPG Awards, and SPG Promotion Rewards as well as achieved member status, including Elite, SPG Lifetime Gold, or SPG Lifetime Platinum, will be forfeited immediately and may not be reinstated or transferred.
- 12.2.b. Cancelling by Starwood. Starwood may cancel an SPG Member's accumulated Starpoints, suspend SPG Program benefits, suspend Elite Preferred Guest Membership Status, suspend SPG Lifetime Gold Status and SPG Lifetime Platinum Status (which will subsequently also remove protection against the forfeiture of Starpoints should the member become Inactive as described in Section **4.2),** or cancel an SPG Member's account at any time with immediate effect and without written notice, for any reason and in Starwood's sole discretion including, without limitation, if Starwood believes the SPG Member has:
  - i. Acted in a manner inconsistent with applicable laws, regulations, ordinances;
  - ii. Failed to pay any hotel bill when due to Starwood or an SPG Participating Hotel or SPG Partner Hotel or failed to fulfill a Vistana Signature Experiences financial obligation;
  - iii. Acted in an inappropriate, fraudulent, abusive or hostile manner;
  - iv. Breached or violated any of these SPG Program Terms or the **Website Terms of Use**;
  - v. Fraudulently claimed to qualify as an SPG Pro Professional Meeting Planner to be eligible to earn any of the benefits offered to an SPG Pro Professional Meeting Planner pursuant to the SPG Program; or

Confidential

- ○ vi. Engaged in any misconduct or wrongdoing in connection with the SPG Program including, without limitation, with respect to Starpoints, Eligible Stays, Eligible Nights, SPG Award usage, SPG Promotion Reward usage, or any other SPG Member benefits.
- 12.2.c. <u>Bankruptcy.</u> Subject to applicable law, membership in the SPG Program will terminate automatically upon an SPG Member filing for bankruptcy or otherwise being subject to a bankruptcy proceeding.
- 12.2.d. <u>Legal Action.</u> Nothing contained in these SPG Program Terms will limit Starwood in the exercise of any legal or equitable rights or remedies.

12.3 *Effect of SPG Membership Cancellation.*

- 12.3.a. The SPG Program, Starpoints, SPG Awards, SPG Promotion Rewards and other related benefits and services are the sole property of Starwood, and are not the property of SPG Members. On cancellation of membership in the SPG Program for any reason, all unredeemed Starpoints, SPG Awards and SPG Promotion Rewards will be forfeited and an SPG Member will no longer be able to participate in the SPG Program. Starpoints, SPG Awards and SPG Promotion Rewards have no cash value and Starwood will not compensate or pay cash for any forfeited or unused Starpoints.
- 12.3.b. If Starwood cancels an SPG Member's account for any reason, the SPG Member may not reapply for membership in the SPG Program and any account opened in the SPG Member's name and Starpoints, SPG Awards and SPG Promotion Rewards earned in that account will be forfeited upon discovery.
- 12.3.c. If an SPG Member cancels his/her account, or if an SPG Member account becomes Inactive, the SPG Member may reapply for membership in the SPG Program at a later date, but no Starpoints, SPG Awards or SPG Promotion Rewards previously expired will be reinstated to the SPG Member account and any Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum Status will not be reinstated.
- 12.3.d. Any Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum Status terminates upon cancellation of an SPG Member account.

top

## 13. OTHER PRINCIPLES

13.1 *Modification of the SPG Program.* Starwood may change the SPG Program and the SPG Program Terms at any time, for any reason and without notice. Starwood may make changes that affect, without limitation, processes, benefits, amenities, elite levels, rules for earning and redeeming Starpoints, Starpoint redemption levels, rules for the use of SPG Awards, availability of SPG Awards, SPG Award inventory, SPG Award types, availability of SPG Promotion Rewards, and benefits of Elite Preferred Guest Membership Status, SPG Lifetime Gold Status and SPG Lifetime Platinum Status. Notwithstanding the foregoing, Starwood will provide notice if changes to the SPG Program or the SPG Program Terms materially decrease the number of Starpoints an SPG Member will earn for Eligible Rates and Eligible Charges at SPG Participating Hotels or materially increases the number of Starpoints an SPG Member needs to redeem Starpoints for rooms at SPG Participating Hotels.

