SEALED

# EXHIBIT

# B

*Exhibit to Marriott's Brief Addressing the Effect of Class Action Waiver on Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*