# EXHIBIT

# E

*Exhibit to Marriott's Brief Addressing the Effect of Class Action Waiver on Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*



1. JOIN THE LOYALTY PROGRAM
2. EARN POINTS
3. REDEEM POINTS
4. ELITE MEMBERSHIP
5. REWARDING EVENTS
6. CO-BRAND CREDIT CARDS
7. MARRIOTT VACATION CLUB, MARRIOTT GRAND RESIDENCE CLUB, AND VISTANA SIGNATURE EXPERIENCES
8. ADDITIONAL TERMS OF PARTICIPATION IN THE LOYALTY PROGRAM

Effective in August 2018, the Marriott Rewards® Program, The Ritz-Carlton Rewards Program, and the Starwood Preferred Guest® Program (the "**SPG Program**") (each a "**Legacy Program**"), that were previously operated by Marriott International, Inc. and its subsidiaries, including Marriott Rewards, LLC and Preferred Guest, Inc. (collectively, the "**Company**") as three separate programs, will function as one unified program (hereinafter, the "**Loyalty Program**") while keeping their separate names for the time being for certain limited purposes.

The Loyalty Program will operate under one set of terms and conditions as set out below unless otherwise expressly stated (the "**Program Rules**").

The Program Rules govern the Company's relationship with members of the Loyalty Program (collectively, "**Loyalty Program Members**," and individually, a "**Loyalty Program Member**," "**Member**," or "**you**"), including how Members manage their accounts, book reservations, achieve elite status, earn and redeem Loyalty Program points ("**Points**") with participating hotels and properties (each a "**Participating Property**"), as well as with third party programs which have a business relationship with the Loyalty Program such as airline frequent flyer programs ("**Partner Programs**").

By opening a Loyalty Program membership account ("**Account**" or "**Membership Account**"), or by using either your membership card or the Membership Account number you were assigned ("**Membership Number**") to receive and redeem benefits of the Loyalty Program, including, without limitation, Loyalty Program Points, you agree that:

- you have read and accept these Program Rules; and you have read and accept the **Website Terms of Use** which are incorporated by reference herein; and

- you consent to the collection, use, and disclosure of your personal data by the Company, the Loyalty Program, Participating Properties and Partner Programs, and their authorized third-party agents and licensees in accordance with the **Company's Privacy Statement**.

All Loyalty Program benefits, amenities, offers, awards and services are subject to availability and may be changed by the Company at any time without notice.  The Company may terminate the Loyalty Program or any of the individual Legacy Programs, in whole or in part, with six (6) months' advance notice to all active Loyalty Members and with less than six months' notice in any jurisdiction if required to do so by applicable law.  At the Company's sole discretion, the Company may choose to substitute a similar loyalty program for any of the Legacy Programs or for the Loyalty Program at any time immediately upon notice to active Loyalty Members.  If any of the Legacy Programs or the Loyalty Program are terminated, all unredeemed Points will be forfeited without any obligation or liability, and no Redemption Award claims or promotional Award claims will be honored after the conclusion of the notice period.

These Program Rules supersede all previous terms and conditions applicable to the Legacy Programs or Loyalty Program.  Except as otherwise expressly prohibited or limited by applicable laws, Company may at any time amend, modify or supplement these Program Rules, the structure for earning awards ("**Awards**," and individually, an "**Award**") and Award levels at any time, with or without notice, even though such changes may affect the value of Points or Miles, or the ability to obtain certain Awards (collectively "**Program Rules Changes**"). Loyalty Members are responsible for remaining knowledgeable of the Program Rules and any Program Rule Changes.  Your continued participation in the Loyalty Program will constitute your acceptance of any such Program Rule Changes.

# Notice About Combining Multiple Accounts

A Member with membership accounts in more than one Legacy Program will no longer be able to link these accounts, transfer Points across accounts, or have the elite status matched across Legacy Programs.  The accounts will remain separate until the Member chooses to combine them into a single membership account with one number, one status, and one Points balance.  For more details see **Combine Accounts** and helpful **Frequently Asked Questions**.

# 1. JOIN THE LOYALTY PROGRAM

## 1.1 Eligibility.

Membership in the Loyalty Program is free and available to any individual who:  (a) possesses the legal authority to agree to the Program Rules; (b) resides in a jurisdiction which legally permits participation in the Loyalty Program; (c) is not a resident of Cuba, Iran, North Korea, Sudan, Syria, or the Crimea region of Ukraine; (d) provides valid and accurate personal information when enrolling in the Loyalty Program; (e) is not already a member of the Loyalty Program (i.e., does not already have a Membership Account); and (f) has not previously been terminated from any of the three loyalty programs by the Company.

1.1.a.  Members are responsible for reading and understanding the Loyalty Program Rules, Account statements, and other communications from the Company about the Loyalty Program in order to understand his/her rights, responsibilities, and status in the Loyalty Program.  If a Member has any questions about the Loyalty Program or these Program Rules, the Member should contact **Member Support**.

1.1.b.  Members are responsible for reading the Company's <u>Privacy Statement</u> in order to understand how the Company collects, uses, and discloses a Member's data.  If a Member has any questions about the Company's Privacy Statement or its collection, use, or disclosure of a Member's data, the Member should contact <u>Member Support</u>.

## 1.2 Participating Properties and Brands

1.2.a.  "**Participating Properties**" are hotels, resorts, and other transient stay properties operated under the brands below that are owned, managed, franchised or licensed by Marriott International ("**Participating Brands**") and are bookable through Marriott Channels unless otherwise stated (see 1.2.b.).  The Participating Properties include:

      i.      The Ritz-Carlton® - all locations *except for*:

A.    The Ritz-Carlton Destination Club® properties - earning partner for elite night credit (as defined by 2.1.a.) only; no Points redemption and no Points or Miles earning

B.    The following properties do not participate in the Loyalty Program:

1. The Ritz-Carlton, Millennia Singapore
2. The Ritz-Carlton Reserve® properties
3. The Ritz-Carlton Residences
4. The following partner properties:
1. Hotel Ritz-London - London, UK
2. Bulgari Hotels and Resorts - all locations

      ii.     St. Regis® - all locations

      iii.    EDITION® - all locations

      iv.    The Luxury Collection® - all locations

      v.     W® - all locations

      vi.    JW Marriott® - all locations

      vii.   Marriott Hotels® - all locations

      viii.  Sheraton® - all locations

ix.    Marriott Vacation Club® and Marriott Grand Residence Club® - all locations except for:

A. 47 Park Street - Marriott Grand Residence Club, UK

B. Marriott's Bangkok Empire Place, Bangkok, Thailand

Marriott Vacation Club and Marriott Grand Residence Club properties which participate have limited on-property benefits as outlined in Section 4 and Section 7.

x.        Delta Hotels by Marriott® - all locations

xi.       Le Méridien® - all locations

xii.      Westin® - all locations

xiii.     Autograph Collection® Hotels - all locations except for:

A.        Atlantis, Paradise Island, Bahamas participates in the Loyalty Program as follows:

(1)    Points or Miles may be earned for reservations booked through www.marriott.com/atlantis or by calling +1 (855) 696-4732.  Points or Miles will not be earned and Points cannot be redeemed for reservations booked through Atlantis Paradise Vacations or AtlantisBahamas.com.

(2)    Points may be redeemed for stays only by calling +1 (855) 696-4732.  At this time, redemption stays cannot be booked online.

(3)    Points or Miles may be earned and Points may be redeemed for stays at Atlantis, Coral Towers; Atlantis, Royal Towers; and The Cove Atlantis.  The Reef Atlantis and Atlantis, Beach Tower participate as earnings locations only.

(4)    Redemption stays at Atlantis, Coral Towers; Atlantis, Royal Tower; and The Cove Atlantis will include a single or double standard room, including the cost of the hotel room, room tax, and extra-person charges, if any.  All other property charges, including resort fees and service charges are the responsibility of the Loyalty Program Member and are not included in the stay.

(5)    Points or Miles may be earned on room rate only.

B.        The Cosmopolitan of Las Vegas, at which the only charges that qualify for Points are the following:

(1)    Room rate, room service food and beverage, in-room movies, phone calls and in-room minibar purchases.  Points cannot be earned on any other purchases at hotel outlets or for hotel services.

(2)    Points may be redeemed for all Qualifying Stays (defined in Section 2.1.d.) at The Cosmopolitan, Las Vegas.

 xiv.     Design Hotels™ - all locations identified as a property which participates in the Loyalty Program are listed here and participate as follows:

A.        Earn Points or Miles as described in Section 2

B.        Redeem for Free Night Awards only as described in Section 3

C.        Provide limited benefits as described in Section 1.3 and Section 4

xv.       Renaissance® Hotels - all locations except for:

The following properties do not provide Elite Membership benefits as described in Section 4:

- Renaissance Naruto Resort
- Renaissance Okinawa Resort

xvi.      Tribute Portfolio® - all locations

xvii.     Gaylord Hotels® - all locations

xviii.    Courtyard® - all locations

xix.      Four Points® - all locations

xx.       SpringHill Suites® - all locations

xxi.      Protea Hotels® - all locations *except for*:

- Protea Hotel Aishi Machame

There are additional terms and conditions for Prokard Explorer members who are also Loyalty Program Members as outlined in Section 1.3.

xxii.     Fairfield® by Marriott - all locations

xxiii.    AC Hotels®- all locations

xxiv.     Aloft® Hotels - all locations

xxv.      Moxy® Hotels - all locations

xxvi.     Residence Inn® - all locations *except for*:

- The Inn at Mayo Clinic, Jacksonville, FL

xxvii.    TownePlace Suites® - all locations

xxviii.   Element®- all locations

xxix.     Marriott Conference Centers - all locations *except for*:

- NCED Marriott Conference Center, Oklahoma City, OK
- Jesse H. Jones Rotary House Conference Center, Houston, TX

xxx.      Vistana properties - all Sheraton and Westin branded properties participate.  Properties which participate provide limited on-property benefits as outlined in Section 7.

xxxi.     Non-branded properties - the following non-branded properties participate:

- Hotel Mandji
- Hotel Talisa, Vail
- Hapuna Beach Resort

- Vistana Beach Club
- The Maxwell New York City

xxxii.   Marriott Executive Apartments® - Points and Miles earning partner only (no Points redemption or on-property benefits)

xxxiii. ExecuStay® - Points earning partner only (no Points redemption or on-property benefits)

1.2.b.  "**Marriott Channels**" are collectively the Marriott Websites, the Mobile Apps, and the Customer Engagement Centers (which include Member Support).

1.2.c.  "**Marriott Website**" is a website operated by or on behalf of the Company or a Loyalty Program Participating Property and currently includes these websites: RitzCarlton.com, stregis.com, editionhotels.com, theluxurycollection.com, bulgarihotels.com, whotels.com, jwmarriott.com, marriotthotels.com, sheraton.com, deltahotels.com, lemeridien.com, westin.com, autographhotels.com, designhotels.com, renhotels.com, tributeportfolio.com, gaylordhotels.com, courtyard.com, fourpoints.com, springhillsuites.com, proteahotels.com, fairfield.marriott.com, achotels.marriott.com, alofthotels.com, moxyhotels.com, marriottexecutiveapartments.com, residenceinn.marriott.com, TownePlaceSuites.com, elementhotelshub.com, MarriottRewards.com, RitzCarltonRewards.com, and SPG.com.

1.2.d.  A "**Mobile App**" is a downloadable application operated by or on behalf of the Company in connection with the Loyalty Program including, without limitation, the iPhone and Android versions thereof.

## 1.3 Benefits of Membership

1.3.a.  *Member Support*.  Loyalty Program Members will have access to Member service telephone numbers for reservations, customer service and award redemption requests on the <u>Member Support Website</u>.

1.3.b.  *Member Rates*.

i.      *Member Rates*.  Loyalty Program Members will receive an exclusive, preferred rate ("**Member Rate**") when they book rooms through a Marriott Channel.  Member Rates are available at Participating Properties.  Advance reservations are required.

A.      Member Rate offers a discount of at least two percent (2%) on weekdays and up to five percent (5%) on weekends.

B.      Member Rate is applied to the Participating Property's lowest applicable available public rates for non-premium rooms.

C.      Member Rate must be booked by the Member using the appropriate Member Rate category.

D.      Member Rates do not apply to groups of ten (10) or more guest rooms.

E.      Member Rate may not be combined with other select promotions, offers or discounts, and is not valid for existing reservations or groups.

F.      Member Rate does not apply to qualified transient rates such as government rates, negotiated rates, AAA rates, and the Senior Discount rate.

1.3.c.  *Complimentary In-Room Internet Access.*  A Member who books a stay at a Participating Property through a Marriott Channel will receive complimentary standard in-room internet access during the stay, and Gold Elite, Platinum Elite, and Platinum Premier Elite members will receive complimentary enhanced in-room internet access regardless of booking method (collectively, the "**Internet Access Benefit**").  The additional exclusions set forth below apply.

i.      A Member will only receive the Internet Access Benefit if the reservation for the stay includes his/her Membership Number at least twenty-four (24) hours prior to check-in for the stay.

ii.      The Internet Access Benefit is limited to one (1) guest room per eligible Member per stay regardless of how many rooms have been reserved, and the Member must stay in the guest room and pay for the charges.  The Internet Access Benefit is not applicable for meeting rooms.

iii.      Any employees of the Company ("**Associates**") are not eligible for the Internet Access Benefit.  This restriction does not apply to employees of Marriott Vacation Club and Marriott Grand Residence Club.

iv.      No additional Internet Access Benefit will be provided at Participating Properties and Brands that offer complimentary in-room Internet access to all guests.

v.      Participating Properties that provide complimentary in-room internet access to all guests include:  EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield by Marriott, Aloft, Moxy Hotels, Residence Inn, TownePlace Suites and Element.

vi.      Participating Properties that have mandatory resort charges, which include internet access, will provide a replacement benefit, to be determined at each Participating Property's discretion.

vii.      Participating Properties that offer complimentary standard in-room internet access to Gold Elite, Platinum Elite and Platinum Premier Elite members only include:  Atlantis, Paradise Island, Bahamas and The Cosmopolitan, Las Vegas, NV.

viii.      Participating Properties and Brands with limited participation in complimentary in-room internet access include:  Delta Hotels.

ix.      Participating Properties and Brands that do not offer complimentary in-room internet access include:  Mulu Marriott Resort & Spa, Malaysia and ExecuStay®.

x.      Properties and Brands that do not participate in the Loyalty Program pursuant to Section 1.2 do not offer the Internet Access Benefit for Members.

1.3.d.  *Benefits through Other Marketing Programs.*

i.      *Prokard Explorer.*  Prokard Explorer is a marketing program which offers its members benefits that are valid only at participating properties within the Protea Hotels portfolio.  Prokard Explorer operates both as a stand-alone program as well as in conjunction with the Loyalty Program.

A.      Prokard Explorer has no earn and redeem points benefits.  Guests who are members of both Prokard Explorer and the Loyalty Program can only earn and redeem Points or Miles with the Loyalty Program.

MI_MDL_02496276

B.      When staying at a participating Protea Hotel, guests who are members of both Prokard Explorer and the Loyalty Program can (a) choose to earn Loyalty Program Points or Miles, and (b) receive benefits from both programs.  Prokard Explorer benefits include dining discounts, preferential rates, and accommodation vouchers.  Loyalty Program benefits are based on the membership tier as outlined in Sections 1.3 and 4.

C.      All Loyalty Program Rules apply.

## 1.4 Conditions of Enrollment

1.4.a.  *Completing the Enrollment Application*.  An individual may apply to enroll in the Loyalty Program by fully and accurately **completing an application** on the Loyalty Program website, at a Participating Property, or through another enrollment channel.  The Company may deny membership in the Loyalty Program to any applicant in its sole discretion and without written notice.

1.4.b.  *Individual Membership*.  Only individuals are eligible for Loyalty Program membership, and each individual may maintain only one Membership Account.  All Loyalty Member accounts are individual accounts and no joint accounts are permitted.  Loyalty Program benefits are non-transferable unless expressly stated otherwise.

1.4.c.  *Types of Membership*

i.      *Tier Membership*.  A tier membership is the base membership level in the Loyalty Program.

ii.     *Elite Membership.  Upon reaching certain milestones, a Member will earn eli*te membership status and become a Silver Elite, Gold Elite, Platinum Elite, or Platinum Premier Elite Member (collectively, "**Elite Membership Status**," or "**Elite Status**").  The requirements for earning Elite Status are set forth in Section 4.

iii.    *Lifetime Elite Membership*.  Upon reaching certain milestones, a Member may earn Lifetime Silver Elite, Lifetime Gold Elite, Lifetime Platinum Elite or Lifetime Platinum Premier Elite Status (collectively, "**Lifetime Elite Membership Status**," or "**Lifetime Elite Status**").  The requirements for earning Lifetime Elite Status are set forth in Section 4.

iv.     *Associate Membership*.  Associates may only participate in the Loyalty Program through (1) specially designated incentive programs; (2) ownership in Marriott Vacation Club, Marriott Grand Residence Club, or Vistana Signature Experiences timeshare interest; or (3) with an active Marriott Rewards, The Ritz-Carlton Rewards, or Starwood Preferred Guest co-branded credit card account where available.  In addition to Program Rules, Associates are subject to the terms and conditions of the timeshare and credit card programs. Information on Associate programs is available on the Company's intranet and through other Marriott Channels.  Associates will not receive Points under the Loyalty Program for stays at Participating Properties.  Notwithstanding the foregoing, employees of Marriott Ownership Resorts, Inc. and its parent entities, affiliates or subsidiaries may participate in the Loyalty Program.  Also, Associates who own a Marriott Vacation Club or Marriott Grand Residence Club interest may participate in the Loyalty Program in accordance with the rules and regulations applicable to their Marriott Vacation Club or Marriott Grand Residence Club interest.

v.      *Corporate Membership*.  Only individuals are eligible to participate in the Loyalty Program.  Corporations, groups and/or associated entities cannot enroll as Loyalty Program Members.  When traveling on business, it is a Member's responsibility to comply with his or her company policy concerning travel programs.  Information regarding a Member's accumulation of

Points or Miles for business travel is subject to disclosure to the Member's company subject to applicable law and regulations.

