# EXHIBIT

# F

*Exhibit to Marriott's Brief Addressing the Effect of Class Action Waiver on Class Certification*

*In re: Marriott International Customer Data Security Breach Litigation, MDL No. 19-md-2879*

For more information on the Starwood guest reservation database security incident, please click here.     x



ENGLISH

# Terms of Use for United States & Canada

1. Marriott International, Inc. with its corporate headquarters at 10400 Fernwood Road, Bethesda, Maryland 20817-1102, United States of America, and its subsidiaries, including The Ritz-Carlton Hotel Company L.L.C. (collectively, "Marriott", "we", "our" or "us") provide various websites available to visitors located throughout the world. Our websites include without limitation, this website, www.marriott.com, www.autograph-hotels.marriott.com, www.vacationsbymarriott.com , www.ritzcarlton.com and www.corporate.ritzcarlton.com (collectively, our "Sites"). These Terms of Use also apply to translations of our Sites, for example, www.espanol.marriott.com. Our Sites are controlled and operated from the United States and are subject to United States law.

**Related Links**

- About Marriott
- Global Privacy Statement - United States and Canada
- SMS Messaging Terms of Use
- Digital Entry Terms of Use

2. The content and information displayed on the Sites are Marriott's and/or Ritz-Carlton's property and are collectively referred to as "Marriott Information". The downloading, reproduction, or retransmission of Marriott Information, other than for non-commercial individual use, is strictly prohibited, except to the extent permitted by travel agents for business-only purposes in accordance with section 11 below.

3. By using our Sites you are accepting all the terms and conditions set forth below in these Terms of Use. If you do not agree to each and all of these terms and conditions please do not use our Sites. We reserve the right, at our discretion, to change and or modify portions of these Terms of Use at any time without notice and, unless otherwise indicated, such changes will become effective immediately upon posting; therefore, please check these Terms of Use periodically for changes. We will display the effective date of these Terms of Use at the top of this page.

4. Our Sites may contain or reference trademarks, patents, copyrighted materials, trade secrets, technologies, products, processes or other proprietary rights of Marriott, The Ritz-Carlton Hotel Company and/or other parties. No license to or right in any such trademarks, patents, copyrighted materials, trade secrets, technologies, products, processes and other proprietary rights of Marriott or Ritz-Carlton and/or other parties is granted to or conferred upon you. The www.marriott.com site and/or certain activities provided via our Sites may be covered by U.S. Patent No. 6,091,956 and/or U.S. Patent No. 7,624,044.

5. You agree that you will not use any device, software or other instrumentality to interfere or attempt to interfere with the proper working of our Sites, and that you will not take any action that imposes an unreasonable or disproportionately large load on our infrastructure. In addition, you agree that you will not use any robot, spider, other automatic device, or manual process to monitor, scrape, or copy our Sites or the Marriott Information contained therein, or any aspect of the Sites or the Marriott Information, without the prior express consent from an authorized Marriott or Ritz-Carlton representative (such consent is deemed given for standard search engine technology employed by Internet search websites to direct Internet users to our Sites). Furthermore, you agree that you will not use our Sites for any purpose that is illegal, unlawful, or prohibited by these Terms of Use. You agree that you will not interrupt, disrupt, alter, destroy, impair,

FOIA CONFIDENTIAL TREATMENT REQUESTED BY MARRIOTT INTERNATIONAL, INC.

Confidential

AG_MAR_00008483
SEC_MAR_00013626
MI_MDL_00013610

restrict tamper, or otherwise affect the proper operation of our Sites in any way, including, without limitation, through the use of any malicious or unauthorized code, virus, worm, Trojan horse, malware, or program. You may not use our Sites in any threatening, libelous, slanderous, defamatory, obscene, inflammatory, pornographic, discriminatory, or otherwise offensive manner. We reserve the right in our sole discretion to revoke or deny your access to our Sites, including, without limitation, if you violate any of the provisions of these Terms of Use.

6. You agree that you will make only legitimate reservations in good faith for use by you and your invited guests only, and not for other purposes, including without limitation, reselling, impermissibly assigning or posting on third party websites, or making speculative, false or fraudulent reservations, or any reservation in anticipation of demand.

