IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MARRIOTT INTERNATIONAL
INC., CUSTOMER DATA SECURITY
BREACH LITIGATION

MDL No. 19-md-2879
Judge Bailey

**THIS ORDER RELATES TO:**
**THE GOVERNMENT TRACK**

### ORDER

On October 8, 2025, plaintiff City of Chicago and defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC filed a Stipulation of Dismissal [Doc. 1224], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In the Stipulation, the parties state all of plaintiff City of Chicago's claims may be dismissed with prejudice and the parties agree to bear their own fees and costs. [Doc. 1224].

Upon consideration, this Court hereby **DISMISSES WITH PREJUDICE** plaintiff City of Chicago's claims against defendants Marriott International, Inc. and Starwood Hotels & Resorts Worldwide, LLC. The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action. Each party will bear their own fees and costs.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 9, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1