13.2 *Termination of the SPG Program.* Starwood may terminate the SPG Program with 12-months' advance notice to all active SPG Members. At Starwood's sole discretion, Starwood may choose to substitute a similar loyalty program for the SPG Program at any time immediately upon notice to active SPG Members. An SPG Member may not accumulate Starpoints or claim SPG Awards, SPG Promotion Rewards or SPG Program benefits or amenities after the termination of the SPG Program. If the SPG Program is terminated, all unredeemed Starpoints will be forfeited without any obligation or liability, and no SPG Award claims or SPG Promotion Reward claims will be honored after the conclusion of the notice period. Starwood may terminate the SPG Program in whole or in part, in any jurisdictions on less than twelve months' notice if required to do so by applicable law.

13.3 *Benefits Subject to Availability and Modification.* All SPG Program benefits, amenities, offers, awards and services are subject to availability and may be changed at any time without notice.

13.4 *Eligibility to Receive Benefits.* By accepting any SPG Program benefits, amenities, offers, awards or services, including, without limitation, any Starpoints, SPG Awards and or SPG Promotion Rewards, an SPG Member acknowledges that he/she is responsible for determining whether he/she is eligible to receive, and that he/she is eligible to receive, such SPG Program benefits, amenities, offers, awards or services (including, without limitation, Starpoints, SPG Awards or SPG Promotion Rewards) under applicable laws, gift policies and incentive policies. Each SPG Member must immediately notify Starwood if he/she is not eligible to receive any SPG Program benefits, amenities, offers, awards or services at any time.

13.5 *Adjustments.* An SPG Member may request credits for Starpoints (other than for Starpoints earned pursuant to Section **2.1.b.**), Eligible Nights (other than Eligible Nights earned pursuant to Section **6.3**) or Eligible Stays that are not reflected in an SPG Member's account through the SPG Program website (**www.spg.com**) under "**Report a Missing Stay (Get Credit)**" or, for SPG Participating Hotels only, by contacting the **Customer Contact Center**. An SPG Member may request credits for Starpoints or Eligible Nights earned in connection with an Eligible Event that are not reflected in an SPG Member's account through the SPG Program website (**www.spg.com**) under "**Report a Missing Event**" or by contacting the **Customer Contact Center**. Such a request must be received within 1 year of the applicable Stay, Partner Stay, Eligible Event or other Eligible Charge or Partner Eligible Charge transaction to receive any credit.

13.6 *New SPG Members.* A new SPG Member will be eligible to receive Starpoints for Eligible Charges, and Eligible Stays and Eligible Nights for Stays at SPG Participating Hotels, that are incurred and paid for by the SPG Member during the 30 days prior to his/her enrollment in the SPG Program (the "Pre-Enrollment Period"), if such credit is requested within 60 days of the applicable Stay or Eligible Charge transaction. A new SPG Member will not receive any Starpoints, Eligible Stays or Eligible Nights for any stays that occurred prior to Pre-Enrollment Period, even if he/she was a member under a loyalty program offered by Starwood other than the SPG Program, except for Stays at SPG Participating Hotels that are incurred and paid for during the Pre-Enrollment Period.

13.7 *Stays in Excess of 90 days.* An SPG Member will not receive any Starpoints on any Eligible Charges, any Partner Eligible Charges, any Eligible Nights or any Eligible Stays for any portion of a single Stay or single Partner Stay in excess of 90 days. An SPG Member may not earn Starpoints pursuant to Section 2.1.a. or Eligible Stays for stays at SPG Participating Hotels in which the SPG Member was not the registered guest, did not stay at SPG Participating Hotel, or did not pay the folio upon check-out. An SPG Member may not earn Starpoints pursuant to Section 2.2.a. or Eligible Stays for stays at SPG Partner Hotels in which the SPG Member was not the registered guest, did not stay at SPG Partner Hotel, or did not pay the folio upon check-out.