1.4.d. *Assignment of Membership Account and Membership Number.* After applying to the Loyalty Program, a Membership Account will be opened and a Membership Number will be assigned to each applicant. Upon receiving this Membership Number, an individual becomes a Member eligible to earn Points or any currency used by an airline's frequent flyer program ("**Miles**") at Participating Properties. Further details are outlined in Section 1.5 and Section 2. The Membership Number can be applied across any of the three Legacy Programs.

1.4.e. *Duplicate Accounts.* An individual may join either the Marriott Rewards Program, The Ritz-Carlton Rewards Program, or the SPG Program. However, a Member may not have one or more duplicate accounts under one loyalty program at any time.

i.       If more than one loyalty program Membership Number is assigned to an individual for the same loyalty program (e.g. two Membership Numbers for the Marriott Rewards Program), he/she will only receive Points or Miles for one Membership Account. Duplicate Membership Accounts may be cancelled.

ii.      A Member with individual membership accounts in more than one loyalty program (e.g. the Marriott Rewards Program and the SPG Program) will not be able to link these accounts, transfer points across accounts, or have Elite Status matched across the Legacy Programs. The accounts will remain separate until the Member chooses to combine them into a single Membership Account with one number, one Elite Status, and one Points balance. This can be done only by combining the accounts on the <u>Combine Accounts page.</u> Combining loyalty program accounts cannot be done at Participating Properties or through the Mobile App, Customer Engagement Centers, or other booking channels.

iii.     When Members choose to combine their loyalty program Membership Accounts through the <u>Combine Accounts page,</u> the account details will immediately begin to be combined and some will be available instantly (Points, Nights, Elite Status, Upcoming Reservations), or within forty-eight (48) hours (suite night awards, Free Night Award certificates, past activity, and Mobile key & guest services).

1.4.f. *Personal Profile.* Information provided by a Member will be maintained in a personal preference profile with the Membership Account. All information provided by a Member in his/her personal profile must be valid and accurate and must be kept current.

i.       A Member may change his/her address by changing his/her information on the <u>Account Profile</u> on the Loyalty Program website or contact <u>Member Support.</u> In certain instances, address changes may require supporting legal documentation.

ii.      Name changes to a Membership Account must include supporting legal documentation, signature, date and Membership Number. More information is in our <u>Frequently Asked Questions</u> or <u>Member Support.</u>

iii.     Credit card information included in a Member's profile will be used by Participating Properties to guarantee the Member's stay and to pay for stay charges, unless the Member provides a different credit card when the reservation is made, at check-in or at check-out. A Member may change his/her credit card authorization for future transactions by changing his/her information in the <u>Account Profile</u> on the Loyalty Program website or by contacting <u>Member Support.</u> A Member must notify the Company if the authorized credit card is lost, stolen, invalidated or expired.

1.4.g.  *Use of Information Collected in Application.*  The information a Member provides to the Company when completing the Loyalty Program application and redeeming Points is processed in accordance with the Company's Privacy Statement.  Communication of relevant information is important to administering the Loyalty Program and providing each Member with the opportunity to maximize the benefits of Membership.  The Loyalty Program will only disclose Member information to:  the Company, person(s) authorized by the Member; franchisees, fulfillment houses, email service providers and mail houses that process mail for such entities; Authorized Licensees (as defined in the Company's Privacy Statement); and marketing companies that provide services to the Company.  Member information will, in each case, only be disclosed for one or more of the following purposes:  1) in order to better service the Membership Account and the Member's preferences by keeping the Member informed of Account status and activities through printed or electronic statements; 2) to assess a Member's entitlement to benefits; 3) to collect and process Member charges incurred at the Company's facilities; 4) to offer a Member additional products and services; 5) to send periodic satisfaction or market research surveys; and/or 6) to offer a Member products or services from select reputable companies with whom the Loyalty Program has a strategic relationship because the Loyalty Program believes their offerings will be of interest to the Member.  In choosing to become a Loyalty Program Member, the Member consents to receive all the types of information described above, but the Member will be given the opportunity to define and modify mailing and other communication preferences.

## 1.5 Membership Communications

1.5.a.  While the Loyalty Program will function as one unified program, the Legacy Programs will, for the time being, continue to exist as separate branded programs with unique Member communications that focus on properties and marketing opportunities associated with the relevant Legacy Program.  When enrolling in the Loyalty Program, a Member will receive communications from the Legacy Program he or she enrolled in.

1.5.b.  All Loyalty Program communications will be sent to a Member's mailing address or email address currently provided in the Member's Account.  Communications delivered to the address on file will be deemed to have been received one (1) business day after sending it if delivered to the Member's email address or five (5) business days after sending it if delivered to the mailing address provided.  Members must keep their email and mailing addresses current.  Neither the Company nor the Loyalty Program shall have any responsibility for misdirected or lost mail or any consequences thereof.

1.5.c.  Members will receive regular Points balance reports by email, provided there has been a transaction on the account since the last Points balance report and the Member provided the Company with the appropriate permission to contact the Member via email.

1.5.d.  The Company may also send Members promotions, offers and other communications from time to time, which may include, without limitation, items from third parties.  The items from third parties are based on the information provided to the Company by a Member and any additional data the Company may maintain.  Members may change personal details and communications preferences at any time in the **Account Profile** on the  Loyalty Program website  or by contacting **Member Support**; however, the Company may require a Member to send supporting documentation prior to allowing certain changes (e.g., legal name changes).

1.5.e.  Any time a Member contacts **Member Support,** the Company may ask the Member certain security questions to verify the Member's identity.  Member Support may monitor or record telephone calls to improve quality of service.

1.5.f.  A Member can review his/her Points balance and transaction history and update personal details and preferences in the **Account Profile** on the Loyalty Program website. A Membership Number or his/her user name and password are required to access the website.

## 1.6 Earning Points or Miles.

Members may earn Points (the currency of the Loyalty Program), or Miles (the currency of airline frequent flyer programs, including any currency whether it be miles, kilometers, points, etc., with the participating frequent flyer program of their choice), for eligible charges at a Participating Property in accordance with to Section 2.

1.6.a.  *Points and Miles Subject to Program Rules.*  As set forth in Section 1.1.a., the accumulation of Points and Miles is subject to the Program Rules and airline frequent flyer program terms and conditions.  Each Loyalty Program Member is responsible for reading the Program Rules, newsletters, and Account statements in order to understand his or her rights, responsibilities, and status in the Loyalty Program, as well as the structure for earning Awards.

1.6.b.  *Taxes.*  Points, Miles and Awards earned through participating in the Loyalty Program may be subject to tax liability.  Any tax liability, including disclosure, connected with the receipt or use of Points, Miles or Awards is the sole responsibility of the Member.

1.6.c.  *Conditions for Transferring Points and Miles.*  Accrued Points and Miles do not constitute property of the Member.  Points accrued by a Loyalty Program Member are for the Member's benefit only and may not be transferred to anyone except as provided below.

i.      *Transferring Points to Accounts of Family or Friends.*  There is a limited exception to the restriction on the transfer of a Member's Points to the accounts of friends or family, provided both accounts are in good standing.  See Section 2.8 for more information.

ii.     *Death.*  In the event of a Member's death, the Company may, in its sole discretion, allow unredeemed Points from the deceased Member's Account to be transferred to a family member or a friend who is an active Member upon the Company's receipt and review of all requested documentation and communications.  Elite Membership Status, Lifetime Membership Status, and the related benefits, including, without limitation, Elite Night Credit, will not transfer to the recipient of the Points.

iii.    *Divorce.*  In the event of a Member's adjudicated divorce settlement, the Company may, in its sole discretion, allow unredeemed Points to be transferred from one Member's account to another Member's account upon the Company's receipt and review of all requested documentation and communications including, without limitation, legal documents directing such a transfer of Points.  Elite Membership Status, Lifetime Membership Status, and the related benefits, including, without limitation, Elite Night Credit, will not transfer to the recipient of the Points.

iv.     Members are prohibited from bartering or selling Points for cash or other consideration pursuant to Section 1.7.h.

v.      Any Points which the Loyalty Program deems in its sole discretion to have been transferred in violation of the Loyalty Program Terms and Conditions may be confiscated.

1.6.d.  *Points Expiration Policy*.  Members must remain active in the Loyalty Program to retain Points they accumulate.  If a Member Account is inactive for twenty-four (24) consecutive months, that

Member Account will forfeit all accumulated Points.  Members can remain active in the Loyalty Program and retain accumulated Points by earning Points or Miles in the Loyalty Program or redeeming Points in the Loyalty Program at least once every twenty-four (24) months, subject to the exceptions described below.  If a Member does not maintain an active status for five (5) consecutive years, the Member's account may be deactivated.  Once Points are forfeited, the Points cannot be reinstated, but a Member can earn new Points, unless that Member's account has been deactivated.

i.      Not all Points activities help maintain active status in the Loyalty Program.  The following activities do not count toward maintaining an active status in the Loyalty Program:

A.      Gifting or transferring Points; however, converting Points to Miles or Miles to Points does count toward maintaining an active status;

B.      Receiving Points as a gift or transfer; or

C.      Earning Points through social media programs, such as #MRPoints.

Ii.      Awards redeemed by a Member prior to Point forfeiture are still valid even though the Award may not yet have been fulfilled at the time of Point forfeiture.

iii.     The Points expiration policy does not currently affect Points in a Lifetime Elite Membership Account; however, the Loyalty Program may choose to apply a Points expiration policy to Lifetime Elite Membership Accounts in the future.

iv.      Points issued or earned through Vistana, including, without limitation, tour incentives, purchase incentives, SPG Conversion, sweepstakes and other giveaway prizes, will expire six (6) years following the date they are deposited into a Member's Account, regardless of Member activity.  All such Points or any portion thereof, which have not been redeemed by their six (6) year expiration period, will be forfeited without notice.

1.6.e.  *Airline Frequent Flyer Program Terms and Conditions*.  The program rules of affiliated airline frequent flyer programs control the redemption and distribution of any Miles earned or transferred.

1.6.d. *Points Expiration Policy*.  Members must remain active in the Loyalty Program to retain Points they accumulate.  If a Member Account is inactive for twenty-four (24) consecutive months, that Member Account will forfeit all accumulated Points.  Members can remain active in the Loyalty Program and retain accumulated Points by earning Points or Miles in the Loyalty Program or redeeming Points in the Loyalty Program at least once every twenty-four (24) months, subject to the exceptions described below.  If a Member does not maintain an active status for five (5) consecutive years, the Member's account may be deactivated.  Once Points are forfeited, the Points cannot be reinstated, but a Member can earn new Points, unless that Member's account has been deactivated.

i.      Not all Points activities help maintain active status in the Loyalty Program.  The following activities do not count toward maintaining an active status in the Loyalty Program:

A.      Gifting or transferring Points; however, converting Points to Miles or Miles to Points does count toward maintaining an active status;

B.      Receiving Points as a gift or transfer; or

C.      Earning Points through social media programs, such as #MRPoints.

ii.      Awards redeemed by a Member prior to Point forfeiture are still valid even though the Award may not yet have been fulfilled at the time of Point forfeiture.

iii.      The Points expiration policy does not currently affect Points in a Lifetime Elite Membership Account; however, the Loyalty Program may choose to apply a Points expiration policy to Lifetime Elite Membership Accounts in the future.

iv.      Points issued or earned through Vistana, including, without limitation, tour incentives, purchase incentives, SPG Conversion, sweepstakes and other giveaway prizes, will expire six (6) years following the date they are deposited into a Member's Account, regardless of Member activity.  All such Points or any portion thereof, which have not been redeemed by their six (6) year expiration period, will be forfeited without notice.

1.6.e.  *Airline Frequent Flyer Program Terms and Conditions.*  The program rules of affiliated airline frequent flyer programs control the redemption and distribution of any Miles earned or transferred.

## 1.7 Other Conditions of Enrollment

1.7.a.  *Cancelling or Suspending Membership Accounts*

i.      *Cancelling by Member.*  A Member may cancel his/her membership in the Loyalty Program at any time by sending written notice of cancellation to  Member Support  .  All unredeemed Points, Redemption Awards, and promotional Awards as well as achieved member status, including Elite Status and Lifetime Elite Status, will be forfeited immediately and may not be reinstated or transferred.

ii.      *Cancelling or Suspending by the Company.*  The Company may cancel a Member's accumulated Points, suspend Loyalty Program benefits, suspend Elite Membership Status, suspend Lifetime Elite Membership Status (which will subsequently also remove protection against the forfeiture of Points should the member become inactive as described in Section 1.5.d. or cancel a Member's account at any time with immediate effect and without written notice, for any reason and in the Company's sole discretion including, without limitation, if the Company believes the Member has:

A.      Acted in a manner inconsistent with applicable laws, regulations, ordinances;

B.      Failed to pay any hotel or other bill when due to the Company or a Participating Property or failed to fulfill a Marriott Vacation Club, Marriott Grand Residence Club or Vistana Signature Experiences financial obligation;

C.      Acted in an inappropriate, fraudulent, abusive or hostile manner;

D.      Breached or violated any of these Program Rules or the **Website Terms of Use**;

E.      Fraudulently claimed to qualify as a Rewarding Events Professional Meeting Planner to be eligible to earn any of the benefits offered to a Rewarding Events Professional Meeting Planner pursuant to the Loyalty Program; or

F.      Engaged in any misconduct or wrongdoing in connection with the Loyalty Program including, without limitation, with respect to Points, Elite Night Credit, Redemption Award usage, promotional Award usage, or any other Loyalty Program Member benefits.

iii.      *Bankruptcy*.  Subject to applicable law, a Member's membership in the Loyalty Program will terminate automatically upon the Member filing for bankruptcy or otherwise being subject to a bankruptcy proceeding.

iv.      *Legal Action*.  Nothing contained in these Program Rules will limit the Company in the exercise of any legal or equitable rights or remedies.

1.7.b.  *Effect of Membership Cancellation*

i.      The Loyalty Program, Points, Redemption Awards, promotional Awards and other related benefits and services are the sole property of the Company, and are not the property of Members.  On cancellation of membership in the Loyalty Program for any reason, all unredeemed Points, Redemption Awards and promotional Awards will be forfeited and a Member will no longer be able to participate in the Loyalty Program.  Points, Redemption Awards and promotional Awards have no cash value and the Company will not compensate or pay cash for any forfeited or unused Points.

ii.      If the Company cancels a Member's account for any reason, the Member may not reapply for membership in the Loyalty Program and any account opened in the Member's name and Points, Redemption Awards and promotional Awards earned in that Account will be forfeited upon discovery.

iii.      If a Member cancels his/her account, or if a Member Account becomes inactive as described in Section 1.5.d. the Member may reapply for membership in the Loyalty Program at a later date, but no Points, Redemption Awards and promotional Awards previously expired will be reinstated to the Member Account and any Elite Membership Status and/or Lifetime Elite Membership Status will not be reinstated.

iv.      Any Elite Membership Status and Lifetime Elite Membership Status terminates upon cancellation of a Member Account.

1.7.d.  *Modification of Program*.  Except as otherwise expressly prohibited or limited by applicable laws, the Company has the right to change, limit, modify or cancel the Loyalty Program Rules, Awards and Award levels at any time, with or without notice, even though such changes may affect the value of Points or Miles, or the ability to obtain certain Awards.  Partner Programs similarly reserve the right to modify their own programs, which may impact your rights and expected benefits under the Loyalty Program.  The Company and Partner Programs may, among other things:  (i) increase or decrease the number of Points or Miles received for a stay or required for an Award; (ii) withdraw, limit, modify or cancel any Award; (iii) add blackout dates, limit rooms available for any Award at any Participating Property or otherwise restrict the continued availability of Awards; (iv) change program benefits, travel partners, locations served by the Company or its travel partners, conditions of participation, rules for earning, redeeming, retaining or forfeiting Points or Miles, or rules governing the use of Awards; (v) change or cancel its travel partner awards.  In accumulating Points or Miles, Members may not rely upon the continued availability of any Award or Award level and category.

1.7.e.  *Termination of Program*.  The Company may terminate the Loyalty Program or any of the individual Legacy Programs with six (6) months' advance notice to all active Loyalty Members.  At the Company's sole discretion, the Company may choose to substitute a similar loyalty program for any of the Legacy Programs or for the Loyalty Program at any time immediately upon notice to active Loyalty Members.  A Member may not accumulate Points or claim Redemption Awards, promotional Awards or Legacy or Loyalty Program benefits or amenities after the termination of any of the Legacy Programs or the Loyalty Program.  If any of the Legacy Programs or the Loyalty Program are terminated, all unredeemed Points will be forfeited without any obligation or liability, and no

Redemption Award claims or promotional Award claims will be honored after the conclusion of the notice period.  The Company may terminate any of the Legacy Programs or the Loyalty Program in whole or in part, in any jurisdiction on less than six months' notice if required to do so by applicable law.

1.7.f.  *Benefits Subject to Availability and Modification.*  All Loyalty Program benefits, amenities, offers, awards and services are subject to availability and may be changed at any time without notice.

1.7.g.  *Eligibility to Receive Benefits.*  By accepting any Loyalty Program benefits, amenities, offers, awards or services, including, without limitation, any Points, Redemption Awards and promotional Awards, a Member acknowledges that he/she is responsible for determining whether he/she is eligible to receive, and that he/she is eligible to receive, such Loyalty Program benefits, amenities, offers, awards or services (including, without limitation, Points, Redemption Awards and promotional Awards) under applicable laws, gift policies and incentive policies.  Each Member must immediately notify the Company if he/she is not eligible to receive any Loyalty Program benefits, amenities, offers, awards or services at any time.