7. Our Sites may provide you with the ability to use usernames, passwords, or other codes or devices to gain access to certain portions of our Sites ("access codes"). You are entirely responsible for maintaining the confidentiality of your access codes and for all activities that occur under your account. We reserve the right to immediately terminate your account in our sole discretion and without prior notice to you wherever there is a reason including, for example, if you violate any part of these Terms of Use.

8. TO THE MAXIMUM EXTENT PERMITTED BY LAW, OUR SITES AND MARRIOTT INFORMATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. WE MAKE NO WARRANTIES OR ANY GUARANTY OR ASSURANCE THAT OUR SITES AND/OR MARRIOTT INFORMATION WILL BE AVAILABLE, ADEQUATE, ACCURATE, UNINTERRUPTED, COMPLETE OR ERROR FREE. WE ARE NEITHER RESPONSIBLE NOR LIABLE FOR ANY MALICIOUS OR UNAUTHORIZED CODE AND YOU ARE SOLELY RESPONSIBLE FOR ENSURING YOU HAVE APPROPRIATE SCANNING AND PROTECTIVE MECHANISMS FOR THE SECURITY OF YOUR DEVICES, PROGRAMS AND INFORMATION. BY USING ANY OF OUR SITES AND/OR MARRIOTT INFORMATION, YOU ARE ASSUMING ALL RISK OF LOSS THAT MAY ARISE OR BE ASSOCIATED WITH THAT USE.

To the maximum extent permitted by law, we, other members of our group of companies and third parties connected to us hereby expressly exclude any liability for any direct, indirect or consequential loss or damage incurred by any user in connection with our Sites or in connection with the use, inability to use, or results of the use of our Sites, any websites linked to them and any materials posted on them, including, without limitation any liability for loss of income or revenue; loss of business; loss of profits or contracts; loss of anticipated savings; loss of data; loss of goodwill; wasted management or office time; and for any other loss or damage of any kind, however arising and whether caused by tort (including negligence), breach of contract or otherwise, even if foreseeable, provided that this condition shall not prevent claims for loss of or damage to your tangible property or any other claims for direct financial loss that are not excluded by any of the categories set out above.

This does not affect our liability for death or personal injury arising from our negligence, nor our liability for fraudulent misrepresentation or misrepresentation as to a fundamental matter, nor any other liability that cannot be excluded or limited under applicable law.

You shall defend us against any demands, claims or actions brought against us or arising as a result of any breach or violation of these Terms of Use by you ("Claim") and you shall indemnify and hold us harmless from and against any and all losses, damages, costs and expenses (including attorneys' fees) resulting from

FOIA CONFIDENTIAL TREATMENT REQUESTED BY MARRIOTT INTERNATIONAL, INC.

Confidential

AG_MAR_00008484
SEC_MAR_00013627
MI_MDL_00013611

any such Claim. We have the right, at our expense, to assume exclusive defense against any Claim and all negotiations for settlement and you agree to cooperate with us in the defense of any such Claim, at our request.

9. With respect to all communications you make to us regarding Marriott Information including but not limited to feedback, questions, comments, suggestions and the like: (a) you shall have no right of confidentiality in your communications and we shall have no obligation to protect your communications from disclosure; (b) we shall be free to reproduce, use, disclose and distribute your communications to others without limitation; and (c) we shall be free to use any ideas, concepts, know-how, content or techniques contained in your communications for any purpose whatsoever, including but not limited to the development, production and marketing of products and services that incorporate such information. The above is limited only by our commitment and obligations pertaining to your personal information (for more information, please see our Privacy Statement).

10. Marriott Information may contain technical inaccuracies and typographical errors, including but not limited to inaccuracies relating to pricing or availability applicable to your transaction. Neither Marriott nor Ritz-Carlton assume responsibility or liability for any such inaccuracies, errors or omissions, and shall have no obligation to honor reservations or information affected by such inaccuracies. Marriott and Ritz-Carlton reserve the right to make changes, corrections, cancellations and/or improvements to Marriott Information, and to the products and programs described in such information, at any time without notice, including after confirmation of a transaction.