13.8 *Eligibility Notification.* An SPG Member must promptly notify Starwood in the event that (i) he/she is not eligible for any reason, including, without limitation, pursuant to any applicable laws, gift policies or incentive policies, to earn Starpoints, Eligible Nights or Eligible Stays, or any other benefits that an SPG Member may earn under the SPG Program or (ii) his/her SPG Member account has been credited with any Starpoints, Eligible Nights or Eligible Stays or any other benefit that an SPG Member may earn under the SPG Program that he/she has not earned or is not eligible to earn.

13.9 *Correction of Benefits.* At any time and in Starwood's sole discretion (including, without limitation, where an SPG Member was not eligible to earn a specific benefit pursuant to these SPG Program Terms), Starwood may correct (i) the amount of Starpoints or the number of Eligible Nights or Eligible Stays shown as credited to an SPG Member's account, and (ii) any other benefit that has been credited to an SPG Member's account, including, without limitation, any Elite Preferred Guest Membership Status, SPG Lifetime Gold Status or SPG Lifetime Platinum Status.

13.10 *Exit of SPG Participating Hotel.* If an SPG Participating Hotel or SPG Partner Hotel exits the SPG Program for any reason, an SPG Member will not earn Starpoints, Eligible Nights or Eligible Stays (including, without limitation, any Starpoints or Eligible Stays pursuant to Section 2) for stays at such SPG Participating Hotel or SPG Partner Hotel, and any SPG Promotion Rewards, SPG Awards, other promotions and other special offers will no longer be valid after the date on which the SPG Participating Hotel or SPG Partner Hotel exited the SPG Program, even if the reservation for a stay at the former SPG Participating Hotel or former SPG Partner Hotel was made prior to that date.

Confidential                                                     MI_MDL_01753024

13.11 **No Sale or Transfer.** Starpoints, SPG Awards, SPG Promotion Rewards and other SPG Member benefits may not be sold, bartered or transferred (other than by Starwood or its agents). Any attempted transfer, sale or barter will be void. Starwood and its partners may refuse to honor or recognize any Starpoints, SPG Awards, SPG Promotion Rewards or SPG Member benefits which Starwood believes may have been transferred, sold or bartered.

13.12 **Membership Communications.**

- 13.12.a. All SPG Program communications will be sent to the SPG Member's mailing address or email address currently provided in the SPG Member's account. Communications delivered to the address on file will be deemed to have been received one business day after sending it if delivered to the SPG Member's email address or five business days after sending it if delivered to the mailing address provided. SPG Members must keep their email and mailing addresses current.
- 13.12.b. SPG Members will receive regular Starpoints balance report by email, provided that there has been a transaction on the SPG account since the last Starpoints balance report and the SPG Member has provided Starwood with the appropriate permission to contact the SPG Member via email.
- 13.12.c. Starwood may also send SPG Members promotions, offers and other communications from time to time, which may include, without limitation, items from third parties. The items from third parties are based on the information provided to Starwood by the SPG Member and any additional data Starwood may maintain.  SPG Members may change personal details and communications preferences at any time by contacting the **Customer Contact Center** or through the SPG Program website (**www.spg.com**); however, Starwood may require an SPG Member to send supporting documentation prior to allowing certain changes (e.g., legal name changes).
- 13.12.d. At any time an SPG Member contacts the **Customer Contact Center**, Starwood may ask the SPG Member certain security related questions to verify the SPG Member's identity.  The **Customer Contact Center** may monitor or record telephone calls to improve quality of service.
- 13.12.e. SPG Members can review their Starpoints balance and transaction history and update personal details and preferences on the SPG Program website (**www.spg.com**). An SPG Member's number or his/her user name and password is required to access the website.

13.13 **Taxes.** Starpoints, SPG Awards, SPG Promotion Rewards and other SPG Member benefits may be subject to income or other taxes. The SPG Member is responsible for paying all such taxes and for making all applicable disclosures to third parties including, without limitation, the party who paid for the transaction from which the SPG Member earned Starpoints. Starwood will not be liable for any tax liability, duty or other charges in connection with the issuance of Starpoints, SPG Awards, SPG Promotion Rewards and other SPG Member benefits.

13.14 **No Warranties or Representations, Express or Implied.** Starwood makes no warranties or representations, either expressed or implied with respect to type, quality or fitness of goods or services provided through the SPG Program or by SPG Participating Hotels or by SPG Partner Hotels.