1.7.h.  *Eligibility Notification.*  A Member must promptly notify the Company in the event that (i) he/she is not eligible for any reason, including, without limitation, pursuant to any applicable laws, gift policies or incentive policies, to earn Points, Elite Membership Status, or any other benefits that a Member may earn under the Loyalty Program, or (ii) his/her Member account has been credited with any Points, Elite Membership Status, or any other benefit that a Member may earn under the Loyalty Program that he/she has not earned or is not eligible to earn.

1.7.i.  *No Sale or Transfer.*  Points, Redemption Awards, promotional Awards and other Member benefits may not be sold, bartered or transferred (other than by the Company or its agents).  Any attempted transfer, sale or barter will be void and will be confiscated.  The Company and its partners may refuse to honor or recognize any Points, Redemption Awards, promotional Awards or Member benefits which the Company believes may have been transferred, sold or bartered.

# 2. EARN POINTS

## 2.1 Earning Opportunities at Participating Properties

2.1.a. A Member will earn:

i. Ten (10) base Points for each U.S. dollar, or the currency equivalent, that is incurred and paid for by the Member on Qualifying Charges in accordance with Section 2.1.b. except at Element, Residence Inn, and TownePlace Suites properties, where a Member will earn five (5) base Points for each U.S. dollar spent on Qualifying Charges; and except at Marriott Executive Apartments and ExecuStay properties where a Member will earn two and a half (2.5) base Points for each U.S. dollar spent on Qualifying Charges; and

ii. Elite bonus Points, provided the Member has met the Elite Membership Requirements for Elite Membership Status or Lifetime Elite Membership Status as outlined in Section 4.2. The amount of bonus Points a Member earns will depend on the Member's achieved Elite Member Tier pursuant to Section 4.3.

iii. Credits toward achieving the Elite Membership Requirements ("**Elite Night Credits**," or individually, "**Elite Night Credit**") for Elite Membership Status and Lifetime Elite Membership Status

as outlined in Section 4.2. An Elite Night Credit is only earned on a night during a Qualifying Stay ("**Qualifying Night**," or for more than one night, "**Qualifying Nights**").

2.1.b. *Qualifying Charges.* "**Qualifying Charges**" are:

i. Charges incurred during a stay in a guest room at a Participating Property by a Member on his/her folio and up to two (2) additional guest rooms, including, without limitation, charges for:

A. Qualifying Rates for Stays;

B. Food and beverages (excluding alcoholic beverages where prohibited by law) and excluding charges incurred at restaurants that are not located within or adjacent to Participating Properties;

C. Direct-dialed in-room telephone and direct-dialed in-room fax;

D. In-room movies and video games;

provided the Member provides his/her Membership Number at the time of reservation or at check-in, stays in one of the reserved guest rooms, and pays for the charges; or

ii. Charges incurred by the Member, without a stay in a guest room, for food and beverage (excluding alcoholic beverage where prohibited by law) at restaurants located within or adjacent to Participating Properties if:

A. The restaurant permits guests to charge food and beverages on their folios;

B. The charges are greater than $10 U.S. dollars (excluding taxes, service charges, and gratuities);

C.      The food and beverages are not in connection with a banquet, meeting or other function that is excluded from Qualifying Charges as provided in Section 2.1.b. and provided the Member provides his/her Membership Number at the time of payment. Elite bonus Points will not be awarded on charges incurred by the Member without a stay in a guest room under Section 2.1.b(ii).

2.1.c. *Non-Qualifying Charges.*  Charges which do not qualify for Points include any complimentary services, Points redemption Awards, promotional Awards or any other fees or charges including, without limitation:  (A) charges for banquets, meetings or other functions, with the exception of Points earned in connection with a Qualifying Event Agreement; (B) other fees paid including, without limitation, parking, business center, retail stores, and other third-party services; and (C) taxes, service charges, gratuities, fees (e.g. late cancellation fee or no-show fees for not checking in for guaranteed reservations even if the reservations were paid in full) , mandatory or automatic charges (e.g., resort charges) and other applicable charges.

2.1.d. *Qualifying Stay.* A "**Stay**" or "**Qualifying Stay**" means all consecutive nights a Member registers for, and personally pays and stays at any Participating Property, for which the room is billed to the Member.

i. A "**Stay**" is a stay of one or more consecutive nights at the same Participating Property by a Member who: (A) provides his/her Membership Number at the time of reservation or at check-in; (B) pays a Qualifying Rate or redeems a Points redemption Award or a promotional Award for the stay; and (C) stays in one of the reserved guest rooms.  If a Member checks out of a guest room and then checks back in to a guest room at the same Participating Property on the same day, it will count as a

MI_MDL_02496285

single stay for purposes of calculating Stays.  A Member may only earn Points for up to three (3) guest rooms during any Stay if he/she stays in one of the reserved guest rooms and pays a Qualifying Rate or redeems a Points redemption Award or a promotional Award for all of the guest rooms.

ii. A "**Qualifying Stay**" is a credit pursuant to these Program Rules that counts toward earning Elite Night Credit.  Members will only earn credit for each Qualifying Night which is part of a Qualifying Stay for the guest room the Member personally pays for and stays in, and not for any additional guest rooms.

iii. Members cannot earn or receive benefits at multiple Participating Properties for the same stay date(s).

iv. Only one Member per guest room can earn Points/Miles and receive benefits.  If there is more than one Member staying in the same guest room, the Members must decide upon check-in whose Membership Number will be applied to the guest room provided it is the same Member who will be paying the bill.

2.1.e. *Qualifying Rates*.  A "**Qualifying Rate**" is the rate a Member pays for a Stay in a guest room at a Participating Property which qualifies to earn Points or Miles unless the Member stays under a "**Non-Qualifying Rate**," as defined in Section 2.1.f.  Unless otherwise specifically stated, Members will receive their membership tier benefits during stays on Qualifying Rates.

2.1.f *Non-Qualifying Rates*.  A "**Non-Qualifying Rate**" is a rate a Member pays for a Stay in a guest room at a Participating Property which does not qualify to earn Points or Miles.  Non-Qualifying Rates are those booked using the following methods:

i. The guest room was booked through a tour operator, online travel channel or other third-party channel including, without limitation, expedia.com, hotwire.com, priceline.com, orbitz.com, booking.com, travelocity.com; or

ii. The guest room was booked at a group rate as part of an event, meeting, conference or organized tour, and the Member does not directly pay the Participating Property for such room; or

iii. The guest room was booked at a tour operator, wholesaler, or crew room rate or package including, without limitation, Fam-Tastic® rates, Plan-Tastic® rates, travel industry rates and organized tours or package bookings; or

iv. The guest room was booked at the Company employee or friends and family rate or the Company business rate; or

v. The guest room was complimentary; or

vi. A voucher or third-party award was redeemed for the guest room.

2.1.g. Points will not be given, or Awards honored, at any subsidiary or affiliate of the Company other than at Participating Properties, unless otherwise advertised.  If a hotel or other property ceases to be a Participating Property, all stays subsequent to such date will not be eligible to earn Points regardless of when the reservation was made.  See Section 8.6 for additional terms.

MI_MDL_02496286

## 2.2 Earn One Currency.

A Member may earn only one currency - Points or Miles.  A Member may not earn both Points and Miles for the same stay.  A Member may switch from earning Points to Miles, or vice versa, before a given Stay by updating his or her Membership profile or by contacting **Member Support**. A Member will begin earning the new "currency" (Points or Miles) with the next Stay. Previous earnings will not be converted to the new currency.  If the Member wishes to "convert" Points into Miles, he or she may do so in accordance with Section 3.11.

## 2.3 Earning Miles instead of Points.

When choosing to earn Miles instead of Points for Qualifying Stays, Members must also designate a **participating airline frequent flyer program** and corresponding account number in the Member profile to which the Member's Miles will be credited.  For details on joining participating airline frequent flyer programs, please refer to the particular airline's loyalty program terms and conditions.  Once Miles have been awarded to the designated participating airline frequent flyer program, they may not be changed to another designated participating airline frequent flyer program or converted to Loyalty Program Points.

## 2.4 Rewarding Events.

A Member can earn Points or Miles and Qualifying Nights for eligible groups, meetings and events if the Member is an eligible meeting planner pursuant to Section 5.

## 2.5 Individual Earning for Qualifying Charges and Qualifying Nights

2.5.a.   No other person except the Member may earn Points/Miles on Qualifying Charges and Elite Night Credit on Qualifying Nights for his/her Membership Account.  Points/Miles and Elite Night Credit for a room shared by two Loyalty Program Members will only be awarded to one Loyalty Program Member.

2.5.b.   Point/Miles and Elite Night Credit accrual is limited to individual travel and the room must be paid for individually by the Member or direct billed to the company who has arranged payment for the Member's stay that is not associated with a convention or group meeting.

2.5.c.   If the Member attends a convention or group meeting and individually pays the hotel or other property directly for the room, he/she will be eligible to receive Points/Miles and Elite Night Credits for the Stay.  However, contract rooms, rooms reserved by corporations on an ongoing basis, and master-billed rooms are not eligible to earn Points/Miles and Elite Night Credit.

2.5.d.   Military rates at certain overseas locations are subject to local restrictions and may be ineligible for Points/Miles and Elite Night Credit.

## 2.6 Credit for Stays Completed Prior to Enrollment.

Points/Miles and Elite Night Credit may be earned for stays completed within thirty (30) days prior to the Member's enrollment in the Loyalty Program as described further in Section 8.3, if such credit is requested through **Member Support,** along with a copy of the paid receipt for the stay, within sixty (60) days of the stay.  Additional documentation may be necessary.

## 2.7 Foreign Exchange.

The amount of Points earned at Participating Properties where a non-U.S. dollar currency is used will be calculated based on Qualifying Charges converted to U.S. dollar at the exchange rate selected by the Company. This may be the foreign exchange rate used by a Participating Property at check-in, at check-out or another rate selected by the Company and may not be the same rate used for currency conversions on the Member's folio.

## 2.8 Transferring Points from One Account to Another

2.8.a.  In accordance with the conditions for transferring Points as described in Section 1.6.c. Members can transfer up to a maximum of 50,000 Points per calendar year between any two accounts in good standing that have each been open for at least sixty (60) days, whether sending or receiving Points.

2.8.b.  A new Member may receive a Points Transfer thirty (30) days after enrollment if the Account reflects activity including a Qualifying Stay or other qualifying activity as described in Section 1.6.d.  After ninety (90) days from enrollment, a new Member is eligible to receive a Points Transfer regardless of their account activity.

2.8.c.  Once per calendar year and only at the time of an Award Redemption, a Member may exceed the 50,000 Point maximum into the Loyalty Program account of a friend or family member in order to qualify for a specific Award in accordance with this section.  In the instance of transfer exceeding the 50,000 Point maximum only the necessary number of Points needed to redeem the specified Award, rounded to the nearest 1,000 Points, may be transferred - no more, no less.

2.8.d.   Authorization to transfer Points must be initiated by the Account holder with the Points to be transferred by contacting **Member Support.** The Account holder requesting the transfer must provide the Membership Number of the Points recipient at the time of the Point transfer request.

2.8.e.   Once the authorization for transfer is received and processed, the transferor relinquishes all rights to the transferred Points, and they become the recipient's Points.

2.8.f.  Miles and Elite Night Credit cannot be transferred between Membership Accounts.

## 2.9 Purchase Points.

A Member may purchase or receive Points purchased by another Member for a combined maximum of 50,000 Points per calendar year.  Points may be purchased at the rate of $12.50 U.S. dollars per 1,000 Points and can be purchased in increments of 1,000.  A Member must be in good standing to purchase and/or receive Points.  A new Member may purchase Points thirty (30) days after enrollment if the Account reflects activity including a Qualifying stay or other qualifying activity as described in Section 1.6.d.  After ninety (90) days from enrollment, a new Member is eligible to purchase Points regardless of their Account activity.  The purchase transaction may take up to forty-eight (48) hours to be completed and for the Points to be transferred to the recipient's Account.  Once Points have been purchased, no refunds will be permitted.  Purchasing Points using a Marriott Co-Brand Credit Card may qualify for earning Points in accordance with the terms and conditions in Section 6.

## 2.10 Earning through Partners.

Points earned in connection with the partner are subject to these Loyalty Program Rules along with any applicable terms and conditions of the partner.

2.10.a. *Merchandise*.  A Member may earn Points through **MORE** for merchandise purchased through select retailers that are affiliated with the Program.

2.10.b. *Cruises*.  A Member may earn Points when he/she books a cruise through the Company's cruise partner.  More information on the Cruise program may be obtained here.

2.10.c. *Hertz*.  A Member may earn Points and receive special discounts with Hertz where available when booked through here.  Qualified Elite Members may also receive complimentary Hertz Gold Plus Rewards® elite status.

2.10.d. *Diners Club*.  Members of Diners Club may convert their Club Rewards® points into Points.  More information on this option with Diner's Club may be obtained here.

2.10.e. *Identity at The Cosmopolitan*.  Members of Identity at The Cosmopolitan of Las Vegas may convert Identity Points to Loyalty Program Points in accordance with the **Identity program terms and conditions**. Members are directed to call Identity Membership & Rewards at (877) 551-7779 or email IDENTITYMEMBERSHIP@COSMOPOLITANLASVEGAS.COM.

2.10.f. *Travelling Connect*.  Members may earn up to ten (10) Points per minute of call time abroad with participating networks in Europe, the Middle East, Africa, United States, Canada, Caribbean, Mexico, Central America, South America and Asia when registered with Travelling Connect.  More information on earning with this partner may be obtained here.

2.10.g. *Vacations by Marriott*.  Vacations by Marriott is administered by a third-party travel partner on behalf of the Loyalty Program.  Points and Elite Night Credit are earned in accordance with the Loyalty Program Rules.  Members cannot use Points or Miles to purchase Vacations by Marriott packages.  Members are subject to the Loyalty Program Rules as well as the terms and conditions of Vacations by Marriott program.  More information can be found on www.vacationsbymarriott.com.

# 3. REDEEM POINTS

## 3.1 Redeeming Points for Awards.

A Member may redeem Points to obtain certain awards and benefits (each an "**Award**" or "**Award Redemption**") including, without limitation, rooms at Participating Properties, Moments experiences, flights, and other services and merchandise.  A full listing of current Award Redemption options is available on the **Loyalty Program website** under "USE POINTS."

3.1.a.  Points and Awards may not be exchanged or redeemed by a Member for cash, prizes or credit.

3.1.b.  Points posted as the result of a transfer or earned from the use of credit cards may not be redeemable for certain Awards.

3.1.c.  Awards are valid only for use by the individual designated on the Award and are not transferable, although, *if requested at the time of issuance*, an Award may be issued to a third party.  Third party transfers or transfers to non-Members are limited to twenty (20) Awards in a calendar year on a single Membership Account.  In the event an Award is given to a third party in accordance with the prior sentence, neither the Member nor the third party will earn any Points/Miles, Elite Night Credit, Qualifying Nights, or Qualifying Stays in connection with such Award.  At check-in,

Confidential

the guest using the Award may be required to show valid identification and provide a credit card to the Participating Property for incidental charges.

3.1.d.  Awards believed to have been bartered, sold, exchanged, or issued fraudulently, or issued to someone other than the eligible Member, will be void and will not be honored.

## 3.2 Rooms at Participating Properties.

A Member may redeem Points for single or double standard rooms at Participating Properties ("**Award Redemption Stay**") including, without limitation, for Free Night Awards, Upgrade Awards, Cash + Points Awards, and PointSavers™ Awards.

3.2.a.  Redeeming Points for an Award Redemption Stay is subject to availability at the time of reservation.  Advanced reservations are required and must be booked through the Marriott Channels as described in Section 1.2.b.

3.2.b.  When making a reservation at least twenty-four (24) hours in advance, a "**Redemption Award**" will be added to the stay automatically, provided the Member has sufficient Points for the entire stay, and the Redemption Award will be activated upon check-in.

i.                Redemption Awards are required for reservations which use Free Night Awards, Upgrade Awards, Cash + Points Awards, and/or PointSavers™Awards.

ii.        Redemption Awards are valid only for individual travel and are not valid for group travel, package tours, conventions or other special rates and/or package programs, food and beverage credits, incidental expenses, or service charges.

iii.      A paper copy of a Redemption Award will be issued only upon request and may be obtained by contacting <u>Member Support</u> for a charge of U.S. $10 per paper Redemption Award.  Paper Redemption Awards cannot be reissued if lost, stolen or otherwise destroyed.

3.2.c.  The standard guarantee and cancellation policies of a Participating Property will apply to Award Redemption Stay reservations including, without limitation, all minimum length of stay requirements, credit card guarantee requirements and charges for late cancellation, no-shows, and early check-out.

i.        A Point refund may be issued for a stay that is less than the number of days on the Redemption Award, but the Member must inform the Participating Property's front desk in advance of the early check-out time in order for the Point refund to be issued to the Member's Account.

ii.        If a Member fails to cancel a guaranteed Award Redemption Stay reservation within the permitted cancellation period, the Participating Property will charge the applicable cancellation fee to the credit card provided by the Member at the time the reservation was made and the Points that were redeemed will be re-deposited into the Member's account.

3.2.d.  The amount of Points required per night to obtain rooms at Participating Properties varies by the category of the Participating Property and the room types available at the Participating Property, length of stay, and may also vary by time of year.  A list of Participating Property categories is available on the **Loyalty Program website** under <u>USE AT HOTELS.</u> The Company may change a Participating Property's category at any time.