11. Some areas of our Sites are restricted to travel agents or other authorized representatives. The Marriott Information contained in such restricted areas is confidential to Marriott, and is provided for business use only, which includes reviewing commission status and statements, and enrolling in our Electronic Funds Transfer program as described below. We reserve the right to prohibit access to, or use of, these restricted areas where we determine that such use or access interferes with our Sites' operations or that such use or access results in commercial benefits or other entities to our detriment. If you are a travel agent or authorized representative of a travel agent using our Sites the following apply:

    *Passwords:* We have provided you with a unique password so that access to information related to your agency and transactions can be restricted to only those individuals to whom you provided the password. It is your responsibility to protect the confidentiality of the password. Neither Marriott nor Ritz Carlton assumes any liability for any access to information or transactions that are executed with the password provided to you. We strongly recommend that you change the password on a periodic basis and whenever a travel agent leaves your travel agency or you suspect that knowledge of the password is no longer limited to those whom you have authorized.

    *Electronic Funds Transfer (EFT):* Marriott may be able to make commission payments by electronic funds transfer (EFT) through the Automated Clearing House (ACH) System. If you complete the EFT registration process provided on our Sites, completion of the process signifies that you: (1) authorize Marriott and/or Ritz-Carlton to make payments by EFT; (2) certify that you have selected the designated depository institution and provided the correct account information; and (3) accept that all such EFTs will occur in accordance with the following: (i) you will give thirty (30) days' advance notice to Marriott of any changes regarding your depository institution or other payment instructions; and (ii) you accept that all U.S. direct deposits are made with a payment type of "CTX".

FOIA CONFIDENTIAL TREATMENT REQUESTED BY MARRIOTT INTERNATIONAL, INC.

Confidential

AG_MAR_00008485
SEC_MAR_00013628
MI_MDL_00013612

*No Arrangements for Prohibited Persons:* Each of Marriott International Inc. and The Ritz-Carlton Hotel Company LLC is a United States company and is prohibited from providing services to certain "prohibited persons" who are government officials or residents of certain embargoed countries, or terrorists or drug traffickers whose names are published on lists maintained by the United States Department of Treasury. You agree to use all reasonable efforts not to arrange for any of these prohibited persons to stay at, use or tour any Marriott or Ritz-Carlton facilities.

12. Our Sites contain information on Marriott and Ritz-Carlton worldwide products and services, not all of which are available in every location. A reference to a Marriott and Ritz-Carlton product or service on one of our Sites does not imply that such product or service is or will be available in your location.

13. Any use of the maps functionality on this site shall be governed by the End User Terms of Use for Microsoft's Bing Maps application. Marriott shall have no liability for your use of Bing Maps or for any results, including driving directions, generated by Bing Maps.

14. If you choose to leave our Sites via links to other third party websites, including those of advertisers, our Terms of Use and our Privacy Statement will no longer apply. We are not responsible for the terms of use or privacy policies of those third-party websites or the cookies they use. In addition, because we have no control over such third-party sites and resources, you acknowledge and agree that Marriott and Ritz-Carlton are not responsible for the availability of such third-party sites or resources, and that neither Marriott nor Ritz-Carlton endorse or are responsible or liable for any content, advertising, products, or other materials on or available from such third party sites or resources.

15. ==These Terms of Use shall be construed and enforced under the laws of the State of Maryland, USA, applicable to contracts executed and performed within Maryland, USA. You specifically agree and submit to the jurisdiction of the State and Federal Courts situated in the State of Maryland and stipulate to the fairness and convenience of proceedings in such courts for all disputes arising out of or relating to the use of our Sites.== You will not object to jurisdiction or venue on the grounds of lack of personal jurisdiction, inconvenient forum or otherwise. You agree that you will not file or participate in a class action against us. YOU HEREBY WAIVE ANY RIGHT YOU MAY NOW HAVE OR HEREAFTER POSSESS TO A TRIAL BY JURY. The foregoing shall not apply to the extent that applicable law in your country of residence requires application of another law and/or jurisdiction and this cannot be excluded by contract.

16. If you would like to view the privacy practices that govern how we process information about you on our Sites please review our Privacy Statement.

17. If you have questions about these Terms of Use please send an e-mail to privacy@marriott.com.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY MARRIOTT INTERNATIONAL, INC.

Confidential

AG_MAR_00008486
SEC_MAR_00013629
MI_MDL_00013613