13.15 **Operation of the SPG Program.** Preferred Guest, Inc. sells Starpoints to SPG Participating Hotels and partners, redeems Starpoints for cash (including, without limitation, Starpoints received from SPG Participating Hotels), airline tickets and merchandise, and administers the SPG Program. Starwood Hotels & Resorts Worldwide, LLC (a subsidiary of Marriott International, Inc.) and its affiliates promote the SPG Program including, without limitation, by creating and launching marketing campaigns, developing and maintaining the SPG Program website (**www.spg.com**), and managing partner relationships.

13.16 **Not Responsible for Acts, Errors, or Omissions.** Starwood is not responsible for: (a) any loss or misdirection of, or delay in receiving, any SPG Member application, correspondence, redemption requests, SPG Awards or SPG Member benefits; (b) theft or unauthorized redemption of Starpoints or SPG Awards or use of an SPG Award; (c) any acts or omissions of third parties (including, without limitation, SPG Participating Hotels and SPG Partner Hotels); or (d) any errors published in relation to the SPG Program, including, without limitation, any pricing or typographical errors, errors of description, errors regarding SPG Participating Hotels, SPG Partner Hotels and SPG Program affiliates, and errors in the crediting or debiting of Starpoints from SPG Member accounts. Starwood reserves the right to correct, without notice, any errors.

13.17 **Interpretation of SPG Program Terms.** All interpretations of these SPG Program Terms and the rules of SPG Program membership will be at Starwood's sole discretion, and Starwood's decisions will be

Confidential                                                              MI_MDL_01753025

final. In the event of any discrepancy between the English version and any translated version of these SPG Program Terms, the English language version will prevail.

13.18 **Trademarks.** Aloft, Element, Four Points, Le Meridien, Preferred Guest, Sheraton, SPG, Starwood, St. Regis, The Luxury Collection, Tribute Portfolio, W, and Westin and their logos are the trademarks of Marriott International, Inc. or its affiliates, and SPG Members shall never, directly or indirectly, interfere with, challenge, file applications for, or claim ownership to these trademarks anywhere in the world.

13.19 **Waiver.** Starwood's waiver of any breach of these SPG Program Terms by any SPG Member will not constitute a waiver of any other prior or subsequent breach of these SPG Program Terms. Starwood's failure to insist upon strict compliance with these SPG Program Terms by any SPG Member will not be deemed a waiver of any rights or remedies that Starwood may have against that, or any other, SPG Member. Starwood may waive compliance with these SPG Program Terms in its sole discretion and may run promotions from time to time that provide enhanced benefits to select SPG Members.

13.20 **Limitation of Liability.** IN NO EVENT WILL STARWOOD, ANY SPG PARTICIPATING HOTEL OR ANY SPG PARTNER HOTEL BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH THE SPG PROGRAM OR THESE SPG PROGRAM TERMS.

13.21 **Choice of Law and Venue.** Any disputes arising out of or related to the SPG Program or these SPG Program Terms will be handled individually without any class action, and will be governed by, construed and enforced in accordance with the laws of the State of New York, United States, without regard to its conflicts of law rules. The exclusive jurisdiction for any claim or action arising out of or relating to these SPG Program Terms or the SPG Program may be filed only in the state or federal courts located in the State of New York, United States.

13.22 **Subject to Law.** Membership in the SPG Program and the earning and redeeming of Starpoints are subject to all applicable local laws and regulations. Membership in the SPG Program, SPG Member benefits, SPG Awards and SPG Promotion Rewards are offered in good faith; however, they may not be available if prohibited or restricted by applicable law or regulation in the Unites States or SPG Member's jurisdiction of residence. If any part of these SPG Program Terms is held to be unlawful or unenforceable, that part will be deemed deleted from these SPG Program Terms in such jurisdiction and the remaining provisions will remain in force, subject to Sections 13.1 and 13.2.

13.23 **Entire Agreement.** The SPG Program Terms, together with those incorporated herein or referred to herein constitute the entire agreement between Starwood and SPG Members relating to the subject matter hereof, and supersedes any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available on the SPG Program website (**www.spg.com**).

*Revised: January 17, 2018*

**top**

Confidential MI_MDL_01753026