3.2.e.  When redeeming Points for an Award Redemption Stay, the Award Redemption Stay includes the cost of a single or double standard room at a Participating Property, room tax/service charge, and extra-person charges, if any. All other charges, including incidentals, resort fees and The Ritz-Carlton Club level charges, are the responsibility of the Member and are not included in the Award Redemption Stay.

i.              Standard rooms vary between Participating Properties and Participating Brands.  Upgraded rooms, including upgrades based on size, view, services, and/or suites, are available at a higher Points cost, as described in Section 3.3.

ii.             With an Award Redemption Stay, bedding and smoking preferences may be requested, but are not guaranteed.

iii.            Free Night Awards at the following locations require a higher amount of Points either because the Participating Property does not have standard rooms or the standard rooms it offers have a mandatory full board requirement in peak seasons:  Vana Belle, a Luxury Collection Resort, Koh Samui, Thailand; The Naka Island, a Luxury Collection Resort & Spa, Phuket, Thailand; Sheraton Steamboat Resort Villas, Steamboat Springs, Colorado; The Westin Golf Resort & Spa, Playa Conchal, Costa Rica; The St. Regis Bora Bora and the Le Méridien Bora Bora, Bora Bora, French Polynesia; Mystique, a Luxury Collection Resort, Santorini, Santorini, Greece; The St. Regis Bali Resort, Nusa Dua, Indonesia; Hotel Cala di Volpe, Hotel Pitrizza, and Hotel Romazzino, Costa Smeralda, Italy; W Maldives,  North Ari Atoll, Maldives; W Koh Samui, Surat Thani, Thailand; Al Maha, a Luxury Collection Desert Resort & Spa, Dubai, U.A.E.; St. Regis Residence Club, Aspen, Aspen, CO; and Phoenician Residences, a Luxury Collection Residence Club, Scottsdale, AZ.

3.2.f.  A Member who redeems Points for a Free Night Award stay of at least four (4) nights may receive a fifth free night ("**Fifth Night Free Award**").  The free night offer applies only to the fifth consecutive night within the same Award Redemption Stay for which the Free Night Award was ordered.  There will be no Points refund or free night credit for any unused portion of a Fifth Night Free Award.  Point values are based on a standard room and may vary by length of stay and hotel category.

3.2.g.  Members will not receive Points or Miles for the Award Redemption Stay portion of their stay.

3.2.h.  An Award Redemption Stay at a Participating Property is considered a Qualifying Stay and as such the Member will receive Elite Night Credit toward earning Elite Membership Status or Lifetime Elite Membership Status; however, the Award Redemption Stay will not count toward achieving any milestones required to obtain a promotional Award.  Members who redeem Points for additional guest rooms will not receive Elite Night Credit for those rooms; it is only given for the guest room in which the Member stays.

3.2.i.  A Member may redeem Points for up to a total of nine (9) guest rooms at the same Participating Property over the same dates.  When doing so, the Member agrees to make legitimate Point redemption reservations in good faith for use by the Member and his or her invited guests only, and not for any other purposes, including without limitation, reselling, impermissibly assigning or posting on third party websites, or making speculative, false or fraudulent reservations, or any reservation in anticipation of demand.  The Company reserves the right to cancel any reservations it believes to be in violation of the Program Rules.

3.2.j.  If a Participating Property exits the Loyalty Program for any reason after a Member makes an Award Redemption Stay reservation but before the Member's stay, the Company will use reasonable efforts to have such former Participating Property honor the reservation or assist in arranging

equivalent accommodations nearby; however, the Company cannot guarantee that any Awards, upgrades or any other benefits a Member may earn under the Loyalty Program will be honored.

3.2.k.  Points acquired through ownership of an interest at a Marriott Vacation Club or Marriott Grand Residence Club property may **not** be used to request an Award Redemption Stay reservation at a Marriott Vacation Club, Marriott Grand Residence Club or Vistana Signature Experiences property.

3.2.l.  Points acquired by a Vistana Signature Experiences owner who converts his/her vacation ownership interest to Points pursuant to Vistana's SPG Conversion program terms and conditions may **not** be redeemed at a Vistana Signature Experiences, Marriott Vacation Club or Marriott Grand Residence Club property unless otherwise permitted.

3.2.m.  An Award Redemption Stay at destinations outside the United States is subject to all required government approvals, restrictions, applicable taxes and/or service charges.  Awards do not include United States federal inspection fees or any other fees, expenses, surcharges, taxes or other costs or expenses that may be imposed by foreign governments for international travel.

3.2.n.  Blackout dates refer to a limited number of dates when a Participating Property could choose not to permit Members to redeem Points for Awards, but the Company has a "**No Blackout Dates**" benefit so that if there is a standard room available for booking by any means, **whether by cash, credit or Points**, then a Member can reserve the room using Points.  The following properties either do not participate in or do not fully participate in the No Blackout Dates benefit at this time:

- Boscolo Exedra Nice, Autograph Collection
- The Dedica Anthology, Autograph Collection
- JW Marriott Scottsdale Camelback Inn® Resort & Spa, Scottsdale, AZ
- Marriott Vacation Club and Marriott Grand Residence Club – all properties
- Participating Vistana properties
- Rome Marriott Grand Hotel Flora, Rome, Italy
- Waikoloa Beach Marriott Resort & Spa, Hawaii
- Wailea Beach Resort – Marriott - Maui, Hawaii

## 3.3 Upgrade Awards.

When using Points for an Award Redemption Stay, Members may have to redeem additional Points to reserve an upgraded room such as an ocean view room or a suite.  This "**Upgrade Award**" may be required for certain room types in addition to a Free Night Award in a standard room.

3.3.a.  Upgrade Awards may only be used when redeeming Points for a stay at a Participating Property.  There are two types of Upgrade Awards:

i.                 *Point Upgrade Awards*.  A "**Point Upgrade Award**" is issued when Points are redeemed to upgrade a Free Night Award in a standard room and is subject to availability at Participating Properties.  Please refer to the details for the selected Participating Property at which you are making a reservation.

ii.                *Paid Upgrade Awards*.  At select Participating Properties, Members may pay for an upgrade to a Free Night Award reservation on a cost per night basis.  The price for "**Paid Upgrade Awards**" varies by Participating Property and will be charged to the folio during the Member's stay.  Additional Points are not required with Paid Upgrade Awards.

3.3.b.  Upgrade Award requirements vary by Participating Property, hotel category, room type and by season.

3.3.c.  Participating Properties, at their discretion, may offer premium room(s) that require an Upgrade Award, e.g. rooms with special views such as ocean or bay views.  Where available, two (2) bedroom suites at Residence Inn by Marriott and TownePlace Suites by Marriott require the use of an Upgrade Award.  Marriott Vacation Club and Marriott Grand Residence Club properties require Upgrade Awards for all unit types other than studio units.

3.3.d.  Some Point Upgrade Awards require payment in local currency and cannot be purchased with Points.  Check the room description for currency and other redemption requirements when booking an Award Redemption Stay reservation online.

## 3.4 Cash + Points Awards.

Members can redeem their Points for "**Cash + Points Awards**" at Participating Properties when available.  Blackout dates may apply.  Participation in and availability of Cash + Points Awards are at the discretion of the Participating Property.

3.4.a.  The four nights/fifth night free benefit described in Section 3.2.f. does not apply to Cash + Points Awards.

3.4.b.  Members will not earn Points or Miles on the cash portion of Cash + Points Awards and Members are responsible for all applicable taxes and service charges associated with the cash portion of Cash + Points Awards.

3.4.c.  Members will receive one (1) Elite Night Credit for every night redeemed and stayed on a Cash + Points Award stay.

3.4.d.  An issued Cash + Points Award can be used at any Participating Property in the category for which the Redemption Award is valid, or at any lower level category Participating Property that has availability of the Cash + Points Award.

3.4.e.  The Cash + Points Award structure is subject to modification, cancellation or limitation at any time without notice at the discretion of the Loyalty Program.

## 3.5 PointSaversTM.

"**PointSavers Awards**" offer Point savings on standard Award Redemption rates and are available for limited periods of time.  Members can redeem their Points for PointSavers Awards at Participating Properties when and where available.  Participation in and availability of PointSavers Awards are at the discretion of the Participating Property.

3.5.a.  An issued PointSavers Award can be used at a Participating Property in the category for which the Redemption Award is valid, or at any lower level category Participating Property that has availability of the PointSavers Award.

3.5.b.  PointSavers Awards are not currently offered at the following Participating Properties and Brands listed here.

- · St. Regis®
- · The Luxury Collection®
- · W®
- · Sheraton®
- · Le Méridien®
- · Westin®
- · Design HotelsTM

· Tribute Portfolio®
· Four Points®
· Aloft® Hotels
· Element®
· Non-branded properties listed in Section 1.2.a.

## 3.6 Points Advance.

Members who seek to make an Award Redemption with an insufficient Point balance may make the Award Redemption and either (1) purchase Points (as described in Section 2.9) to make a valid Award Redemption, provided that the aggregate amount of Points purchased and/or received as a gift by the Member is less than or equivalent to 50,000 Points per calendar year; or (2) the Member accrues sufficient Points to use Points for payment of the Award Redemption no less than fourteen (14) days prior to Member's arrival date.

3.6.a.  If a purchase of Points is not an option, or if a Member does not have sufficient Points to pay for an Award Redemption with Points fourteen (14) days or less from Member's arrival date, Member will forfeit any Award Redemption. The Award Redemption may be canceled by the Loyalty Program or the Participating Property without prior notice. The Member must re-book the reservation at the best available rate for which the Member qualifies.

3.6.b.  Points Advance is not currently offered at the Participating Properties or Brands listed here.

· St. Regis®
· The Luxury Collection®
· W®
· Sheraton®
· Le Méridien®
· Westin®
· Design Hotels™
· Tribute Portfolio®
· Four Points®
· Aloft® Hotels
· Element®
· Non-branded properties listed in Section 1.2.a.

## 3.7 Instant Redemptions.

Members may use Points during their stay to redeem an "**Instant Redemption Award**," which they may apply as a credit against their room folio upon check-out. An Instant Redemption Award must be ordered at the Participating Property during the stay to which it will be applied and cannot be booked in advance of the stay. When a Member requests an Instant Redemption Award for a specific U.S. dollar amount or for "up to" a specific U.S. dollar amount, the Loyalty Program will deduct those Points from the Member's Account. For a listing of the Instant Redemption Awards required to redeem specific U.S. dollar values, please refer to the Loyalty Program website under **USE POINTS**.

3.7.a.  A request for an Instant Redemption Award may only be made by a Member of the Loyalty Program who is in good standing. As proof of eligibility, a valid Membership Number is required when redeeming an Instant Redemption Award.

3.7.b.  Instant Redemption Awards are valid only when used toward the expenses charged to a Member's room folio, including, but not limited to room charges, food and beverages, golf, spa services and incidental expenses. Instant Redemption Awards cannot be redeemed for cash or gift cards. Instant Redemption Awards are valid only for individual travel, and are not applicable to group travel, package tours, or conventions that have been charged to and/or paid by a third party. Instant Redemption Award credits may be used by the Member only and may not be gifted, although if

requested at the time of redemption, Instant Redemption Awards may be credited against a third party's room folio if the room was booked under the Member's Loyalty Program Membership Number.

3.7.c.  The Member requesting the Instant Redemption Award must have the total Points value required to purchase the Instant Redemption Award requested available in his or her Membership Account at the time of ordering.  Once accrued Points in the Member's Account have been redeemed for an Instant Redemption Award, the Points cannot be returned to the Member's Account.  Any portion of the Instant Redemption Award not applied to the Member's room folio will be forfeited; if the amount requested for the Instant Redemption Award is more than the room folio balance, cash will not be returned to the Member.

3.7.d.  Redeemed Instant Redemption Awards are not refundable, exchangeable, replaceable or transferable for cash or credit.

3.7.e.  Instant Redemption Awards are offered at Participating Properties and Participating Brands except those listed here.

- St. Regis®
- The Luxury Collection®
- W®
- Sheraton®Marriott Vacation Club
- Marriott Grand Residence Club
- Le Méridien®
- Westin®
- Design HotelsTM
- Tribute Portfolio®
- Four Points®
- Aloft® Hotels
- Element®
- Participating Vistana properties
- Atlantis, Paradise Island
- The Cosmopolitan of Las Vegas Hotel

Non-branded properties listed in Section 1.2.a.

## 3.8 Moments.

Members may use Points to redeem or bid on experiences and events with the Marriott Rewards Moments program or the SPG Moments program (collectively the "**Moments Program**" or "**Moments**") through the Moments online auction websites: www.moments.marriottrewards.com/ and www.spgmoments.com. The terms and conditions for the Moments Program can be found on these websites.

## 3.9 Donate Points.

A Member may redeem his/her Points toward charitable donations.  Once Points are donated, the exchange cannot be reversed or undone.  Such donation of Points is not considered a charitable donation by the United States Internal Revenue Service ("**IRS**"), and therefore is not deductible under United States tax rules and regulations.  A Member may select the charity of his/her choice by visiting www.giving.marriott.com. Points redeemed in connection with charitable donations are subject

Confidential

to the Program Rules along with any applicable terms and conditions of the partner processing the donations.

## 3.10 Gift Cards and Merchandise Vouchers

3.10.a.  *Marriott Gift Cards.*  A Member may redeem his/her Points for Marriott Gift Cards ("**Gift Cards**") for Participating Property stays and golf, spa or meetings expenses.  Gift cards may be issued by the Company or a third-party provider and will be clearly designated as such.  Gift Cards issued by a third-party provider are subject to additional terms and conditions imposed by the issuer/participating merchant, which will be provided with the Gift Card.  Acceptance of the Gift Cards is the sole responsibility of participating merchants.  No photocopies of Gift Cards will be honored.  Gift Cards have no cash value and may not be redeemed for cash or its equivalent.  Any unused portion will not be returned as cash unless a Gift Card states otherwise, or is required by law.  Gift Cards are transferable unless otherwise noted on the Gift Cards.  Gift Cards are void where prohibited by law.  Unless otherwise stated on the Gift Card, Gift Cards purchased with Points do not include any federal, state or local taxes, which are the Member's sole responsibility at time of redemption.  The Loyalty Program, the Company, third-party providers and any other participating merchants are not responsible for replacing lost, stolen or mutilated Gift Cards.  Some Gift Cards require an additional charge for shipping and handling.  If applicable, Gift Cards do not include gratuities.  Gift Cards will usually arrive within five to seven (5-7) business days.

3.10.b.  *Merchandise and Retailer Gift Cards.*  A Member may redeem his/her Points for merchandise or retailer gift cards from partners that are affiliated with the Loyalty Program including, without limitation, the companies listed on the Loyalty Program Website under Use Points.  Points redeemed in connection with these partners are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner.

3.10.c.  *Japanese Department Stores.*  Member Support will mail the requested Common Department Store Voucher to the Member.  The Common Department Store Voucher can be exchanged for goods at participating stores in Japan and cannot be used in conjunction with any other voucher or promotion and will not be replaced if lost, stolen or destroyed.  Members are bound by the general terms and conditions of the Japanese Department Stores.

## 3.11 Airline Frequent Flyer Programs and Other Affiliated Loyalty Programs

3.11.a.  Members may redeem Points with participating airline frequent flyer programs and other airline-affiliated loyalty programs at a designated Points to Miles conversion ratio as indicated here.

3.11.b.  Members requesting to redeem their Points and convert to Miles must be a member of the relevant airline frequent flyer program or airline-affiliated loyalty program in order to complete the redemption.  For details on joining an airline frequent flyer program or other airline-affiliated loyalty program, please refer to the particular airline or loyalty program website and terms and conditions.

3.11.c.  Once Points have been redeemed for Miles with a participating airline frequent flyer program or other airline-affiliated loyalty program, Miles will automatically be transferred to the Member's frequent flyer or airline-affiliated loyalty program account.  Please allow approximately six (6) weeks for Miles to be posted to your account or contact your local Member Support to inquire about express service (may be subject to a fee).

3.11.d.  Once Miles are credited to a Member's frequent flyer or other airline-affiliated loyalty program account, changes, reissuance and/or re-credit of Points are not allowed.

3.11.e.  The terms and conditions of the airline frequent flyer program or other airline-affiliated loyalty program control the redemption and distribution of the Miles earned through the Loyalty Program.

3.11.f.  The airline frequent flyer program or other airline-affiliated loyalty program reserves the right to change its program at any time without notice.  Any such changes may affect a Member's ability to use the Miles he/she has accumulated.  The airline frequent flyer program or other airline-affiliated loyalty program is not responsible for products or services offered by other third parties participating in the Loyalty

Program. All terms and conditions of a Member's preferred airline frequent flyer program or other airline-affiliated loyalty program apply.

## 3.12 Air and Car.

A Member may redeem his/her Points for airline tickets or car rentals from the Loyalty Program's Air + Car partner. More information on the Air + Car program may be obtained <u>here</u>. Points redeemed in connection with this partner are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner.

## 3.13 Cruise.

A Member may redeem his/her Points for a cruise certificate which can be applied to the purchase of a cruise booking. More information on the cruise program may be obtained <u>here</u>. Points redeemed in connection with this partner are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner.

## 3.14 Hotel and Air Travel Packages

3.14.a. All Loyalty Program Rules apply to Members redeeming Points toward a hotel and flight "**Travel Package**."

3.14.b. When a Member redeems Points to purchase a Travel Package: (1) the hotel award portion includes consecutive nights at the selected hotel; and (2) Miles will be automatically transferred into the participating airline frequent flyer program account that matches the name on the Membership Account.

3.14.c. Once a Travel Package is processed:

    i.    airline Miles cannot be transferred back to the Membership Account; and

    ii.    the hotel award portion of the Travel Package is non-refundable to the Member if cancelled or not used.

# 4. ELITE MEMBERSHIP

## 4.1 Elite Membership General

4.1.a. Elite membership is an exclusive privilege of Loyalty Program Membership. All Program Rules apply to Elite membership. The Loyalty Program has the right to terminate the Elite recognition program (the "**Elite Program**" or the "**Elite Membership Program**") at any time by providing advance notice to Members in accordance with section 1.7.d. The Loyalty Program has the right to change, limit, modify or cancel the Program Rules for the Elite Program at any time, with or without notice, pursuant to section 1.7.c. Participating Properties outside the United States may provide alternative services and benefits to the Elite membership benefits set forth in these Program Rules, depending on local law and policy. The ambassador service is a benefit of the Loyalty Program available to select Loyalty Program Platinum Premier Elite Members exclusively by invitation or by meeting the requirements outlined in section 4.2.b. Participation in the ambassador service will be evaluated on an annual basis.

4.1.b. Pursuant to section 1.7.a., the Company reserves the right to revoke, cancel or suspend a Member's Elite membership status (including Lifetime Silver Elite, Lifetime Gold Elite and Lifetime Platinum Elite status), any Loyalty Program Membership, Award, and/or any and all unredeemed Points or Miles, or take other action at its discretion, at any time with immediate effect and without

written notice if the Company believes the Member has (a) violated any of the Program Rules, (b) failed to pay any bills or accounts due to the Company or a Participating Property or any ownership related fees owed to Marriott Vacation Club properties, Marriott Grand Residence Club properties, or participating Vistana properties, (c) acted in a manner inconsistent with applicable law, regulations or ordinances, (d) engaged in any misconduct or wrongdoing in connection with the Marriott Loyalty Program, including without limitation, involving Point credit, Mile credit, Award use, or Member benefits, or (e) engaged in abusive, fraudulent, inappropriate, or hostile conduct in connection with the Marriott Loyalty Program, the Participating Properties or their guests or employees, or the Company or its employees.  Nothing in these Program Rules will limit Company from exercising any legal rights or remedies that it may have.

4.1.c.  Benefits of Elite membership apply to stays on Qualifying Rates (as described in Section 2.1.e. and are reserved for Members only and apply solely to the one guest room in which the Elite Member stays.  Only one Member per guest room can earn Points/Miles and receive benefits as described in Section 2.1.d.(iv).  In order for an Elite Member to be eligible to receive Elite benefits during his/her stay, the Elite Member must provide his/her Loyalty Program Membership Number when making a reservation.

Elite Members will receive Elite membership benefits including, without limitation:  bonus Points, priority late checkout and room upgrades.  Benefits vary by Elite membership tier.  More information can be found in section 4.3.

i.      The awarding of Loyalty Program Elite membership benefits are void where prohibited by law and may vary outside the United States and Canada.

ii.     Local policy may prevail over Loyalty Program standards at Participating Properties, and some Elite membership benefits may not be available at some locations.

4.1.d.  Members with Elite Status ("**Elite Member**") will receive guaranteed compensation for select Elite benefits in the event those benefits are not available during an Elite Member's stay ("**Elite Benefits Guarantee**").

i.      The Elite Benefits Guarantee is the maximum compensation paid to an Elite Member during a stay that is booked at least one (1) day prior to arrival.  The Elite Benefits Guarantee in the United States is $200 U.S. dollars, even if more than one guaranteed benefit is not delivered to the Elite Member.  The maximum Elite Benefits Guarantee compensation paid to an Elite Member during a stay outside the United States will be the equivalent of $200 U.S. dollars paid in local currency, even if more than one guaranteed benefit is not delivered to the Elite Member.

ii.     If an Elite Member believes that compensation is due with respect to any aspect of the Elite Benefits Guarantee, he/she must request payment of the compensation while still a guest at the Participating Property, prior to checking out.  Failure to request such payment prior to check out will result in a complete waiver of any right to receive such compensation.

iii.    In order to qualify for the Elite Benefits Guarantee, the Elite Member's Membership Number, Elite membership status, and bed type preferences must be included with the reservation.  Reservations made through meeting planners, travel agents, wholesalers or other third-party sources must include this information in order to be eligible for the Elite Benefits Guarantee.

iv.     Guests accompanying Elite Members to a Participating Property are not eligible for the Elite Benefits Guarantee.

v.      The Elite Benefits Guarantee applies to all stays, including Free Night Award stays.

vi.     Elite Members who do not receive their Elite Benefits Guarantee or Ultimate Reservation Guarantee (see section 4.3.a. for Ultimate Reservation Guarantee information) in Russia, any other country subject to currency restrictions or any country prohibited by law from compensating the Member in the form of a cash payment will be compensated with Points.

## 4.2 Elite Membership Requirements

4.2.a.    Only nights personally stayed by and individually billed to an Elite Member at Participating Properties are credited toward the Elite Member's Elite membership achievement and renewal thereof.  Pursuant to section 1.4.e. Accounts may be combined to achieve Elite membership.

i.        Pursuant to section 2.1.a., one Elite Night Credit will be awarded to the Elite Member room for each Qualifying Night stayed.

ii.       When staying at ExecuStay® locations, every three (3) Qualifying Nights stayed will entitle Members to one (1) Elite Night Credit toward Elite membership status.  Elite membership benefits are not available at ExecuStay locations.

iii.      When staying at Marriott Executive Apartments®, every three (3) Qualifying Nights stayed will entitle Members to one (1) night toward Elite status.  Elite benefits are not available at Marriott Executive Apartments locations.

iv.      When booking a qualifying group event or meeting with Rewarding Events, ten (10) Elite nights will be awarded to the Member for his/her first group, event or meeting, and thereafter, one (1) Elite Night Credit will be awarded for every twenty (20) rooms booked and actualized, up to a maximum of twenty (20) Elite Night Credits per contract.  Points or Miles may be earned in addition to Elite Night Credits for Rewarding Events.

4.2.b.    To achieve or renew Elite membership status, the following number of Elite Night Credits ("**Minimum Requirement**") must be earned through (i) nights stayed at Participating Properties or (ii) Rewarding Events between January 1 and December 31 of any given year:

i.        Silver Elite:  10 to 24 Qualifying Nights

ii.       Gold Elite:  25 to 49 Qualifying Nights

iii.      Platinum Elite:  50 to 74 Qualifying Nights

iv.      Platinum Premier Elite:  75 to 100 Qualifying Nights

v.       Platinum Premier Elite with ambassador service:  100 Qualifying Nights and $20,000 U.S. dollars in qualified annual spend.

In 2018, the Loyalty Program will continue to honor Elite achievement via Qualifying Stays at participating SPG Brands that occur in 2018.  Elite achievement via Qualifying Stays is only available until December 31, 2018 and will not be continued thereafter.  Participating SPG Brands include:  St. Regis® Hotels, The Luxury Collection®, W® Hotels, Sheraton®, Le Méridien®, Westin®, Tribute Portfolio®, Design Hotels™, Four Points®, Aloft® Hotels and Element®.  Members can earn Elite Status via Qualifying Stays under the requirements listed below:

- Gold Elite:  10 to 24 Qualifying Stays or 25 to 49 Qualifying Nights
- Platinum Elite:  25 or more Qualifying Stays or 50 to 74 Qualifying  Nights

4.2.c.    Free Night Award stays will count toward Elite Night Credit.

4.2.d.    Qualifying Charges without a personal overnight stay will not earn Elite Night Credit toward Elite membership.

4.2.e.    Earning Lifetime Elite Status

i.        In order to obtain Lifetime Elite Status, a Member must meet the below Lifetime Elite Status Criteria (4.2.f.) during the Member's participation in the Loyalty Program.  An "**Eligible Status Year**" is a calendar year during which a Member obtained Elite membership status (Silver Elite, Gold Elite, Platinum Elite or Platinum Premier Elite) by achieving the Silver Elite, Gold Elite, Platinum Elite or Platinum Premier Elite Minimum Requirement during such Eligible Status Year.  Only a calendar year in which a Member achieves Silver Elite, Gold Elite, Platinum Elite or Platinum Premier Elite Status, as described in the prior sentence, will count as an Eligible Status Year, regardless of the length of time that such Member will retain the benefits of Elite membership Status.  For example, if a Member meets the Gold Elite Minimum Requirement during the 2018 Eligible Status Year by earning twenty-five (25) Eligible Nights and becomes a Gold Elite Member for the remainder of 2018 and for all of 2019, 2018 will count as a single Eligible Status Year, but 2019 will not count as an Eligible Status Year unless the Member meets the Gold Elite Minimum Requirement during the 2019 Eligible Status Year.

ii.       The Company will determine, in its sole discretion, whether or not a Member has met the requirements to achieve Lifetime Elite Status.  Once a Member achieves Lifetime Elite Status, the Member is not subject to meeting the Gold Elite Minimum Requirement in any subsequent Eligible Status Year in order to remain a Gold Elite Member unless the Gold Elite Member's account was cancelled.

iii.      Lifetime Elite Status only provides a Member with Silver Elite, Gold Elite or Platinum Elite status and protection against the forfeiture of Points even if the Lifetime Elite Member is inactive.  It does not prevent the Company from suspending Lifetime Elite Status or cancelling a Member's Account.  Lifetime Elite Members will receive the benefits of Silver Elite, Gold Elite or Platinum Elite Members, which are subject to change from time to time as described in section 4.1.

4.2.f.    Lifetime Elite Status Criteria.  In 2018, Members can earn Lifetime Elite Status one of two ways:

i.        Loyalty Program Lifetime Elite Status Criteria:

- Lifetime Silver Elite:  250 Qualifying Nights + 5 Years as Silver Elite, Gold Elite or Platinum Elite
- Lifetime Gold Elite:  400 Qualifying Nights + 7 Years as Gold Elite or Platinum Elite
- Lifetime Platinum Elite:  600 Qualifying Nights + 10 Years as Platinum Elite
- Lifetime Platinum Premier Elite*:  750 Qualifying Nights + 10 Years as Platinum Elite

* Achievement of Lifetime Platinum Premier Elite Status is only available until December 31, 2018 and will not be continued thereafter.  Members will receive notice of this Lifetime achievement in January 2019.

ii.      Legacy Programs Lifetime Elite Status Criteria:  In addition to earning Lifetime Elite Status on the above criteria, through December 31, 2018, Members can earn Lifetime Elite Status under their Legacy Program requirements listed below.

A.      Marriott Rewards and The Ritz-Carlton Rewards Legacy Lifetime Elite Status Achievement Criteria:

- Lifetime Silver Elite:  250 Qualifying Nights + 1,200,000 Points
- Lifetime Gold Elite:  500 Qualifying Nights + 1,600,000 Points
- *Lifetime Platinum Elite:  750 Nights + 2,000,000 Points

* Members who achieve Lifetime Platinum Elite Status under the Marriott Rewards legacy requirements by December 31, 2018 will be grandfathered into Lifetime Platinum Premier Elite Status.

B.      Starwood Preferred Guest Legacy Lifetime Elite Status Achievement Criteria:

5.  Lifetime Gold Elite:  Qualifying Nights + 5 Years as Gold Elite or Platinum Elite
    Lifetime Platinum Elite:  500 Qualifying Nights + 10 Years as Platinum Elite

## 4.3 Elite Membership Benefits at Participating Brands

4.3.a. **Silver Elite Membership Benefits**.  Silver Elite Members and above are eligible to receive the following benefits:

i.      *10% Bonus Points*.  Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay.  Available to Members at all Participating Brands.

ii.      *Priority Late Checkout*.  Based on availability.  Please call the front desk the morning of checkout and let them know your planned departure time.  Available at all Participating Brands except Marriott Vacation Club®, Marriott Grand Residence Club®, and participating Vistana™ Signature Experiences properties.

iii.      *Ultimate Reservation Guarantee*.  To be eligible, Member's Loyalty Program Member Number and a valid credit card number must be included with the reservation.  If a Participating Property is unable to honor the reservation, it will pay for comparable accommodation nearby for the Elite Member that night and compensate the Member for the inconvenience.  A Participating Property must be open and operational for the Ultimate Reservation Guarantee benefit/compensation to apply.  At The Ritz-Carlton® and St. Regis Hotels, the Ultimate Reservation Guarantee only applies to Platinum Elite and Platinum Premier Elite Members.  The Ultimate Reservation Guarantee is offered at the following brands:  The Ritz-Carlton®, St. Regis, EDITION®, The Luxury Collection, W Hotels, JW Marriott®, Marriott Hotels®, Sheraton, Delta Hotels®, Le Méridien, Westin, Autograph Collection® Hotels, Renaissance® Hotels, Tribute Portfolio, Gaylord Hotels®, Courtyard®, Four Points, SpringHill Suites®, Protea Hotels®, Fairfield by Marriott®, AC Hotels®, Aloft® Hotels, Moxy® Hotels, Residence Inn®, TownePlace Suites® and Element.  The Ultimate Reservation Guarantee is not offered at the following brands:  Design Hotels, Marriott Vacation Club, Marriott Grand Residence Club, and participating Vistana properties.  Pursuant to section 4.1.c. if an Elite Member has a confirmed reservation, but is relocated from the property upon arrival, the Participating Property will pay the Ultimate Reservation Guarantee compensation in place on that date under the Program Rules.  If an Elite Member receives Ultimate Reservation Guarantee compensation, then he/she is not eligible to receive additional Elite Benefits Guarantee compensation.

| Participating Brands | Platinum Elite Welcome Gift Choice | Guest Compensation* |
|---|---|---|
| Resorts | 1,000 Points per stay or breakfast in restaurant per day of stay for Member +1 | U.S. $100 |
| JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels, Gaylord Hotels | United States, Canada, Europe: 1,000 Points per stay or U.S. $10 food and beverage ("F&B") credit per stay<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, Middle East, and Africa: 1,000 Points per stay or F&B amenity per stay | U.S. $100 |
| St. Regis, The Luxury Collection, W Hotels, Sheraton, Le Méridien, Westin, Tribute Portfolio | 1,000 Points per stay or amenity per stay or breakfast in restaurant per day of stay for Member +1 | U.S. $100 |

* Participating Properties outside the United States will pay the equivalent in their local currency.

** Available only to Platinum Elite and Platinum Premier Elite Members.

iv.    *Gift Shop Discount of 10% on retail merchandise*.  Clothing, gifts & souvenirs, imprints & logo, jewelry & accessories, facial & body care products.  The Gift Shop Discount is extended at participating Marriott-operated gift shops.  Participating Brands include:  St. Regis, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Marriott Vacation Club, Marriott Grand Residence Club, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Tribute Portfolio, Gaylord Hotels, Protea Hotels and Moxy Hotels.  At The Ritz-Carlton and EDITION hotels, there is a ten percent (10%) discount on branded merchandise only, excluding sundries, purchased at Gift Shops on property.  A Membership Account card (physical card or mobile card) must be presented to obtain the discount.

The Gift Shop Discount is not offered at the following brands:  Courtyard, Four Points, SpringHill Suites, Fairfield, AC Hotels, Aloft, Residence Inn, TownePlace Suites, Element, Design Hotels™ and participating Vistana properties.

v.    *Elite Reservations Line*.  Exclusive reservations number available for Elite Members (United States and Canada only)

      A.    Marriott Rewards Members call:  (800) 228-2100

B.    The Ritz-Carlton Rewards Members call:  (800) 437-4302

C.    SPG Members call:  (888) 625-4990

vi.    *Dedicated Exclusive Customer Engagement Center Line*:  Exclusive number available for Elite Members (United States and Canada only)

A.    Marriott Rewards Members call:  (800) 321-7396

B.    The Ritz-Carlton Rewards Members call:  (801) 468-4233

C.    SPG Members call:  (888) 625-4990

4.3.b.  **Gold Elite Membership Benefits**.  In addition to all of the benefits Silver Elite Members receive, Gold Elite Members and above are eligible to receive the following benefits:

i.    *25% Bonus Points*.  Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay.  Available to Members at all Participating Brands.

      ii.    *Gold Elite Welcome Gift of Points (varies by Participating Brand)*

| Participating Brands | Gold Elite Welcome Gift |
|---|---|
| The Ritz-Carlton, St. Regis, EDITION, The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Marriott Vacation Club, Marriott Grand Residence Club, Delta Hotels, Le Méridien, Westin, Autograph Collection, Design Hotels, Renaissance Hotels, Tribute Portfolio, Gaylord Hotels | 500 Points per stay |
| Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy, Residence Inn, TownePlace Suites, Element | 250 Points per stay |

iii.    *2 p.m. Late Checkout*.  This benefit is based on availability.  Please call the front desk the morning of checkout and request a late checkout up until 2 p.m.  This benefit is available at all Participating Brands except at Marriott Vacation Club, Marriott Grand Residence, and participating Vistana properties.

iv.    *Complimentary Enhanced Room Upgrade for Gold Elite Members*.  This benefit is based on room availability at check-in and is limited to a Member's personal guestroom at no additional charge.  Suite upgrades are excluded for Gold Elite Members.  Enhanced rooms may include rooms with desirable views, rooms on high floors, corner rooms, rooms with special amenities, rooms on

Executive Floors.  At The Ritz-Carlton, rooms with direct Club access are excluded.  Upgrades are subject to availability and identified by each Participating Property.  The Complimentary Enhanced Room Upgrade for Gold Elite Members is available at all Participating Brands except Marriott Vacation Club, Marriott Grand Residence Club, Aloft, Element and participating Vistana properties.

v.     *Complimentary Enhanced Internet Access*.  This benefit is provided where available, regardless of booking source, at all Participating Brands worldwide except at the EDITION brand.  This benefit is not applicable in meeting rooms.  Free internet access may be available to all guests at some brands/locations.

4.3.c.  **Platinum Elite Membership Benefits**.  In addition to all of the benefits Gold Elite Members receive, Platinum Elite Members and above are eligible to receive the following benefits:

i.     *50% Bonus Points*.  Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay.  Available to Members at all Participating Brands.

ii.     *Complimentary Enhanced Room Upgrade for Platinum Elite Members*.  Based on room availability at check-in and limited to a Member's personal guest room at no additional charge.  Enhanced rooms may include rooms with desirable views, rooms on high floors, corner rooms, rooms with special amenities, rooms on Executive Floors, or suites.  At The Ritz-Carlton, suites are only included for Platinum Premier Members and rooms with direct Club access are excluded.  Enhanced Room Upgrades are subject to availability and are identified by each Participating Property.  The Complimentary Enhanced Room Upgrade for Platinum Elite Members is available at all Participating Brands except at Marriott Vacation Club, Marriott Grand Residence Club, Aloft, Element and participating Vistana properties.

iii.     *Platinum Elite Welcome Gift*.  Platinum Elite Members will receive a choice of the following as a welcome gift.  If the Platinum Elite Welcome Gift is not offered at time of arrival, compensation applies (see below).  Choices vary by Participating Brand:

| Participating Brands | Platinum Elite Welcome Gift Choice | Guest Compensation* |
|---|---|---|
| JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels | United States, Canada, Europe:  1,000 Points per stay or U.S. $10 food and beverage ("**F&B**") credit per stay<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, Middle East, and Africa:  1,000 Points per stay or F&B amenity per stay<br><br>RESORTS only:<br>United States, Canada, Europe: 1,000 Points per stay or | U.S. $100 |

| | breakfast in restaurant per day of stay for Member +1<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, Middle East, and Africa: 1,000 Points per stay or F&B amenity per stay or breakfast in restaurant per day of stay for Member +1 | |
|---|---|---|
| Gaylord Hotels | 1,000 Points per stay or U.S. $10 F&B credit per stay | U.S. $100 |
| St. Regis, The Luxury Collection, W Hotels, Sheraton, Le Méridien, Westin, Tribute Portfolio | 1,000 Points per stay or amenity per stay or breakfast in restaurant per day of stay for Member +1 (including Resorts) | U.S. $100 |
| The Ritz-Carlton, EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Design Hotels™ | 1,000 Points (per stay) | N/A |
| Courtyard | United States, Canada, Europe:  500 Points per stay or U.S. $10 F&B credit per day for Member +1**<br><br>Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, the Middle East, and Africa:  Properties without lounge - 500 Points per stay or F&B amenity per stay or U.S. $10 F&B credit per day for Member +1**<br><br>Properties with lounge - 500 Points per stay and breakfast in lounge - if lounge is closed, breakfast in restaurant per day of stay for Member +1 | • S. $50 |
| AC Hotels, Moxy Hotels | United States, Canada, Europe:  500 Points per stay or | AC Hotels:  U.S. $50 |

| | U.S. $10 F&B credit per day for Member +1** | Moxy Hotels: U.S. $25 |
|---|---|---|
| | Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, the Middle East, and Africa: 500 Points per stay or F&B amenity per stay or U.S. $10 F&B credit per day | |
| SpringHill Suites, Fairfield, Residence Inn, TownePlace Suites | United States, Canada, Europe: 500 Points per stay or F&B item | SpringHill Suites, Residence Inn: U.S. $50 |
| | Asia, Australia, Pacific Islands, Caribbean, Mexico, Central America, South America, the Middle East, and Africa: 500 Points per stay or F&B amenity | Fairfield, TownePlace Suites: U.S. $25 |
| Four Points, Aloft | 500 Points per stay or amenity or breakfast in restaurant per day for Member +1 | Four Points: U.S. $50 |
| | | Aloft: U.S. $25 |
| Protea Hotels | 500 Points per stay or breakfast in restaurant per day for Member +1 | • S. $50 |
| Element | 500 Points per stay or amenity | • S. $25 |

*Participating Properties outside the United States will pay the equivalent in their local currency.

**The U.S. $10 F&B credit per day for Member +1 is limited to the Member and one (1) guest, as long as the guest is staying in the same guestroom as the Member.

iv.    *Guaranteed Concierge/Executive/Club/Signature Club Lounge Access* for Members plus one guest at JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, and Courtyard (outside the United States and Canada) during normal hours of operations.  Additional charges may apply for lounge access guest count greater than the Member plus one allowance (including children).  Lounge offers light snacks and daily continental breakfast.  Lounge Access is not offered at the following brands:  The Ritz-Carlton, St. Regis, EDITION, The Luxury Collection, W Hotels, Design Hotels, Tribute Portfolio, Gaylord Hotels, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy Hotels, Residence Inn, TownePlace Suites, Element, Marriott Vacation Club, Marriott Grand Residence Club, and participating Vistana properties.  This benefit only applies to the one (1) guest room in which the Platinum Elite Member is staying.

A.      In the United States and Canada:  When a Participating Property's lounge is closed, the property will offer a daily breakfast in the restaurant for the Member plus one (1) guest, or Member can choose 750 Points per day.  In Europe:  Participating Properties without a lounge offer daily breakfast in restaurant for Member plus one (1) guest, or Member can choose 750 Points per day.  This benefit is not applicable when breakfast is included in the rate.  This benefit applies to the following brands:  JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels.  Outside United States/Canada/Europe at Courtyard hotels with a Lounge, breakfast is offered in the restaurant when the Lounge is closed.  The following properties in the United States do not provide free continental breakfast in the hotel restaurant in the event the Lounge is closed but do offer 1,000 Points in lieu of breakfast.  These properties include:

- The Algonquin Hotel Times Square, Autograph Collection
- Boston Marriott Copley Place
- Boston Marriott Long Wharf
- Chicago Marriott Downtown Magnificent Mile
- JW Marriott Essex House New York City
- JW Marriott New Orleans
- JW Marriott San Francisco Union Square
- JW Marriott Washington, DC
- The Lexington Hotel, Autograph Collection
- Monterey Marriott
- New York Marriott Marquis®
- Philadelphia Marriott Downtown
- Renaissance Boston Waterfront Hotel
- Renaissance Chicago Downtown Hotel
- Renaissance Los Angeles Airport Hotel
- Renaissance New York Hotel 57
- Renaissance New York Midtown Hotel
- Renaissance New York Times Square Hotel
- Renaissance Washington, DC Downtown Hotel
- Marriott Marquis San Diego Marina

B.      Pursuant to section 4.1.c., if lounge access (or exceptions as outlined above) is not available, Platinum Elite Members will be compensated $100 U.S. dollars for the inconvenience.  Participating Properties outside the United States will pay the equivalent in local currency.  This guarantee is offered at the following brands:  JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection Hotels and Renaissance Hotels.

| Participating Brands | Lounge Offer | Guest Compensation* |
|---|---|---|
| JW Marriott, Marriott Hotels, Delta Hotels, Autograph Collection, Renaissance Hotels (Resorts excluded) | United States and Canada:  If lounge is closed or property does not have a lounge, property to offer daily breakfast in restaurant for Member +1 or Member | Globally:  U.S. $100 If no breakfast or breakfast alternative was offered to Member |

| | | |
|---|---|---|
| | can choose 750 Points per day<br><br>Europe:  Properties without a lounge offer daily breakfast in restaurant for Member +1 or Member can choose 750 Points per day | |
| Courtyard<br><br>(Outside the United States and Canada with Lounge) | If lounge is closed, Participating Property to offer breakfast in restaurant | N/A |
| Sheraton, Le Méridien, Westin<br><br>(Resorts included) | No alternative offered when lounge is closed | N/A |

*Participating Properties outside the United States will pay the equivalent in their local currency.

v.      *4 p.m. Late Checkout.*  Platinum Elite Members may check out as late as 4 p.m. local time of the Participating Property.  Members can request late checkout when making a reservation through central reservations, at check-in, via the mobile app (where available) or at any time during their stay.  This benefit is guaranteed at all Participating Properties, except at resort and convention hotels and Design Hotels™, where it is based upon availability.  Marriott Vacation Club, Marriott Grand Residence Club, and participating Vistana properties are excluded from this benefit.

vi.      *Annual Choice Benefit.*  A Platinum Elite Member who has achieved fifty (50) eligible Elite Night Credits annually is eligible to receive one (1) additional benefit from the list of available benefits listed below:

| Platinum Elite Annual Choice Benefit Options: |
|---|
| Five (5) Suite Night Awards |
| 40% off bed |
| $100 Charity Donation |
| The gift of Silver Elite status for a friend or family member |
| Five (5) Elite Night Credits |

The list of Annual Choice Benefits is subject to change at any time.  Once a Platinum Elite Member becomes eligible to receive the Annual Choice Benefit, he/she must choose his/her Annual Choice Benefit by visiting the following sites: for Marriott Rewards, for Starwood Preferred Guest, for The Ritz-Carlton Rewards, and selecting one of the Annual Choice Benefits.  A selection must be made through one of the above methods and may not be made through a Customer Engagement

Center.  All Annual Choice Benefit selections are final and may not be changed after they are made.  In the event that an eligible Platinum Elite Member fails to select an Annual Choice Benefit by January 14th of the year following the applicable Qualifying Period, the Member will receive five (5) Suite Night Awards™ as his/her Annual Choice Benefit ("**Suite Night Awards**," individually "**Suite Night Award**").

A.      Suite Night Awards may be redeemed for advance confirmable upgrades for select, premium rooms or standard suites on a per room, per night basis, subject to availability and the applicable terms and conditions set forth below for Suite Night Awards:

(1)     Suite Night Awards may be used only on Loyalty Program eligible paid stays as well as Free Night Award stays and Cash & Points stays.

(2)     A Member may request to use their Suite Night Awards on Loyalty Program websites or by calling a Customer Engagement Center.

(3)     Suite Night Awards may only be used for standard suites or other premium rooms as designated by the Participating Property.

(4)     Suite Night Award use is based upon availability of the requested suite or premium room.  Checking for availability begins five (5) days before arrival.  If availability is not confirmed five (5) days before arrival, availability is checked each day before arrival up to 2 p.m. local time of the Participating Property one (1) day prior to arrival.  If at that time Suite Night Awards cannot be confirmed, the Suite Night Awards are credited back to the Member's account.

(5)     Suite Night Awards may be used only when there are enough in the Member's account so that one is applied to every night of the reservation.

(6)     One Suite Night Award is required per room per night.

(7)     Suite Night Awards are required for each night of the stay including any nights that may be designated "free" such as the fifth night in a Fifth Night Free Award.

(8)     Suite Night Awards may not be transferred or given as a gift; however, a Member may use Suite Night Awards for additional rooms on his/her own stay as long as the Member is present for the stay and the other rooms are under the Member's name.

(9)     Members who book separate reservations for consecutive nights that precede or follow a reservation that has confirmed Suite Night Awards will be required to change rooms to the confirmed room type on any night(s) where a Suite Night Award is not used.

(10)  If a Participating Property offers multiple room options for the Suite Night Award, once the suite/premium room option(s) is selected, the selection may be changed until 2 p.m. local time of the Participating Property the day before arrival so long as the Suite Night Award is unconfirmed.  Confirmed Suite Night Awards may be canceled up to 2 p.m. local time of the Participating Property one (1) day prior to arrival only if the entire reservation is canceled.

(11)  Suite Night Awards have requesting, booking, cancellation, and modification policies that are in addition to – but completely separate from – the booking, cancellation, and modification policies for the reservations on which they are used.

(a)     Requests to use Suite Night Awards on a reservation may be made up to 2 p.m. local time of the Participating Property one (1) day prior to arrival.

(b)     Requests to withdraw the use of unconfirmed Suite Night Awards may be made up to 2 p.m. local time of the Participating Property one (1) day prior to arrival.

(c)     Confirmed Suite Night Awards may be canceled up to 2 p.m. local time of the Participating Property one (1) day prior to arrival only if the entire reservation is canceled.

(d)     Once Suite Night Awards have been confirmed, the Member must cancel the entire reservation to receive credit back for all Suite Night Awards.  Cancellation of a confirmed Suite Night Award reservation after 2 p.m. local time of the Participating Property one (1) day prior to arrival will result in the forfeiture of all Suite Night Awards applied to the entire reservation.

(e)     Suite Night Awards cannot be applied to a reservation once the reservation has been checked-in to a Participating Property.

(f)     If a Member departs his/her reservation early, any unused Suite Night Awards confirmed for the stay will be forfeited.

(g)     If a Member extends his/her reservation and has enough Suite Night Awards to cover the extension, the Member may use his/her Suite Night Awards based upon availability and at the Participating Property's discretion.

(12)  Not all Participating Properties participate in Suite Night Awards.  Suite Night Awards are not redeemable at the following brands:  The Ritz-Carlton, Protea Hotels, Aloft, Element, Design Hotels™, all-Suite Hotels, Marriott Executive Apartments, ExecuStay, Marriott Vacation Club, Marriott Grand Residence Club properties and participating Vistana properties.  In addition, Suite Night Awards are not redeemable at select Participating Properties.  Contact a Customer Engagement Center for individual Participating Property Suite Night Award participation.

B.     *40% off Bed*.  Mattress and Box Spring 40% Discount from Marriott Retail Brands

(1)     Upon the Platinum Elite Member's selection of the Mattress and Box Spring 40% Discount as his/her Platinum Elite Annual Choice Benefit, he/she will receive a promotional code that can be redeemed for 40% off the full retail value valid on any of the below Marriott Retail Brands' mattresses and box springs:

- The St. Regis Bed
- The W Hotels Bed
- The Bed by The Luxury Collection
- The Sheraton Signature Bed
- The Westin Heavenly Bed
- The Ritz-Carlton Bed
- EDITION Hotel Bed
- The JW Marriott Bed
- The Renaissance Bed
- The Marriott Foam Bed
- The Marriott Innerspring Bed
- Gaylord Hotels Exclusive Mattress & Box Spring
- Courtyard Foam Bed
- Courtyard Innerspring Bed

- The Fairfield Foam Bed
- The Fairfield Innerspring Bed

(2)   The Marriott Retail Brands Mattress and Box Spring 40% Discount promotional code is nonrefundable and nontransferable.

(3)   The promotional code cannot be duplicated or sold and there is no cash value.  In the event the Loyalty Program suspects the use or redemption of the promotional code was in error, fraudulent, illegal or in violation of these Marriott Retail Brands Mattress and Box Spring 40% Discount terms and conditions or the Program Rules, the Loyalty Program reserves the right to withhold or deduct the promotional code or corresponding credit.  The promotional code may be terminated or modified at any time and without any liability to the Loyalty Program.  The promotional code will be used for its intended and lawful purpose and pursuant to these Marriott Brands Mattress and Box Spring 40% Discount terms and conditions and the Program Rules.  The promotional code is void where prohibited by law.  The promotional code is for a single purchase only.

 (4)  The Marriott Retail Brands Mattress and Box Spring 40% Discount promotional code is not combinable with other offers.  The Marriott Brands Mattress and Box Spring 40% Discount promotional code is for a single use and is non-transferable.  Only the Platinum Elite Member who elected the Marriott Brands Mattress and Box Spring 40% Discount as his/her Platinum Elite Annual Choice Benefit will be able to redeem the Marriott Brands Mattress and Box Spring 40% Discount promotional code.

(5)   To redeem the 40% discount off of a Mattress and Box Spring from any of the Company's Marriott Retail brands, call (877) 777-5418 in the United States, or internationally call +33 1 41 51 51 55, Monday through Friday between 9 a.m. and 10 p.m. ET, and Saturday and Sunday between 9 a.m. and 4 p.m. ET.  Have the promotional code and the Platinum Elite Member Account Number ready.

(6)   Prior to shipping the applicable merchandise, the Company reserves the right to verify that the person who redeems the Marriott Retail Brands Mattress and Box Spring 40% Discount promotional code is the Member who earned the Platinum Elite Annual Choice Benefit prior to shipping the applicable merchandise.

(7)   Shipping is not included and varies by region.  Bed frames are not included and are not subject to the Marriott-Branded Mattress and Box Spring 40% Discount promotional code.

(8)   The Marriott Retail Brands Mattress and Box Spring 40% Discount promotional code is valid through December 31 of the year following the year in which the Annual Choice Benefit was earned.

A.      *$100 U.S. Dollar Charity Donation*.  UNICEF $100 U.S. dollar Donation

(1)   The $100 donation from the Marriott Loyalty Program to U.S. Fund for UNICEF, Doing Business As, 'UNICEF USA' is not a tax-deductible contribution for the Platinum Elite Member who chooses this donation as his/her Platinum Elite Annual Choice Benefit.

(2)   The Loyalty Program cannot direct or otherwise guarantee how UNICEF USA or UNICEF will spend the $100 donation.

(3)   All funds are transferred to the U.S. Fund for UNICEF.

D.      *Gift Elite Status*

(1)    A Platinum Elite Member who has achieved fifty (50) eligible Elite Night Credits annually may gift Silver Elite status and a Platinum Premier Elite Member who has achieved seventy-five (75) eligible Elite Night Credits annually may gift Gold Elite status.

(2)    The Gift Elite status benefit may only be provided to a Member who has not yet achieved Elite membership status within the current Eligible Status Year.

(3)    The Account status of the Member to whom an Elite status benefit is gifted will be upgraded within forty-eight (48) hours of receipt of the confirmation of the recipient's selection.  Such Member will hold his/her Elite membership for a minimum of a full calendar year.  For example, if a Member is given the Silver Elite status benefit during the 2018 Eligible Status Year, the Member will become a Silver Elite member for the remainder of 2018, all of 2019, and January and February of 2020.  The Silver Elite Minimum Requirement must be achieved in the subsequent Eligible Calendar Year to remain a Silver Elite member during the calendar year following such subsequent Eligible Status Year or the Member will be downgraded to the subsequent level on March 1 of the calendar year following such subsequent Eligible Status Year.  In the above example, this means that in order for the Member to continue having Silver Elite status after February 2020, the Member must achieve the Silver Elite Minimum Requirement during the 2019 Eligible Status Year in order to continue to be a Silver Elite Member after February of the 2020 Eligible Status Year.

(4)    Under no circumstances will the Loyalty Program provide membership details or personal Member information of any Members to the Member providing the gifted status benefit or the recipient of the gifted status benefit in order to facilitate the gifted status benefit.

(5)    If the desired recipient of the gifted status benefit is not currently a Member, the desired recipient must register on marriottrewards.com/join, ritzcarltonrewards.com, spg.com/join before the gifted status benefit can be provided to him/her.

E.    *Five Elite Night Credits*

(1)    Upon an eligible Platinum Elite Member selecting the Five Elite Night Credits as his/her Annual Choice Benefit, the Platinum Member will have his/her Member account credited with five (5) bonus Elite Nights which count toward earning Elite status only.  These bonus Elite Nights do not count toward Lifetime status.  Elite Nights and Elite membership status are subject to the Program Rules in section 4.2.b.

(2)    The five (5) Elite Night Credits will be reflected in the Member account within forty-eight (48) hours of the receipt of the confirmation of the Annual Choice Benefit selection.

(3)    Elite Nights that are awarded to an eligible Platinum Elite Member as the Platinum Elite Member's Annual Choice Benefit will be awarded in the Eligible Status Year for which the Elite Nights were earned, regardless of when the Platinum Elite Member selects the Five Elite Night Credits as his/her Annual Choice Benefit.  For the avoidance of doubt, the Eligible Calendar Year in which the Annual Choice Benefit is earned is the Eligible Calendar Year for which the Elite Nights will be credited toward earning Elite membership status.

vii.    *Guaranteed Room Type*.  Guaranteed priority for your requested type of room at the Participating Brands listed below when your qualifying Elite level and specific preference are noted on the reservation for your stay (pillow, room location, extra bed, crib requests, etc. are not included in Guarantee).  A Platinum Elite Member or above who makes a reservation on the same day he/she plans to arrive at the property is not eligible to receive the Guaranteed Room Type benefit.  Outside of the United States, Canada and Europe:  Smoking/non-smoking preferences may also be given

MI_MDL_02496312

priority, based on availability; exact bed sizes may vary, and only Platinum Premier Elite Members will have guaranteed priority for their requested type of bed and room. The Guaranteed Room Type benefit does not cover room upgrades. Guaranteed Room Type is not available at The Ritz-Carlton, St. Regis, EDITION, Marriott Vacation Club, Marriott Grand Residence Club, Design Hotels™ and participating Vistana properties. Guaranteed Room Type is offered at the following brands: The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Tribute Portfolio, Gaylord Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Fairfield, AC Hotels, Aloft, Moxy, Residence Inn, TownePlace Suites and Element.

viii.     Pursuant to section 4.1.c. Platinum Elite Members are eligible to receive the Guaranteed Room Type benefit compensation at any Participating Brand listed above.

A.     If a Participating Property is unable to fulfill this Guaranteed Room Type benefit, Platinum Elite Members and above will be compensated (see below):

| Participating Brands | Guest Compensation* |
|---|---|
| The Luxury Collection, W Hotels, JW Marriott, Marriott Hotels, Sheraton, Delta Hotels, Le Méridien, Westin, Autograph Collection, Renaissance Hotels, Tribute Portfolio, Gaylord Hotels | U.S. $100 |
| AC Hotels, Courtyard, Four Points, SpringHill Suites, Protea Hotels, Residence Inn | U.S. $50 |
| Fairfield, Aloft, Moxy Hotels, TownePlace Suites, Element | U.S. $25 |

*Participating Properties outside the United States will pay the equivalent in their local currency.

4.3.d.  **Platinum Premier Elite Membership Benefits**.  In addition to all of the benefits Platinum Elite Members receive, Platinum Premier Elite Members and above are eligible to receive the following benefits:

i.     *75% Bonus Points*.  Bonus Points vary by Elite membership level and are calculated based on base Points earned during a stay.  Available to Loyalty Program Members at all Participating Brands.

ii.     *48-Hour Guaranteed Availability*.  Limited to Platinum Premier Elite Member's personal guestroom.  Guaranteed room availability for reservations booked at least forty-eight (48) hours prior to arrival and available when a Participating Property is sold out if the room is booked by 3 p.m. local time, forty-eight (48) hours prior to arrival, at all Participating Properties except resort hotels, Marriott Vacation Club Marriott Grand Residence Club, Design Hotels™, and participating Vistana properties.  Forty-eight (48) Hour Guaranteed Availability may not be available on certain limited dates (e.g., special events).  Enhanced Room benefits do not apply.  Benefit cannot be used in conjunction with Free Night Award usage or any type of promotional or discounted rates.  Member must pay prevailing rate at time of booking and length of stay requirements must be met.  For Residence Inn and TownePlace Suites, 48-Hour Guaranteed Availability applies to studio rooms only.

iii.     *Annual Choice Benefit*.  As described in section 4.3.c.vi., a Platinum Premier Elite Member who has achieved seventy-five (75) Elite Night Credits annually is eligible to receive one (1) additional benefit from the list of available benefits listed below:

MI_MDL_02496313

| Platinum Premier Elite Annual Choice Benefit Options: |
|---|
| Five (5) Suite Night Awards |
| 40% off bed |
| $100 Charity Donation |
| The gift of Gold Elite status for a friend or family member |
| Five (5) Elite Night Credits |
| One (1) Free Night Award |

A.  *One Free Night Award*

(1)   The Free Night Award (up to 40,000 Points) must be redeemed for a stay that occurs no later than December 31 of the year following the year in which the additional benefit is selected (e.g. if the benefit is selected in 2019, the deadline for redemption is December 31, 2020).

(2)   The Free Night Award will be credited to the Platinum Premier Elite Member's account within two (2) weeks of the Platinum Premier Elite Member selecting this option as his/her Platinum Premier Elite Annual Choice Benefit.  The Free Night Award can be redeemed at any available Participating Property for one (1) night, up to 40,000 Points, for a standard room.

(3)   Members can use their Award while booking an eligible Award Redemption Stay on Marriott Websites or they may call the Customer Engagement Center and mention they wish to use their Free Night Award.  Free Night Award is not transferable and may not be redeemed for cash or converted into Points.  Any unused Free Night Award will be forfeited.  Free Night Award stay(s) and night(s) will count toward earning Elite membership status.  Free Night Awards are combinable and may be added to existing paid or Free Night Award stays.

(4)   The Free Night Award includes all applicable taxes; however, the Platinum Premier Elite Member may be responsible for payment of additional mandatory resort fees at Participating Properties where resort fees are applicable.

(5)   Free Night Award redemptions may be canceled pursuant to the standard guarantee and cancellation policies as described in Section 3.2.c.

(6)   An eligible Loyalty Program Member should check his/her Member Account to confirm the expiration date of his/her Free Night Award.

(7) Any Free Night Award(s) previously awarded to SPG Members as an Annual Choice Benefit which have not yet been redeemed have changed in value and are now valued up to 40,000 Points and will have the same expiration date.

4.3.e.  **Platinum Premier Elite with Ambassador Membership Benefits**.  In addition to all of the benefits Platinum Premier Elite Members receive, Elite Members who reach 100 nights and $20,000 U.S. dollars in qualifying spend annually are eligible to receive the following benefits:

i.      *Ambassador Service*.  A Member is eligible to participate in the ambassador service during an Eligible Status Year and continue through the subsequent calendar year.  The ambassador service is a benefit that permits an eligible Member to receive certain additional benefits as further described in section 5.8.

ii.     *Your24*™.  Platinum Premier Elite with ambassador Members are eligible to participate in Your24 during the Eligible Status Year and to continue through the subsequent calendar

   MI_MDL_02496314

year.  Your24 is a benefit that permits an eligible Member to request a specific check-in time for any upcoming stay at any Participating Property.  If the requested check-in time is confirmed, the check-out time will be set for the same time on the day of departure.

A.      Your24 benefits may be requested when an eligible Platinum Premier Elite Member with ambassador Member requests a specific check-in time and check-out time for a stay through their ambassador.  Your24 benefits may also be requested by an eligible Platinum Premier Elite Member with ambassador service for an upcoming stay at any time prior to 3 p.m. (local time of the Participating Property) two (2) days prior to arrival for such stay by contacting his/her ambassador.  If a request for Your24 benefits is approved, your ambassador will connect with you confirming the check-in and check-out times.

B.      Your24 benefits are subject to availability and may only be requested in connection with a stay.

C.      Your24 benefits are limited to one (1) room per eligible Member per stay regardless of how many rooms have been reserved.

D.      If the check-in time approved for a Platinum Premier Elite Member with ambassador service is between 9 a.m. and 4 p.m. (local time of the Participating Property) he/she may request the Platinum Premier Elite benefit of late checkout.

E.      If the specific room type reserved by an eligible Member is not available upon check-in, the Participating Property will honor the confirmed Your24 request by temporarily providing another room and then moving the applicable guest(s) to the reserved room type once available.

F.      Marriott Vacation Club, Marriott Grand Residence Club, Design Hotels™ and participating Vistana properties do not provide Your24 benefits.

# 5. REWARDING EVENTS

## 5.1 Rewarding Events

5.1.a.  Rewarding Events℠ ("**Rewarding Events**") provides Points or Miles to eligible Loyalty Program Members who book and hold qualifying group meetings and events ("**Qualifying Events**" and individually, "**Qualifying Event**") at Participating Properties.

5.1.b.  A Loyalty Program Member eligible to participate in Rewarding Events ("**Eligible Loyalty Program Members**" and individually, "**Eligible Loyalty Program Member**") includes any Member of the Loyalty Program unless he/she is:

i.      a government employee, official, or anyone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;

ii.      an employee, or someone acting on behalf of a state-owned or state-controlled entity ("**SOE**") booking an event on behalf of his/her employing entity;

iii.      an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or

iv.      at Participating Properties in Asia, Australia & the Pacific Islands, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

Government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE are not considered Eligible Loyalty Program Members and are not eligible to participate in Rewarding Events.

In addition, for Participating Properties in Asia, Australia & Pacific Islands, intermediaries booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE are not considered Eligible Loyalty Program Members and are not eligible to participate in Rewarding Events.

5.1.c.  *Individual Memberships.*  Only individuals can be enrolled in the Loyalty Program pursuant to Section 1.3.b.  of these Program Rules, and only individuals can participate in Rewarding Events.  No corporations or organizations can hold a Loyalty Program account and are thus not eligible to earn Points or Miles with Rewarding Events.

5.1.d.  *Additional Conditions*.  An Eligible Loyalty Program Member must acknowledge that he/she is eligible to earn Points or Miles for any Rewarding Events under applicable laws, gift policies and incentive policies.  Members are responsible for complying with their own company or organization policies regarding loyalty programs pursuant to Section 1.3.c.v. of these Program Rules; however, to the extent such policies are inconsistent with these Program Rules, these Program Rules will govern.  Members are solely responsible for notifying their employers, principals and/or clients of any Points or Miles awarded in connection with Rewarding Events.

## 5.2 Participating Properties

5.2.a.  *Participating Brands.  Rewarding Events is valid at all Participating Properties (see Section 1.2)* at these Participating Brands:  The Ritz-Carlton®, St. Regis®, EDITION®, The Luxury Collection®, W® Hotels, JW Marriott®, Marriott Hotels®, Sheraton®, Marriott Vacation Club®, Delta Hotels®, Le Méridien®, Westin®, Autograph Collection® Hotels, Renaissance® Hotels, Tribute Portfolio®, Gaylord Hotels®, Courtyard®, Four Points®, SpringHill Suites®, Protea Hotels®, Fairfield by Marriott®, AC Hotels®, Aloft®, Moxy® Hotels, and Element®.

5.2.b.  *Non-Participating Brands*.  Rewarding Events is not valid at the following brands:  Design Hotels™, Marriott Executive Apartments®, Residence Inn®, and TownePlace Suites®.

## 5.3 Earning

5.3.a.  *Earning Points.*  Excluding special promotions or incentives, a Member will earn two Points for every one U.S. dollar ($1.00) spent on actualized Qualifying Event charges, up to a maximum of 60,000 Points for base members per Qualifying Event.

5.3.b.  *Elite Bonusing.*  Elite members will earn a bonus on their earning for Rewarding Events, Elite Members may earn more than the 60,000 Point maximum as follows:

i.        Silver Elite, 10% bonus, up to 66,000 Points per Qualifying Event

ii.       Gold Elite, 25% bonus, up to 75,000 Points per Qualifying Event

iii.      Platinum Elite, 50% bonus, up to 90,000 Points per Qualifying Event

iv.      Platinum Premier Elite, 75% bonus, up to 105,000 Points per Qualifying Event.

5.3.c.  *Earning Miles.*  Members may also elect to earn one Mile for every one U.S. dollar ($1.00) spent on actualized Qualifying Event charges, up to a maximum of 20,000 Miles (or equivalent currency, depending on the participating airline frequent flyer program partner) per Event, regardless of Elite level.  Points will be awarded or Miles will be submitted to the participating airline frequent flyer program partner within ten (10) business days after the conclusion of the Event provided that the Event is not cancelled, and all other terms and conditions of the group or catering contract executed in connection with the Event were met.  Miles awarded vary by participating frequent flyer airline program partner.  Points and Miles cannot both be earned for the same Event by a Member.

5.3.d.  *Elite Night Credit*.  Members who hold Qualifying Events at Participating Properties also receive ten (10) Elite Night Credits for their first Qualifying Event, and then earn one (1) Elite Night Credit for every twenty (20) rooms booked and actualized, up to a maximum of twenty (20) Elite Night Credits per contract.

5.3.e.  *Currency Exchange.*  Points or Miles awarded for Qualifying Events held at Participating Properties in international locations are based on local currency converted to U.S. dollars.  Local currency is converted into U.S. dollars on the day of the Qualifying Event.  Points or Miles are awarded using a published rate of exchange in effect at time of conversion.  This rate will be determined at the Marriott Loyalty Program's sole discretion, based on standard currency conversion methods, but may vary from currency conversion rates used by credit card companies.

5.3.f.  *Split Benefits*.  Points or Miles awarded for Qualifying Events may be split between up to two Members if both are recorded in the Qualifying Event Agreement.

## 5.4 Qualified Events

5.4.a.  *Qualifying Event Agreement.*  Any Loyalty Program Member may enter into a contract agreement with a Participating Property to hold a Qualifying Event at a Participating Property ("**Qualifying Event Agreement**").

5.4.b.  *Qualifying Event.*  A Qualifying Event is an event or meeting that is booked by a Loyalty Program Member who provides his/her Membership Number in the applicable Qualifying Event Agreement and is held at a Participating Property.  A Qualifying Event will not include:  (a) any booking of guest rooms, regardless of the number of guest rooms, that is booked in any manner other than under an Qualifying Event Agreement, (b) any booking of guest rooms on behalf of an employer, client or principal that has elected (whether through an agreement with a Participating Property or otherwise) to have Points awarded to another individual or entity, c) any booking of guest rooms that are complimentary or barter rooms, (d) complimentary meetings or meeting charges or (e) any event or meeting, or booking of guest rooms by:

i.        a government employee, official, or anyone acting on behalf of a government agency or department booking an event on behalf of his/her employing entity;

ii.       an employee, or someone acting on behalf of a state-owned or state-controlled entity ("**SOE**") booking an event on behalf of his/her employing entity;

iii.      an intermediary booking an event on behalf of a non-U.S. government entity or SOE; or

iv.      at Participating Properties in Asia, Australia & the Pacific Islands, an intermediary booking an event on behalf of any government entity (U.S. or non-U.S.) or SOE.

For example, any event or meeting booked by government employees, officials, employees of SOEs and those acting on behalf of government agencies, departments and SOEs booking an event on behalf of their employing entity, as well as third-party commercial intermediaries booking on behalf of a non-U.S. governmental entity or SOE does not qualify as a Qualifying Event.  In addition, for Participating Properties in Asia, Australia & the Pacific Islands, events booked by an intermediary on behalf of any government entity (U.S. or non-U.S.) or SOE do not qualify as a Qualifying Event.

5.4.c.  The Member eligible to earn Points or Miles must be either the main contact recorded on page one of the Qualifying Event Agreement, or the authorized signer of the Qualifying Event Agreement.

## 5.5 Qualifying Event Charges

5.5.a.  *Qualifying Event Charges.*  Qualifying Event Charges include food, beverages, meeting room rental, in house audio visual equipment, and décor ordered by the Participating Property and paid for on a master account.  Guest room rate charges also qualify only when the contract has a minimum of ten (10) guest rooms actualize for at least one (1) night of the Qualifying Event (with or without catering).  Qualified guest room charges earn Points or Miles for the Member whether they are paid for on a master account or paid for by the individual guest in the room.

5.5.b.  *Meeting Credit eGift Cards.*  Where available, meeting charges may be paid for using a Meeting Credit e-gift card.  Points redeemed in connection with these partners are subject to the Loyalty Program Rules along with any applicable terms and conditions of the partner pursuant to Section 3.10.a.

5.5.c.  *Excluded Event Charges.*  Excluded Event charges include all taxes, gratuities, resort fees, cancellation fees, attrition charges and service charges.

## 5.6 All Loyalty Program Rules Apply.

The number of Points or Miles to be awarded shall be determined in accordance with the Loyalty Program Rules in effect at the time of award.

# 6. MARRIOTT CO-BRAND CREDIT CARDS

The following cards are part of the Marriott International co-brand credit cards portfolio. These cards include legacy and new Chase, JPMorgan and American Express cards.

## 6.1 US Chase Credit Cards

6.1.a.  *Marriott Rewards Signature from Chase*
Marriott Rewards Signature Credit Card - Learn More

6.1.b.  *Marriott Rewards Signature Business from Chase*
Marriott Rewards Signature Business Credit Card - Learn More

6.1.c.  *Marriott Rewards Premier from Chase*
Marriott Rewards Premier Credit Card - Learn More

6.1.d.  *Marriott Rewards Premier Business from Chase*
Marriott Rewards Premier Business Credit Card - Learn More

6.1.e.  *Marriott Rewards Premier Plus from Chase*
Marriott Rewards Premier Plus Credit Card - Learn More

6.1.f.  *The Ritz Carlton Rewards Credit Card from JPMorgan*
The Ritz-Carlton Rewards Credit Card - Learn More

## 6.2 US American Express Credit Cards

6.2.a. The Starwood Preferred Guest® Credit Card from American Express
The Starwood Preferred Guest Credit Card - Learn More

6.2.b. The Starwood Preferred Guest® Business Credit Card from American Express
The Starwood Preferred Guest Business Credit Card - Learn More

6.2.c. The Starwood Preferred Guest® American Express Luxury Card
The Starwood Preferred Guest American Express Luxury Credit Card - Learn More

## 6.3 International Credit Cards

6.3.a.  *The Starwood Preferred Guest® Credit Card from American Express for residents of Canada*

The Starwood Preferred Guest Credit Card from American Express for residents of Canada – Learn More (English)

The Starwood Preferred Guest Credit Card from American Express for residents of Canada – Learn More (French)

6.3.b.  *The Starwood Preferred Guest® Business Credit Card from American Express for residents of Canada*

The Starwood Preferred Guest Business Credit Card from American Express for residents of Canada – Learn More (English)

The Starwood Preferred Guest Business Credit Card from American Express for residents of Canada – Learn More (French)

6.3.c.  *The Starwood Preferred Guest® Credit Card from American Express for residents of the United Kingdom*

The Starwood Preferred Guest Credit Card from American Express for residents of the United Kingdom – Learn More

6.3.d.  *The Marriott Rewards® Mastercard® for residents of the United Kingdom*

The Marriott Rewards® Mastercard® for residents of the United Kingdom – Learn More

6.3.e.  *The Starwood Preferred Guest® Credit Card from American Express for residents of Japan*

The Starwood Preferred Guest® Credit Card from American Express for residents of Japan – Learn More

6.3.f.  *Emirates NBD Starwood Preferred Guest® World Mastercard® for residents of United Arab Emirates*

Emirates NBD Starwood Preferred Guest® World Mastercard® for residents of United Arab Emirates – Learn More

## 6.4 Loyalty Program Member Benefits and Exclusions

6.4.a.  *Premium Internet Access*.  Gold Elite, Platinum Elite, and Platinum Premier Elite Members receive enhanced in-room internet access where available at Participating Properties worldwide regardless of booking method.

6.4.b.  *Premium Internet Access Exclusions*.  Participating Properties that are listed here participate in the Loyalty Program but do not participate in premium internet access for Members.

- AC Hotels by Marriott® - all locations
- African Pride Arabella Hotel & Spa, Autograph Collection®
- China Hotel Apartments, Guangzhou
- Convention Plaza Apartments
- Courtyard by Marriott® Baltimore BWI Airport
- Courtyard Hot Springs
- Dorado Beach, a Ritz-Carlton Reserve®
- EDITION® - all locations
- Fairfield Inn & Suites by Marriott® Arundel Mills BWI Airport
- Fairfield Inn & Suites Bristol
- Fairfield by Marriott® Dongguan Changping
- Fairfield Inn & Suites Keene Downtown
- Fairfield Inn & Suites Germantown Gaithersburg
- Fairfield Inn & Suites Memphis East/Galleria
- Fairfield by Marriott Nanning Nanhu Park
- Fairfield Inn & Suites Rehoboth Beach
- Fairfield Inn & Suites Waterloo Cedar Falls
- Fairfield Inn & Suites Wilmington New Castle
- Frenchman's Reef & Morning Star Marriott Beach Resort
- GE Healthcare Institute RiversEdge Condos
- Grand Residences by Marriott, Kauai Lagoons
- Hollins Hall Marriott Hotel & Country Club
- Hotel Arts Barcelona
- Jeddah Marriott Hotel
- JW Marriott® Hotel Caracas
- JW Marriott Hotel Seoul
- Mandapa, a Ritz-Carlton Reserve
- Marriott Executive Apartments Downtown Abu Dhabi
- Marriott Executive Apartments Dubai, Green Community
- Marriott Executive Apartments Riyadh, Makarim
- Marriott Maracay Golf Resort
- Marriott Ranch B & B
- Marriott Vacation Club® - all locations
- Marriott Grand Residence Club® - all locations
- Meon Valley Marriott Hotel & Country Club
- Mulu Marriott Resort & Spa

- Nanki-Shirahama Marriott Hotel
- Newcastle Marriott Hotel Gosforth Park
- Park Chalet, Shahdag, Autograph Collection
- Parkside Tower at The Ritz-Carlton®, Tokyo
- Penha Longa Resort
- Phulay Bay, a Ritz-Carlton Reserve
- Pik Palace, Shahdag, Autograph Collection
- Protea Hotels by Marriott® - all locations
- Renaissance® Caracas La Castellana Hotel
- Renaissance St. Croix Carambola Beach Resort & Spa
- Residence Inn by Marriott® Columbia
- Residence Inn Springfield Old Keene Mill
- Residence Inn Decatur Forsyth
- Residence Inn Denver Downtown
- SpringHill Suites by Marriott® Baton Rouge Gonzales
- SpringHill Suites Ashburn Dulles North
- Sprowston Manor Marriott Hotel & Country Club
- Sunderland Marriott Hotel
- The Cosmopolitan of Las Vegas, Autograph Collection
- The Ritz-Carlton - all locations
- The Royal at Atlantis, Autograph Collection
- The Siena Hotel, Autograph Collection
- TownePlace Suites by Marriott® Bellingham
- TownePlace Suites Carlsbad
- TownePlace Suites Gaithersburg
- TownePlace Suites Laredo
- TownePlace Suites Lawrence Downtown
- TownePlace Suites Wareham Buzzards Bay
- Towson University Marriott Conference Hotel
- Venezuela Marriott Hotel Playa Grande
- Waikoloa Beach Marriott Resort & Spa

# 7. MARRIOTT VACATION CLUB®, MARRIOTT GRAND RESIDENCE CLUB® AND VISTANA SIGNATURE EXPERIENCES

## 7.1 Marriott Vacation Club and Marriott Grand Residence Club

7.1.a Marriott Vacation Club and Marriott Grand Residence Club owners eligible to participate in the Loyalty Program through ownership of a Marriott Vacation Club and/or and Marriott Grand Residence Club timeshare interest (collectively, "MVC Owners") are subject to the Program Rules, and to any additional rules and regulations promulgated by Marriott Ownership Resorts, Inc. and/or Marriott Resorts, Travel Company, Inc. d/b/a MVC Exchange Company or their respective affiliates or subsidiaries (each an "MVC Entity"), as such rules and regulations may be modified from time to time (collectively, "MVC Rules"). 7.1.b MVC Owners who receive Loyalty Program Elite upgrades as part of their owner benefits are subject to the Program Rules, as may be modified from time to time pursuant to section 1.7.c, and to the MVC Rules, including without limitation the following: i. MVC Owners who achieve a "Select" or "Executive" level of membership through their ownership of Marriott Vacation Club and/or Marriott Grand Residence Club timeshare interests, or their enrollment in the Marriott Vacation Club Destinations® Exchange Program ("MVC Exchange Program"), and

certain other individuals designated by an MVC Entity, may be offered Loyalty Program Platinum Elite status, and are not subject to the Platinum Elite Minimum Requirement to maintain Platinum Elite status every year. MVC Owners who achieve a "Presidential" or "Chairman's Club" level of membership through their ownership of Marriott Vacation Club and/or and Marriott Grand Residence Club timeshare interests, or their enrollment in the MVC Exchange Program, and certain other individuals designated by an MVC Entity, may be offered Loyalty Program Platinum Premier Elite status, and are not subject to the Platinum Premier Elite Minimum Requirement to maintain Platinum Premier Elite status every year. ii. An MVC Owner will remain his or her Elite status, provided that such MVC Owner: (i) maintains his/her membership level through ownership of Marriott Vacation Club and/or and Marriott Grand Residence Club timeshare interests or enrollment in the MVC Exchange Program; (ii) is current in all maintenance fees, MVC Exchange Company dues, fees, taxes, and other payments; and (iii) is current in any other payments owed to any MVC Entity. iii. Elite status and any accumulated Points in an MVC Owner's Loyalty Program Membership Account do not transfer upon sale of their timeshare interest to a third party. 7.1.c Due to the nature of Marriott Vacation Club and Marriott Grand Residence Club properties, the following special conditions apply to their participation in the Loyalty Program: i. Members will earn Elite Night Credit for a Qualifying Stay at Marriott Vacation Club and Marriott Grand Residence Club properties, and for stays at Participating Properties as part of the MVC Exchange Program (e.g. City Explorer). ii. Members will earn Points or Miles for all Qualifying Charges at Marriott Vacation Club and Marriott Grand Residence Club properties. iii. Members do not receive the following benefits (as defined in Section 4) at Marriott Vacation Club or Marriott Grand Residence Club properties: Complimentary Enhanced Room Upgrades, late checkout, Suite Night Awards, Guaranteed Room Type, 48-Hour Guaranteed Availability, or Your24. iv. Free Night Awards at Marriott Vacation Club and Marriott Grand Residence Club properties must be booked at least one (1) day in advance of arrival. Marriott Vacation Club and Marriott Grand Residence Club properties either do not participate or do not fully participate in the "No Blackout Dates" benefit at this time. v. Instant Redemption Awards are not available at Marriott Vacation Club or Marriott Grand Residence Club properties. vi. Points acquired through ownership of an interest at a Marriott Vacation Club or Marriott Grand Residence Club property may not be used to request an Award Redemption Stay reservation at a Marriott Vacation Club, Marriott Grand Residence Club or Vistana Signature Experiences property.

## 7.2 Vistana Signature Experiences

7.2.a  *Vistana Signature Experiences Additional Information.*

7.2.b     ***Vistana Participating Properties.***  Due to the nature of Vistana properties, special conditions apply to their participation in the Loyalty Program as follows:

i.          Members will earn Elite Night Credit for a Qualifying Stay at Vistana properties.

ii.          Members will earn Points or Miles for all Qualifying Charges at Vistana properties.

iii.          Eligible Loyalty Program Members may also earn Points or Miles through Rewarding Events[SM] when they book and hold qualifying Events at Vistana properties.

iii.          Members do not receive the following benefits (as defined in Section 4) at Vistana properties:  Complimentary Enhanced Room Upgrades, late checkout, Suite Night Awards, Guaranteed Room Type, 48-Hour Guaranteed Availability, or Your24.

iv.      Free Night Awards at Vistana properties must be booked at least one (1) day in advance of arrival.  Vistana properties either do not participate or do not fully participate in the "No Blackout Dates" benefit at this time.

v.      Instant Redemption Awards are not available at Vistana properties.

# 8. ADDITIONAL TERMS OF PARTICIPATION IN THE LOYALTY PROGRAM

## 8.1 Monitoring Membership Accounts.

The Company reserves the right to monitor the Accounts of all Members, at any time and without notice, for compliance with Program Rules.  The Company may review all Members' Points, Qualifying Stays, and Qualifying Nights balances and transaction history including, without limitation, requests for Loyalty Program Awards, promotional Awards and other benefits.

## 8.2 Adjustments.

A Member may request credits for Points, Miles, or Qualifying Nights for Elite Status (other than Elite Night Credit earned pursuant to Section 4) that are not reflected in a Member's Account through the **Member Account Activity page** on the Loyalty Program website under **"Report a Missing Stay""** or, for Participating Properties only, by contacting **Member Support**. A Member may request credits for Points/Miles or Qualifying Nights for Elite Status earned in connection with a Qualifying Event that are not reflected in a Member's account by contacting the hotel where the Qualifying Event was held. Such a request must be received within one (1) year of the applicable Qualifying Stay, Qualifying Event or other Qualifying Charge transaction to receive any credit.

## 8.3 New Members.

A new Member is eligible to receive Points for Qualifying Charges and for Qualifying Nights for Elite Status for stays at Participating Properties that are incurred and paid for by the Member during the thirty (30) days prior to his/her enrollment in the Loyalty Program (the **"Pre-Enrollment Period"**), if the Member requests the credit within sixty (60) days of the applicable Qualifying Stay or Qualifying Charge transaction.  A new Member will not receive any Points or Qualifying Nights for Elite Status for any stays that occurred prior to the Pre-Enrollment Period, even if he/she was a member under a loyalty program offered by the Company other than the current Loyalty Program, except for stays at Participating Properties that are incurred and paid for during the Pre-Enrollment Period.

## 8.4 Correction of Benefits.

At any time and in the Company's sole discretion (including, without limitation, where a Member was not eligible to earn a specific benefit pursuant to these Program Rules), the Company may correct (i) the amount of Points or the number of Qualifying Nights credited to a Member's Account, and (ii) any other benefit that has been credited to a Member's Account, including, without limitation, any Elite Membership Status or Lifetime Elite Membership Status.

## 8.5 Exit of Participating Property.

If a Participating Property exits the Loyalty Program for any reason, a Member will not earn Points, Qualifying Nights for Elite Status (including, without limitation, any Points for Qualifying Stays

pursuant to Section 2) for stays at such Participating Property, and any Redemption Awards, promotional Awards, other promotions and special offers will no longer be valid after the date on which the Participating Property exited the Loyalty Program, even if the reservation for a stay at the former Participating Property was made prior to that date.

## 8.6 Taxes.

Points, Redemption Awards, promotional Awards and other Member benefits may be subject to income or other taxes. The Member is responsible for paying all such taxes and for making all applicable disclosures to third parties including, without limitation, the party who paid for the transaction from which the Member earned Points. The Company will not be liable for any tax liability, duty or other charges in connection with the issuance of Points, Redemption Awards, promotional Awards and other Member benefits.

## 8.7 No Warranties or Representations, Express or Implied

The Company makes no warranties or representations, either expressed or implied, with respect to type, quality or fitness of goods or services provided through the Loyalty Program or by Participating Properties.

## 8.8 Operation of the Loyalty Program.

The Company sells Points to Participating Properties and partners, redeems Points for cash (including, without limitation, Points received from Participating Properties), airline tickets and merchandise, and administers the Loyalty Program. The Company promotes the Loyalty Program including, without limitation, by creating and launching marketing campaigns, developing and maintaining the Loyalty Program website and managing partner relationships.

## 8.9 Not Responsible for Acts, Errors, or Omissions.

The Company is not responsible for: (a) any loss or misdirection of, or delay in receiving, any Member application, correspondence, redemption requests, Redemption Awards or Member benefits; (b) theft or unauthorized redemption of Points or Redemption Awards or use of a Redemption Award; (c) any acts or omissions of third parties (including, without limitation, Participating Properties); or (d) any errors published in relation to the Loyalty Program, including, without limitation, any pricing or typographical errors, errors of description, errors regarding Participating Properties, and Loyalty Program affiliates, and errors in the crediting or debiting of Points from Member Accounts. The Company reserves the right to correct, without notice, any errors.

## 8.10 Interpretation of Loyalty Program Rules.

All interpretations of these Loyalty Program Rules regarding membership are at the Company's sole discretion, and the Company's decisions will be final. In the event of any discrepancy between the English version and any translated version of these Program Rules, the English language version will govern.

## 8.11 Trademarks.

The Company and Participating Properties are the sole and exclusive owners or licensees of the trademarks, service marks, trade names, logos, and copyrighted or copyrightable materials of Marriott International, Inc., its affiliates, and the Participating Properties. Members shall never, directly or

indirectly, interfere with, challenge, file applications for, or claim ownership of these trademarks anywhere in the world.

## 8.12 Waiver.

The Company's waiver of any breach of these Loyalty Program Rules by any Member will not constitute a waiver of any other prior or subsequent breach of these Program Rules.  The Company's failure to insist upon strict compliance with these Loyalty Program Rules by any Member will not be deemed a waiver of any rights or remedies the Company may have against that or any other Member.  The Company may waive compliance with these Program Rules in its sole discretion and may run promotions from time to time that provide enhanced benefits to select Members.

## 8.13 Limitation of Liability.

IN NO EVENT WILL MARRIOTT INTERNATIONAL, INC., ITS SUBSIDIARIES AND AFFILIATES, ITS FRANCHISEES OR LICENSEES, ANY PARTICIPATING PROPERTY, AND EACH OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES, AND AGENTS BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, EXEMPLARY, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, WHETHER BASED IN CONTRACT, TORT OR OTHERWISE, WHICH ARISE OUT OF OR ARE IN ANY WAY CONNECTED WITH THE LOYALTY PROGRAM,  THESE PROGRAM RULES, OR THE COMPANY'S OPERATION OF THE LOYALTY PROGRAM.

## 8.14 Choice of Law and Venue.

Any disputes arising out of or related to the Loyalty Program or these Program Rules will be handled individually without any class action, and will be governed by, construed and enforced in accordance with the laws of the State of Maryland, United States, without regard to its conflicts of law rules.  The exclusive jurisdiction for any claim or action arising out of or relating to the Loyalty Program or the Program Rules may be filed only in the state or federal courts located in the State of Maryland, United States.

## 8.15 Subject to Law.

Membership in the Loyalty Program and the earning and redeeming of Points are subject to all applicable local laws and regulations.  Membership in the Loyalty Program, Member benefits, Redemption Awards and promotional Awards are offered in good faith; however, they may not be available if prohibited or restricted by applicable law or regulation in the United States or Member's jurisdiction of residence.  If any part of these Loyalty Program Rules is held to be unlawful or unenforceable, that part will be deemed deleted from these Program Rules in such jurisdiction and the remaining provisions will remain in force, subject to Sections 1.7.c. and 1.7.d.

## 8.16 Entire Agreement.

The Loyalty Program Terms and Conditions, together with any other terms and conditions, rules, or regulations incorporated herein or referred to herein constitute the entire agreement between the Company and Members relating to the subject matter hereof, and supersede any prior understandings or agreements (whether oral or written) regarding the subject matter, and may not be amended or modified except in writing or by making such amendments or modifications available on the Loyalty Program website.